J. Gary Gwilliam (SBN. 33430)
Randall E. Strauss (SBN. 168363)
Jayme L. Walker (SBN. 273159)
GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA  94612
Phone:  (510)832-5411
Fax:  (510)832-1918
Email:  ggwilliam@giccb.com
           rstrauss@giccb.com
           jwalker@giccb.com

Attorneys for Plaintiff
ETHAN MORSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ETHAN MORSE, | Case No.:  1:16-cv-00142-DAD-SKO |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS |
| COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERRIFF'S DEPARTMENT and DOES 1-100 | Date:         March 15, 2016<br>Time:         9:30 A.M.<br>Courtroom:  5<br>Judge:        Hon. Dale A Drozd |
| Defendant | Complaint Filed:      11/20/15<br>Trial Date:               None Set |

Plaintiff ETHAN MORSE and Defendants COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ (collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby jointly enter into the following Stipulation:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that:

The parties have agreed and hereby request that the court continue the hearing on Defendants' Motion to Dismiss to April 5, 2016. All briefing deadlines will be governed by the new hearing date.

DATE:  February 25, 2016          GWILLIAM IVARY CHIOSSO CAVALLI & BREWER

_____
J. Gary Gwilliam
Randall E. Strauss
Jayme L. Walker
Attorneys for Plaintiff
ETHAN MORSE

DATE:  February 25, 2016          LEWIS BRIBOIS BISGAARD & SMITH LLP

_____
Dana Alden Fox
Dawn M. Flores-Oster
Matthew P. Harrison
Attorneys for Defendants
ETHAN MORSE

**ORDER**

Pursuant to the parties' stipulation, the hearing on Defendants' Motion to Dismiss is continued to April 5, 2016, at 9:30 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **February 25, 2016**          _____
                                       UNITED STATES DISTRICT JUDGE