UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ETHAN MORSE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERIFF'S DEPARTMENT and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-00142-DAD-SKO<br><br>**ORDER GRANTING STIPULATION TO AMENDED SCHEDULING ORDER**<br><br>[Filed Concurrently with Joint Stipulation to Continue Certain Dates]<br><br>Courtroom: 5<br><br>Trial Date:　September 12, 2017 |

　　　　Having reviewed the parties' stipulation (Doc. 57), IT IS HEREBY ORDERED that this Court's Amended Scheduling and Case Management Order (Doc. 52)be amended as follows:

　　　　1.　　The dates and pretrial deadlines be continued as follows:

//
//
//
//
//

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Non- Expert Discovery Cut-Off[1] date | February 28, 2017 | March 10, 2017 |
| Expert Disclosures date | March 17, 2017 | April 7, 2017 |
| Rebuttal Expert Disclosures date | March 31, 2017 | April 21, 2017 |
| Expert Discovery Cut-Off date | April 18, 2017 | May 9, 2017 |
| Deadline for filing Dispositive Motions (including motions for summary judgment) | April 21, 2017 | May 9, 2017 |
| Deadline to file opposition to Dispositive Motions | | May 23, 2017 |
| Deadline to file Reply to Dispositive Motions | | May 30, 2017 |
| Pretrial Conference | July 24, 2017 at 1:30 p.m. | August 14, 2017 at 2:30 p.m.[2] |
| Trial Date | September 12, 2017 | October 3, 2017 |

2. All other dates in the September 8, 2016 Scheduling Order (Docket No. 52) will remain the same.

IT IS SO ORDERED.

Dated:   **March 7, 2017**                             /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] All written and oral discovery must be completed by this date.

[2] To permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial, the Pretrial Conference date has been continued.