UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS, MERCED COUNTY SHERIFF'S DEPARTMENT, and JOSE SAM SANCHEZ,<br><br>　　　　　　Defendants. | No. 1:16-cv-00142-DAD-SKO<br><br><br>ORDER EXTENDING PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT |

On April 17, 2017, the parties to this action filed a stipulation seeking to extend the page limitations for briefing for a motion for summary judgment in this action from twenty-five pages to thirty-one pages. (Doc. No. 59 at 1.) The parties represent that the complexity and numerosity of the claims involved in this case warrants an extension of the page limitation. Therefore, good cause having been shown and the parties having stipulated, the court grants the parties' request. Any motion for summary judgment be filed in this action and any opposition thereto shall each be no more than thirty-one (31) pages in length. All other page limits set by the Local Rules for other briefs or motions remain unchanged by this order.

IT IS SO ORDERED.

Dated: **April 18, 2017**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1