# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF MERCED, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:16-cv-00142-DAD-SKO<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFAMATION CLAIMS AGAINST DEFENDANTS**<br><br>**(Doc. 80)** |

On May 12, 2017, the parties filed a joint Stipulation to Dismiss with Prejudice, in which the parties "stipulate to dismiss with prejudice any and all claims for defamation against the County of Merced, the Merced County Sheriff's Department, Charles Hale, Jose Sam Sanchez and Eric Macias." (Doc. 80.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, Plaintiff has voluntarily dismissed with prejudice his defamation claim against Defendants Macias, Hale, and Sanchez pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Cf.* Doc. 37 ¶¶ 86–91 (providing Plaintiff's Sixth Cause of Action, in which he alleges that Defendants Macias, Hale, and Sanchez engaged in defamatory conduct).) Plaintiff has also voluntarily dismissed with prejudice his defamation claims against Defendants County of Merced and the Merced County Sheriff's Department―to the extent Plaintiff brought such claims.

IT IS SO ORDERED.

Dated: **May 17, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE