UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS, and JOSE SAM SANCHEZ, individually and as officers of the Merced County Sheriff's Department, and DOES 1–100,<br><br>  Defendants. | No. 1:16-cv-00142-DAD-SKO<br><br>ORDER GRANTING STIPULATION TO MOVE TRIAL DATE<br><br>(Doc. No. 109) |

On August 30, 2017, the parties submitted a stipulation requesting the trial date in this matter be moved from February 21, 2018 to April 17, 2018. (Doc. No. 109.) Good cause and the agreement of the parties appearing, trial of this matter shall be continued to Tuesday, April 17, 2018 at 1:00 p.m. in Courtroom Five.

IT IS SO ORDERED.

Dated: __**August 31, 2017**__     _____
UNITED STATES DISTRICT JUDGE

1