FILED
MAY 04 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS, and JOSE SAM SANCHEZ,<br><br>　　　　Defendants. | No. 1:16-cv-00142-DAD-SKO<br><br>SPECIAL VERDICT FORM |

　　　WE, THE JURY, in the above action, unanimously find the following Special Verdict on the questions submitted to us:

**Section 1983 Judicial Deception Claim**

1. Do you find by a preponderance of the evidence that defendant Erick Macias violated Ethan Morse's Fourth Amendment rights by deliberately or recklessly making false statements or omissions in the affidavit for plaintiff Ethan Morse's arrest that were material to a determination of probable cause?

　　　Yes: _X_　　　No: ___

　*If you answer "yes" to Question 1, go to Question 2.  If you answer "no" to Question 1, go to Question 4.*

/////

1

2. Do you find by a preponderance of the evidence that defendant Charles Hale, while acting under color of state law, either: (1) directed Erick Macias in drafting the arrest warrant affidavit; (2) set in motion the drafting of the arrest warrant affidavit; (3) knowingly refused to terminate the drafting of the arrest warrant affidavit; (4) knew that Erick Macias was drafting the arrest warrant affidavit and knew or reasonably should have known that this conduct would deprive plaintiff of his Fourth Amendment rights and failed to prevent this conduct; OR (5) engaged in conduct that showed a reckless or callous indifference to the deprivation by Erick Macias of the rights of Ethan Morse; AND that Charles Hale's conduct was so closely related to the deprivation of Ethan Morse's rights as to be the moving force that caused the ultimate injury?

    Yes: __X__    No: _____

*Go to Question 3.*

3. Do you find by preponderance of the evidence that Erick Macias or Charles Hale acted with malice, oppression, or in reckless disregard of plaintiff Ethan Morse's constitutional rights in connection with the submitting of the arrest warrant affidavit?

    Erick Macias    Yes: __X__    No: _____
    Charles Hale    Yes: __X__    No: _____

*Go to Question 4.*

**Section 1983 Malicious Prosecution Claim**

4. Do you find by a preponderance of the evidence that either defendant Erick Macias or defendant Charles Hale violated plaintiff Ethan Morse's constitutional rights by maliciously prosecuting him, and that Deputy Attorney General Bowers did not act independently in deciding to prosecute Ethan Morse?

    Erick Macias    Yes: _____    No: __X__
    Charles Hale    Yes: _____    No: __X__

*If you answered "yes" to any part of Question 4, go to Question 5. If you answered "no"*

1 | *to both parts of Question 4, skip the rest of this section and go to Question 6.*

3  5. Do you find by preponderance of the evidence that Erick Macias or Charles Hale acted with malice, oppression, or in reckless disregard of plaintiff Ethan Morse's constitutional rights in connection with causing Ethan Morse to be prosecuted?

      Erick Macias    Yes: \_\_\_\_\_    No: \_\_\_\_\_

      Charles Hale    Yes: \_\_\_\_\_    No: \_\_\_\_\_

*Go to Question 6.*

### Intentional Infliction of Emotional Distress Claim

6. Do you find by a preponderance of the evidence that the conduct of Charles Hale, Erick Macias, or Jose Sam Sanchez was outrageous, that these defendants each intended to cause Ethan Morse emotional distress, that Ethan Morse suffered severe emotional distress, and that each of these defendants' conduct was a substantial factor in causing Ethan Morse's severe emotional distress?

      Erick Macias    Yes: X̶    No: X

      Charles Hale    Yes: X̶    No: X

      Jose Sam Sanchez    Yes: X̶ TC    No: X

*If you answered "yes" to any part of Question 6, go to Question 7. If you answered "no" to each part of Question 6, skip the remainder of this section and go to Question 8.*

7. Do you find by clear and convincing evidence that Erick Macias, Charles Hale, or Jose Sam Sanchez acted with malice, oppression, or fraud in connection with the intentional infliction of emotional distress that you have found?

      Erick Macias    Yes: \_\_\_\_\_    No: \_\_\_\_\_

      Charles Hale    Yes: \_\_\_\_\_    No: \_\_\_\_\_

      Jose Sam Sanchez    Yes: \_\_\_\_\_    No: \_\_\_\_\_

*Go to Question 8.*

**Bane Act Claim**

8. Do you find by a preponderance of the evidence that Erick Macias or Charles Hale: (1) made material misstatements to a court in order to secure Ethan Morse's arrest, or withheld exculpatory evidence from state prosecutors, or engaged in intimidating and coercive conduct towards witnesses; (2) intentionally interfered with Ethan Morse's constitutional right to be free from malicious criminal prosecution; (3) intentionally subjected Ethan Morse to a threat, intimidation, or coercion that is independent from the threats, intimidation, and coercion inherent in any arrest and detention; (4) that Ethan Morse was harmed; and (5) that Erick Macias or Charles Hale's conduct was a substantial factor in causing Ethan Morse's harm?

    Erick Macias    Yes: \_\_\_\_\_    No: __X__

    Charles Hale    Yes: \_\_\_\_\_    No: __X__

*If you answered "yes" to any part of Question 8, go to Question 9. If you answered "no" to both parts of Question 8, skip the rest of this section and go to Question 10.*

9. Do you find by clear and convincing evidence that Erick Macias or Charles Hale acted with malice, oppression, or fraud in connection with the Bane Act violation that you have found?

    Erick Macias    Yes: \_\_\_\_\_    No: \_\_\_\_\_

    Charles Hale    Yes: \_\_\_\_\_    No: \_\_\_\_\_

*Go to Question 10.*

/////
/////
/////
/////
/////
/////
/////
/////

**False Arrest Claim**

10. Do you find by a preponderance of the evidence that Charles Hale and Erick Macias intentionally caused Ethan Morse to be wrongfully arrested by submitting an affidavit for an arrest warrant that included false statements and/or omitted facts that were material to a determination of probable cause, that Ethan Morse was harmed, and that Charles Hale and Erick Macias's conduct was a substantial factor in causing Ethan Morse's harm?

    Erick Macias    Yes: _X_    No: ____

    Charles Hale    Yes: _X_    No: ____

*If you answered "yes" to any part of Question 10, go to Question 11. If you answered "no" to both parts of Question 10, but answered "yes" to any part of Questions 1, 2, 4, 6, or 8, go to Question 12.*

11. Do you find by clear and convincing evidence that Erick Macias or Charles Hale acted with malice, oppression, or fraud in connection with the false arrest that you have found?

    Erick Macias    Yes: ____    No: _X_

    Charles Hale    Yes: ____    No: _X_

*If you answered "yes" to any part of Questions 1, 2, 4, 6, 8, or 10, go to Question 12.*

12. What is the amount of compensatory damages, if any, you are awarding to plaintiff for the above violations you have found against the respective defendants?

    Past economic damages    $ _70,000_
    Future economic damages    $ _164,300_
    Past non-economic damages    $ _114,000_
    Future non-economic damages    $ _150,000_
    Total $ _498,300_

If you find for the plaintiff against either defendant Erick Macias or Charles Hale on plaintiff's Section 1983 claims for judicial deception or malicious prosecution, but also find that plaintiff's damages have no monetary value, you must set forth a nominal amount not to exceed

5

$1.00.

    Erick Macias   $ _____

    Charles Hale   $ _____

*Please sign and date this form and return it to the court.*

Dated: 5/4/2018

              _____
              Jury Foreperson's Signature