FILED
MAY 08 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS, and JOSE SAM SANCHEZ,<br><br>    Defendants. | No. 1:16-cv-00142-DAD-SKO<br><br>SPECIAL VERDICT FORM – PUNITIVE DAMAGES PHASE |

WE, THE JURY, in the above action, unanimously find the following Special Verdict on the questions submitted to us:

13. What is the amount of punitive damages, if any, you are awarding to plaintiff on his judicial deception claim?

    Erick Macias    $ 10,494.00

    Charles Hale    $ 17,865.00

    **Total**    $ 28,359.00

*Please sign and date this form and return it to the court.*

Dated: 5/8/2018

_____
Jury Foreperson's Signature

1