1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ETHAN MORSE,                              Case No.  1:16-cv-00142-DAD-SKO

12                    Plaintiff,

13         v.                                    JUDGMENT IN A CIVIL ACTION

14    COUNTY OF MERCED, CHARLES
      HALE, ERICK MACIAS, and JOSE SAM
15    SANCHEZ

16                    Defendants.

17

18         As set forth in the special verdicts of the trial jury returned in open court on May 4, 2018

19    and May 8, 2018, judgment is entered in this action in favor of plaintiff Ethan Morse and against

20    defendants County of Merced, Charles Hale, and Erick Macias, and in favor of defendant Jose

21    Sam Sanchez and against Ethan Morse.

22

23         Dated:  May 9, 2018

24                                          MARIANNE MATHERLY, CLERK OF THE COURT

25
                                            By: /s/ Renée Gaumnitz
26
                                                 Renée Gaumnitz, Deputy Clerk

27

28

                                                    1