J. Gary Gwilliam (SBN. 33430)
Jayme L. Walker (SBN. 273159)
GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA  94612
Phone:  (510)832-5411
Fax:  (510)832-1918
Email:  ggwilliam@giccb.com
          jwalker@giccb.com

Attorneys for Plaintiff
ETHAN MORSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERRIFF'S DEPARTMENT and DOES 1-100<br><br>　　　　　Defendant | Case No.: 1:16-CV-00142-DAD-SKO<br><br>DECLARATION OF LARRY MORSE IN SUPPORT OF PLAINTIFF ETHAN MORSE'S MOTION FOR ATTORNEYS' FEES AND COSTS |

MORSE DECLARATION　　　　　　　　1　　　　　CASE NO. 1:16-CV-00142-DAD-SKO

I, Larry Morse, declare as follows:

1. When I first assisted my son in seeking legal representation, we tried to find a lawyer in the Valley that did these kinds of police misconduct cases. While there were some personal injury attorneys handling excessive force cases, I could not find any lawyers who were doing wrongful arrest cases. I consulted my brother, Brian Morse, who has been a personal injury attorney in Merced for over 30 years. He advised me that the kind of civil rights case that Ethan had was very specialized and that I needed to seek representation in the Bay Area.

2. I then contacted an attorney I knew at the firm Rains, Lucia, Stern, St. Phalle & Silver. He referred me to Michael Cardoza. Mr. Cardoza referred me to J. Gary Gwilliam. I was impressed by Mr. Gwilliam's background and expertise and his wealth of experience in all kinds of cases involving novel legal issues related to police misconduct cases.

3. Due to the politically charged nature of the case and the dispute between my office and the Sherriff's department, I wanted to engage attorneys that would not be influenced by Valley politics. I felt, because of the experience required and the high-profile nature of the individuals involved in this case, that my son's best interests would be served by having Mr. Gwilliam and his team represent him.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of June, 2018 at Santa Cruz, California.

_Larry D. Morse II_
LARRY MORSE