1  J. Gary Gwilliam (SBN. 33430)
   Jayme L. Walker (SBN. 273159)
2  GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
3  1999 Harrison St., Suite 1600
   Oakland, CA  94612
4  Phone:  (510)832-5411
   Fax:  (510)832-1918
5  Email:  ggwilliam@giccb.com
          jwalker@giccb.com
6
7  Attorneys for Plaintiff
   ETHAN MORSE
8

9

10            UNITED STATES DISTRICT COURT

11          EASTERN DISTRICT OF CALIFORNIA

12

13  ETHAN MORSE,                          Case No.:  1:16-CV-00142-DAD-SKO

14           Plaintiff,

15  vs.                                    DECLARATION OF J. GARY GWILLIAM
                                           IN SUPPORT OF PLAINTIFF ETHAN
16  COUNTY OF MERCED, CHARLES HALE,        MORSE'S MOTION FOR ATTORNEYS'
    ERICK MACIAS and JOSE SAM SANCHEZ      FEES AND COSTS
17  individually and as officers of the MERCED
    COUNTY SHERIFF'S DEPARTMENT and
18  DOES 1-100
19           Defendant
20

21

22

23

24

25

26

27

28

GWILLIAM DECLARATION          1          CASE NO. 1:16-CV-00142-DAD-SKO

(left margin) GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER  ATTORNEYS AT LAW  A Professional Corporation  P.O. Box 2079, Oakland, CA 94604-2079

I, J. Gary Gwilliam, declare as follows:

1.    I am an attorney duly licensed to practice law before all courts of the State of California and a partner with Gwilliam, Ivary, Chiosso, Cavalli & Brewer, P.C., counsel for plaintiff Ethan Morse.  All of the facts set forth herein are based on my personal knowledge and/or my examination of records that are kept by my firm in the regular course of business.  If called as a witness, I could testify competently thereto.

2.    I am a graduate of the Boalt Hall School of Law, University of California-Berkeley, where I received my LL.B in 1962, and of Pomona College, California, where I received my B.A. in 1959. I began my career as a plaintiff's lawyer in May of 1966 with the firm of Nichols, Williams, Morgan and Digardi.  I remained a plaintiff's attorney with that firm until it voluntarily disbanded in 1978, and I formed my own firm specializing in essentially the same work.

3.    I have been a specialist in plaintiff's trial work for more than 50 years and I have worked on virtually every kind of plaintiff's litigation, including automobile accidents, premises liability, highway design, construction accidents, medical malpractice, legal malpractice, insurance bad faith, products liability, civil rights including police misconduct.  More recently, I have specialized primarily in employment discrimination and wrongful termination.  I am oftentimes called on by other lawyers to assist them in trial preparation and evaluation of their cases which sometimes involves formal associations and sometimes simply involve informal evaluations and trial strategy with plaintiff's lawyers all over the state.

4.    It is my best estimate that I've tried to verdict approximately 180 civil cases as a plaintiff's lawyer including 40 jury trials as a prosecutor. I was a prosecutor in the Ventura County District Attorney's Office for a few years before I became a plaintiff's attorney.  A complete recitation of my experience and background, including my activities in various non-profit organizations, pro bono work, continuing legal education lecturing, syllabus articles and other articles for publication in legal journals primarily within my area of specialty in trial work are included in my current Resume, which is attached hereto as Exhibit "A."

///

5. My hourly rate has been set by the Contra Costa and Alameda County Superior Courts for work done in 2009-2011 at $800 per hour. The accompanying declaration of Richard Pearl states why the current market rate for my fees is reasonably set at $1,000 per hour.

6. I have been involved in every part of this case, Morse v. County of Merced, et al. since our office was first contacted on behalf of the plaintiff. I have reviewed the timesheets of my partners Jayme Walker and Randall Strauss and worked with both of them, as senior trial counsel, in every aspect of their work on the case. I have also directly overseen all of the work performed by our paralegal, who acted as the audio/video technician for the case.

7. A typed and edited version of my time records for this case are attached hereto as "Exhibit B". I have exercised billing judgment and have not captured on this timesheet many hours of phone calls, emails and conferences between Jayme Walker, Randall E. Strauss, Dara Pilgrim, and myself. These records show that I have spent 857.35 hours on this matter through June, 2018 and I estimate spending another 38 hours spent working on this and other post-trial motions for a total of 895.35 hours and a total fee claim of $895,350.00 to date. I have carefully reviewed my time records and can attest that all of this time was reasonably devoted to pursuing my clients' interests and would have been billed to a fee-paying client. I can also attest that all of the work done by myself and my partners was necessary for the prosecution of this case, and we have not unnecessarily duplicated our efforts.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of June, 2018 at Oakland, California.

_____
J. GARY GWILLIAM

# Exhibit A

**J. GARY GWILLIAM, ESQ.**
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison Street, Suite l600
Post Office Box 2079
Oakland, California 94604-2079

PH:(510)832-5411                                        ggwilliam@giccb.com
FAX:(510 832-1918                                                  giccb.com

Professional Experience

Principle and Founder, 1978-Present
*Gwilliam, Ivary, Chiosso, Cavalli & Brewer*                    Oakland, California

Partner, 1966-1978
*Nichols, Williams, Morgan & Digardi*                          Oakland, California

Chief Trial Deputy, 1963-1966
*District Attorney's Office of Ventura County*                Ventura, California

Education

LL.B, 1962
*Boalt Hall School of Law*                                   Berkeley, California

Bachelors of Arts in Psychology, 1959
*Pomona College*                                          Claremont, California

Certifications
California State Bar, 33430

Associations and Memberships

AAJ
- Member, 1966-Present

ABOTA
- Leaders Forum

ACCTLA
- President, 1974-1975
- Board of Governors, 1970-Present
- Member, 1970-Present

Alameda County Bar Association

American Bar Association

CELA

CAOC
- President, 1988
- President-Elect, 1987
- Parliamentarian, 1986
- Board of Governors, 1974 to 1976 and 1983 to present
- Chair, California Trial Lawyers Political Action Committee, l986
- Chair, Long Range Planning Committee, l990-l995
- Chair, Public Interest Committee, 1998
- Member, 1966-Present

Contra Costa Bar Association

National Board of Trial Advocacy

NELA

National Crime Victim Bar Association

The National Trial Lawyers-Top 100

Public Citizen

The Public Justice Foundation (formerly Trial Lawyers for Public Justice)
- President, 2003-2004
- Vice President, 2002-2003
- Treasurer, 2001-2002
- Secretary, 2000- 2001
- Board of Directors, 1996-Present

- Member, 1994-Present
- Executive Committee, 1999-2000

<u>Publications</u>

"Celebrating 50 Years as a Trial Lawyer: *My love affair with CTLA/CAOC*," *Forum Magazine*, 2016

"Am I Drinking too Much is a Rhetorical Question!" Multiple Publications,  2008-Present

"Professional Stress- Inebriation, Intervention and Insight", Multiple Publications, 2009-Present

"Effectively Handling Multiple Plaintiff Employment Law Cases", *Wrongful Discharge Litigation Strategies,* With Co-Author Randall E Strauss, 2013

*Plaintiff Magazine* Column featuring articles such as:

- "Unconditional love in the courtroom", 2011

- "The male warrior/trial lawyer", 2010

- "The vanishing civil jury trial", 2010

- "Different doesn't mean weaker: it just means different", 2010

- "Are Trial Lawyers Becoming Extinct", a four part series, 2010

- "Is a 'Spiritual Trial Lawyer' an oxymoron?", 2010

- "A Winning Verdict: The Male Trial Lawyer", 2010

- "Another perspective: How do women impact the extinction of the Trial Lawyer?", 2010

- "More musings on the extinction of a species: Trial Lawyers", 2009

- "Trial lawyers: actors or boxers", 2009

- " Reaching out to help others and build your practice", 2009

- "Peak performance in litigation through relaxation", 2009

- "Techniques for arguing damages to a jury", 2009

"Old Warriors", *Plaintiff Magazine,* 2009

"Lessons from losing: How to beat defeat", 2008

"Getting a Wining Verdict in My Personal Life: A Trial Lawyer Finds His Soul", *Pavior Publishing,*2007

"Speaking About What's Real", *Verdict* 2007

"Peak Performance in Litigation Through Relaxation Techniques" *Civil Trial Practice: Winning Techniques of Successful Trial Attorneys, 2000*

Major Contributor/Editor/Interviewee to "Commitment to Justice: A History of the Consumer Attorneys of California", 2000

"Scott Morris v. Weibel Wineries, Inc. - From Client to Friend", *American Board of Trial Advocates, Trial Magazine,* 2000

"Lessons from Losing", *San Francisco Daily Journal, Verdicts and Settlements Section,* 1999

"Are Trial Lawyers Becoming Extinct? A Look at Civil Litigation in the Next Millennium", *American Board of Trial Advocates, Voir Dire,* 1999

An Historical Perspective of Consumer Attorneys of California and Me", *Forum,* 1999

"Techniques for Arguing Damages to a Jury", *Trial Magazine,* 1999

"The Art of Losing", *Trial Magazine,* 1998

"Go Easy on Yourself", *Trial Magazine,* 1998

"In Memory of Bob Beloud", *Forum,* 1998

"A Practical Presentation of the Use of Jury Consultants in Trial Preparation In Trial", (With Karen Jo Koonan), *Consumer Attorneys of California, 36th Annual Convention Syllabus,* 1997

"How to Argue a Hand Injury Case", *Consumer Attorneys of California, 35th Annual Convention Syllabus,* 1996

"CSAA Made to Pay", *Forum Magazine,* 1995

"Holistic View of Witness Creditability", *National Employment Lawyers Association,* 1995

"Power Anticipation", *Top Courtroom Performance,* 1994

"Punitive Damages in Wrongful Termination Cases", *California Trial Lawyers Association, 29th Annual Tahoe Seminar Syllabus,* 1994

"Ethics-How to Get a Winning Verdict in Your Personal Life", *California Trial Lawyers Association, 27th & 28th Annual Tahoe Seminars Syllabuses*, 1992 and 1993

"Alternative Dispute Resolution", *Fiji Law Society Syllabus,* 1993

"Arguing Damages: Turning Emotion Into Money", *California Trial Lawyers Association Syllabus,* 1991

"Proposition 51: The Effect of the Abolition of Joint and Several Liability", *California Trial Lawyers Association Forum,* 1986

"Dental Malpractice, Who Cares? (Fundamentals of Dental Practice)", *California Trial Lawyers Association Forum,* 1985

"Liens for Medical Expenses in Personal Injury Actions", *California Continuing Education of the Bar Program Material*, 1980

"Personal Injury Liens for Medical Expenses", *California Trial Lawyers Association Journal*, 1977

References in Other Works

*"The Profiteers: Bechtel and the Men Who Built the World"* A Trial Lawyer Goes to Battle, Sally Denton, 2016

"Soul Work to Find a Soul Mate", *It's Never too Late to be What You Might Have Been*, 2009

"Counselor, Heal Thyself", *You Turn: Changing Direction Midlife,* 2008

"Courageous Captains", *Forum Magazine,* 2007

Honors and Awards

Public Justice Trial Lawyer of the Year, nominated for Lawyer of the Year Award for work on *Andrews v. Lawrence Livermore National Security*, 2016

American Institute of Legal Counsel, 10 Best Labor & Employment Division-Client Satisfaction Award, 2016

Northern California Super Lawyers
- 2005-Present

California Trial Lawyers Association, Presidential Award of Merit, 1988-2014

Esteemed Lawyers of America
- Admitted in 2014

Public Justice, Champion of Justice, 2009

Public Justice, President's Award, 2004

Consumer Attorneys of California, Presidential Award of Merit, 2003

California State Senate, Commitment and Dedication to Consumer Attorneys of California and the Consumers of California, 2003

CLAY Consumer Lawyer of the Year Finalist for Employment, 2002

Consumer Attorney of California, Trench Soldier Award, 2000

Consumer Attorneys of California, Presidential Award of Merit, 1999

Trial Lawyers for Public Justice, nominated for Lawyer of the Year Award for work on *Adams v. City of Fremont*, 1996

Consumer Attorneys of California, Marvin E. Lewis Award, November 1996

The CA-PAC, Trench Soldier Award, 1996

Trial Lawyers for Public Justice, nominated for Lawyer of the Year Award for work on *Adams v. California State Automobile Association*, 1995

California Trial Lawyers Association, Presidential Award for "How to Get a Winning Verdict in your Personal Life" seminars, November 1994

California Trial Lawyers Association, Edward I. Pollock Award, November 1990

Alameda County Lawyer's Club, Lawyer of the Year Award, 1986

California Trial Lawyers Association, numerous awards of merit, 1985 to present

<u>Speaking Engagements</u>

'Getting a Winning Verdict in Your Personal Life,' NCVBA Annual Convention, 2017

'Using the Reptile Theory in Employment Cases,' CAOC Hawaii Seminar, 2017

'Am I Drinking Too Much is a Rhetorical Question,' Marin County Barr Association, 2017

'Effective Use of the Reptile Theory in Employment and Related Cases,' CAOC Tahoe Seminar, 2017

'Advanced Litigation Strategies,' CAOC Webinar, 2016

'The Importance of Learning in Defeat,' CAOC Annual Convention, 2016

'Litigation Strategies in Employment Cases,' Alameda County Bar Association, 2016

'The Art of Losing and How to Beat Defeat,' SFTLA Winning Isn't Everything: The Lessons We Learn From Our Losses, 2016

'Inebriation, Intervention and Insight,' MCLE Marathon Live, 2016

'Employment Lay-Strategy and the Advantage s of Multiple Plaintiff Cases,' CAOC Hawaii Seminar, 2015

'Inebriation, Intervention and Insight,' ACBA MCLE Compliance Countdown Event, 2015

'Mastering the Mechanics of Civil Jury Trials', Santa Clara County Bar Association, 2015

'Litigating High Profile Cases, ACBA MCLE, 2015

'Substance Abuse/ Quality of Life', San Mateo Bar CLE, 2014 and 2015

'Substance Abuse/ Quality of Life', McGeorge Annual Alumni MCLE, 2013-2015

'Civility Matters ', ABOTA Presentation, 2014

 'Bias: Overcoming Barriers', CAOC Annual Convention Presentation, 2014

Trial Techniques in Employment Litigation, 2014

Bar Association of San Francisco Substance Abuse CLE, 2014

'Trial Techniques in Employment Law ', Alameda County Law Library MCLE Program, 2013

Presenter for Attorney Credits, Continuing Education Your Way:

- "Ethical Advice from a Trial Lawyer", CLE Program

- "Inebriation, Intervention and Insight: A Trial Lawyer Finds His Soul", CLE Program

'Learning From Losing', Commonwealth Club, 2008

'Am I Drinking Too Much? A Rhetorical Question', Continuing Education of the Bar, 2007

'Getting a Winning Verdict in Your Personal Life: A Discussion of Preventative Ethics', Continuing Education of the Bar, 2007

Stress Management, "How to Get a Winning Verdict in Your Personal Life" PLI, 2000 - 2002

# Exhibit B

Morse
Job Hours Worked

| | Ethan Morse | | |
|---|---|---|---|
| | v. | | |
| | County of Merced, et al. | | |
| | Case No. 1:16-cv-00142-DAD-SKO | | |
| Date | Project or Task | Hours Worked | Billed Amount |
| 2/5/2015 | T/C from Michael Cardoza re Referral; Case discussion with referring attorney and partner. | 1 | $1,000.00 |
| 3/10/2015 | T/C with Larry Morse and Michael Cardoza discussing case. Compile list of documents needed and research case | 5 | $5,000.00 |
| 3/25/2015 | Case discussion with Kirk McAllister. Further discussion with Larry Morse re: facts of case | 2 | $2,000.00 |
| 4/27/2015 | Discussion with Larry Morse re case and documents reviewed. | 1 | $1,000.00 |
| 4/28/2015 | Email to Larry Morse re taking Case. | 0.2 | $200.00 |
| 5/14/2015 | Review Government Claim and rejection with RES and JLW | 0.5 | $500.00 |
| 5/22/2014 | Further Review Team Emails re: Morse case and arranging Modesto meeting w/McAllister and Clients | 0.1 | $100.00 |
| 6/2/2015 | Travel to Modesto; Meeting with Larry Morse, Cindy Morse, Ethan Morse, Kirk McAllister, RES, JLW; Review McAllister file; Case discussion | 6.5 | $6,500.00 |
| 6/3/2015 | Review McAllister Criminal File and Police Report Conf with JLW | 5 | $5,000.00 |
| 6/8/2015 | Review Timeline prepared by Larry Morse | 0.5 | $500.00 |
| 6/24/2015 | Review JLW Memo re: potential causes of action; Conf with team; memo to file concerning case | 3 | $3,000.00 |
| 7/1/2015 | Teleconference Larry Morse; Team meeting re Case | 2.7 | $2,700.00 |
| 7/2/2015 | Review and send fee agreement to client | 0.2 | $200.00 |
| 7/16/2015 | Review signed fee agreement w/client; firm meeting re:case | 1 | $1,000.00 |
| 8/11/2015 | Email to client re: scheduling for phone conference | 0.2 | $200.00 |
| 8/18/2015 | Email to Client and Team discussion re: case strategy | 0.5 | $500.00 |
| 8/27/2015 | Review Larry Morse memo and email re: timeline and case background | 1 | $1,000.00 |
| 9/1/2015 | Email to clients re: draft of complaint | 0.75 | $750.00 |
| 9/3/2015 | Emails to client re: complaint and legal theories | 0.2 | $200.00 |
| 9/28/2015 | Email to client re: status of complaint and legal theories | 0.2 | $200.00 |
| 10/5/2015 | , RES and JLW | 2.5 | $2,500.00 |
| 10/5/2015 | Staff meeting re: case and strategy | 0.5 | $500.00 |
| 10/6/2015 | Review Preliminary Hearing transcript; team discussion w/JLW and RES | 1.5 | $1,500.00 |
| 10/26/2015 | Email to client re: Complaint; email w/investigator; discussion of case status w/RES and JLW | 4 | $4,000.00 |
| 11/10/2015 | Review of draft Complaint and case theories | 0.75 | $750.00 |
| 11/13/2015 | Email to JLW re:Complaint and edits to be made; Complaint sent to clients | 1 | $1,000.00 |
| 11/16/2015 | Conf Call w/Clients re: investigator and witnesses; discussion w/RES and JLW; additions and edits to complaint | 1.5 | $1,500.00 |
| 11/18/2015 | Review  draft press release and edit/correct; email to clients re: complaint | 0.6 | $600.00 |
| 11/19/2015 | Further review of press release/edits; emails to Daily Journal; media contact; filing of complaint | 6 | $6,000.00 |
| 11/20/2015 | Review press release results (CAOC) | 0.2 | $200.00 |

| Date | Description | Morse Job Hours Worked | |
|---|---|---|---|
| 11/24/2015 | Review Daily Journal article; client discussion; team meeting re:complaint filing and media inquiries | 1.2 | $1,200.00 |
| 12/1/2015 | Contact by attorney Joel Waetly concerning his related case | 0.5 | $500.00 |
| 12/21/2015 | Contact w/Tellez attorney Larry Neirmeyer concerning coordination; discussion w/RES and JLW | 1 | $1,000.00 |
| 1/6/2016 | calls to local attorneys re: judge Donald Proietti | 1.5 | $1,500.00 |
| 1/11/2016 | Review memo from private investigator re: witness interviews | 1 | $1,000.00 |
| 1/13/2016 | Review email re Tellez case;Review preliminary hearing transcript ; discussion with RES and JLW | 4 | $4,000.00 |
| 1/28/2016 | Review Removal to federal court | 0.5 | $500.00 |
| 1/29/2016 | Review federal court scheduling documents | 0.2 | $200.00 |
| 2/4/2016 | Review Defendants Motion to Dismiss; meeting with JLW on opposition and timeline | 3 | $3,000.00 |
| 2/8/2016 | Notice of acceptance of magistrate; research magistrate | 0.75 | $750.00 |
| 2/11/2016 | Meeting w/RES and JLW re: Conf call | 0.5 | $500.00 |
| 2/12/2016 | File acceptance of magistrate; email w/Client re case; review motion to dismiss | 0.5 | $500.00 |
| 2/16/2016 | Review defendants declination of magistrate | 0.1 | $100.00 |
| 2/18/2016 | Revieve case assignment; research Judge Drozd; Calls to local attorney; team meeting | 1.5 | $1,500.00 |
| 2/19/2016 | Receive and review Investigator report; discuss w/ RES and JLW; discussion w/client | 3 | $3,000.00 |
| 2/19/2016 | Review Motion to Dismiss continuance | 0.1 | $100.00 |
| 2/25/2016 | Review stipulation re new date on Motion hearing | 0.2 | $200.00 |
| 3/3/2016 | Review memo from private investigator re: status; review defense meet and confer re:scheduling; discussion with clients | 1.5 | $1,500.00 |
| 3/4/2016 | Review Tellez related case and discuss w/Tellez attorney; Review defendants motion to seal  re: Tellez case | 0.75 | $750.00 |
| 3/14/2016 | Review memo re: motion to dismiss; research re: motion; discussion w/RES and JLW | 2 | $2,000.00 |
| 3/17/2016 | Discuss Motion to Dismiss w/RES and JLW; Conf Call w/ clients re:motion to dismiss and case status | 3 | $3,000.00 |
| 3/21/2016 | Review Dana Fox trial result | 0.5 | $500.00 |
| 3/23/2016 | Conf w/JLW to Review final Opposition to Motion to Dismiss before filing; Emails with defense counsel | 2.5 | $2,500.00 |
| 3/24/2016 | Call with Larry Morse; Conf w/JLW to re-Review Police Report ; further research re motion to dismiss | 3.5 | $3,500.00 |
| 3/28/2016 | Emails with client re: case; email re: Macias separate counsel and research; team meeting re: status | 1.2 | $1,200.00 |
| 3/29/2016 | Review Defendants Reply to Motion to Dismiss; discuss w/JLW | 1.2 | $1,200.00 |
| 4/4/2016 | Research and assist JLW in preparing for hearing for Motion to Dismiss | 1.5 | $1,500.00 |
| 4/5/2016 | Status meeting w/JLW re:Hearing on Motion to Dismiss; emails with client; review status of Tellez case | 1.5 | $1,500.00 |
| 4/7/2016 | Send Email re: trial date | 0.2 | $200.00 |
| 4/20/2016 | Send Email re: scheduling order | 0.3 | $300.00 |
| 4/21/2016 | Review scheduling hearing; Conf w/JLW re:scheduling | 0.5 | $500.00 |
| 5/3/2016 | Joint scheduling report; review file | 0.5 | $500.00 |
| 6/1/2016 | Review new hearing dates | 0.2 | $200.00 |

Morse
JSG Hours Worked

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/13/2016 | Review court's order on motion to dismiss; team meeting; conf. call w/Clients | 2 | $2,000.00 |
| 6/17/2016 | Review Defs Motion for Reconsideration; research on case law re: motion | 1 | $1,000.00 |
| 6/23/2016 | Review draft opposition to motion for reconsideration; discuss w/RES, JLW; T/C with Client | 4 | $4,000.00 |
| 6/29/2016 | Review draft opposition to motion for reconsideration; review draft second amended complaint; discuss with JLW | 2.5 | $2,500.00 |
| 7/5/2016 | Review reply to motion for reconsideration | 0.5 | $500.00 |
| 7/28/2016 | Review decision on motion for reconsideration | 1 | $1,000.00 |
| 8/8/2016 | Review Defendant Macias Answer to SAC | 0.5 | $500.00 |
| 8/22/2016 | Review Defendant County Answer to SAC | 0.5 | $500.00 |
| 8/23/2016 | Review Joint Scheduling conference statement | 0.6 | $600.00 |
| 8/30/2016 | Emails w/ defense counsel re: joint scheduling statement; call client re: trial date | 1.5 | $1,500.00 |
| 9/8/2016 | Review scheduling order w/dates; Email and call clients; team meeting | 1.5 | $1,500.00 |
| 9/26/2016 | Emails with client re initial disclosures; team meeting | 0.5 | $500.00 |
| 9/27/2016 | Emails with team and client re: initial disclosure | 0.5 | $500.00 |
| 9/30/2016 | Review final Initial Disclosures; meeting with JLW; email to client | 4 | $4,000.00 |
| 10/14/2016 | Discuss status of discovery; review and advise JLW re: early discovery drafts | 3.5 | $3,500.00 |
| 10/18/2016 | Review Discovery responses; discuss with client; emails with defense counsel re: depo scheduling; discuss discovery status w/JLW and RES | 4.1 | $4,100.00 |
| 10/19/2016 | Review Defendants Initial disclosures; review docs from Defendants produced w/Initial disclosures; review file | 7.5 | $7,500.00 |
| 10/27/2016 | Review written discovery to client | 1.5 | $1,500.00 |
| 11/2/2016 | Review letter to Defense re: Doc production; discussion w/JLW | 2 | $2,000.00 |
| 11/3/2016 | Review Macias discovery to Plaintiff | 1.5 | $1,500.00 |
| 11/8/2016 | Review Def County Discovery to Plaintiff | 1.2 | $1,200.00 |
| 11/10/2016 | Review case file from Attorney General; Meeting with JLW re: AG File | 1.2 | $1,200.00 |
| 11/11/2016 | Additional review of file from Attorney General's office | 1.2 | $1,200.00 |
| 11/18/2016 | Discuss depo schedule; file review w/ RES | 0.75 | $750.00 |
| 12/5/2016 | Meet w/JLW re: Call and emails w/ Defense; call and emails with client re discovery | 0.75 | $750.00 |
| 12/7/2016 | Emails and call with client re deposition; Review draft Client responses to discovery; review discovery plan | 6.5 | $6,500.00 |
| 12/9/2016 | Review County Responses to Discovery | 2 | $2,000.00 |
| 12/14/2016 | Review deposition schedule of Larry Morse | 0.5 | $500.00 |
| 12/16/2016 | Discuss case status and discovery w/JLW; Review summaries and police reports of witness interviews Ceccolli/Johnson/Delgadillo | 3 | $3,000.00 |
| 12/19/2016 | Review Harrison depo schedule; t/c to clients | 1 | $1,000.00 |
| 12/20/2016 | Review notices of defendants/witness depositions | 0.5 | $500.00 |
| 12/21/2016 | Review Macias Responses to Discovery | 2 | $2,000.00 |
| 12/28/2016 | Review Supplemental production by County; review plaintiff's supplemental production; discussion w/Larry Morse re: case status; review deposition schedule | 1.5 | $1,500.00 |
| 1/3/2017 | Status meeting w/JLW re: meeting with Larry Morse and Kirk McAllister on case status | 1 | $1,000.00 |
| 1/4/2017 | Review Emilio Manzo transcripts and newly produced reports; send to clients | 0.5 | $500.00 |

Morse
Job Hours Worked

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/5/2017 | Review media call re case | 0.5 | $500.00 |
| 1/8/2017 | Review of case file; meet w/JLW re Macias depo; review timeline and police report | 8 | $8,000.00 |
| 1/9/2017 | Depo Prep with Ethan Morse; Review info from Plaintiff; Travel to Modesto | 7 | $7,000.00 |
| 1/10/2017 | Depo of Macias; client meeting; travel | 8.5 | $8,500.00 |
| 1/11/2017 | Prep for and Depo of Ethan Morse | 6 | $6,000.00 |
| 1/13/2017 | Schedule Cindy Morse Depo; T/c with Cindy Morse | 1.75 | $1,750.00 |
| 1/13/2017 | Review RFAs/Interrogatories to Defendants | 0.75 | $750.00 |
| 1/18/2017 | Review letter from McAllister with parts of criminal file; Deposition status w/JLW; review depo notices | 1.2 | $1,200.00 |
| 1/26/2017 | Review request for production to County | 1 | $1,000.00 |
| 1/27/2017 | Discuss depo of Sanchez w/JLW | 0.75 | $750.00 |
| 1/29/2017 | T/C with Larry Morse re depo prep | 2.5 | $2,500.00 |
| 1/30/2017 | Depo prep meeting w/Larry Morse | 4 | $4,000.00 |
| 1/31/2017 | Meet w/Larry Morse before depo; Larry Morse depo; post-depo conference; email to defense counsel | 10 | $10,000.00 |
| 2/1/2018 | Review video of press conference; discuss w/RES and JLW | 0.4 | $400.00 |
| 2/2/2017 | Discussions w/JLW re: Bowers | 0.75 | $750.00 |
| 2/3/2017 | Review draft of Larry Morse depo | 1.5 | $1,500.00 |
| 2/4/2017 | Depo preparation for Hale; review press conf. video; review Macias depo; file review | 8 | $8,000.00 |
| 2/6/2017 | Prep for Hale depo | 3 | $3,000.00 |
| 2/7/2017 | Emails to defense counsel re: extending discovery for MSJ | 0.2 | $200.00 |
| 2/8/2017 | Depo prep w/Cindy Morse | 2.5 | $2,500.00 |
| 2/9/2017 | Prep for Hale depo; review file and necessary documents; Cindy Morse depo | 9 | $9,000.00 |
| 2/10/2017 | Deposition of Charles Hale; discussion w/JLW and clients | 9.5 | $9,500.00 |
| 2/14/2017 | Conf w/JLW re: Bowers depo | 1 | $1,000.00 |
| 2/15/2017 | Depo of Barton Bowers; file review; Conf w/JLW re: Bowers depo | 5.2 | $5,200.00 |
| 2/16/2017 | Review draft of meet and confer re: depos of Sheriff and former Sheriff; Review defense meet and confer letter; Review Macias Supp Production | 2.3 | $2,300.00 |
| 2/17/2017 | Discuss Johnson, Tern, Delgadillo, Ceccoli and Gomes depo w/JLW; file review | 2 | $2,000.00 |
| 2/17/2017 | Email to Paul Berg re:Case | 1 | $1,000.00 |
| 2/20/2017 | Emails with Roger Clark; T/C Jim Hammer; discuss and prepare for depos w/JLW | 5 | $5,000.00 |
| 2/21/2017 | Review depo of Ceccolli/Gomes w/JLW; review expert disclosure; review demand letter | 2 | $2,000.00 |
| 2/22/2017 | Team meeting /Conf. Sonia Chopra; file review; strategy and focus group discussion | 3.5 | $3,500.00 |
| 2/23/2017 | Email depo to Cindy; T/c re Berg eval. | 1.7 | $1,700.00 |
| 2/23/2017 | Conf. Dara re materials to send to Hammer | 0.5 | $500.00 |
| 2/27/2017 | Email and discussion w/Jim Hammer; send retainer | 1.2 | $1,200.00 |
| 2/27/2017 | T/C with Sonia Chopra; review stip to amend scheduling order ; email re:focus group and strategy | 2.1 | $2,100.00 |
| 3/2/2017 | Discuss for Johnson/Pavelski/Ruiz depos; review County documents; review expert report; expert T/C re depos | 3.1 | $3,100.00 |
| 3/6/2017 | Discuss depo of Dwayne Pavelski and Paul Johnson w/JLW | 1 | $1,000.00 |

Morse
Job Hours Worked

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/8/2017 | Review witness depositions; review defendants responses to discovery | 3.5 | $3,500.00 |
| 3/9/2017 | Prep for Warnke/Cavallero Depo | 4.5 | $4,500.00 |
| 3/10/2017 | Warnke/Cavallero depo and travel to Merced | 10 | $10,000.00 |
| 3/15/2017 | Review supplemental production of documents to defense | 1.3 | $1,300.00 |
| 3/16/2017 | Send email w/Prelim transcripts to Roger Clark and Jim Hammer | 0.3 | $300.00 |
| 3/20/2017 | Emails and t/c with Jim Hammer re:meeting | 0.2 | $200.00 |
| 3/23/2017 | Meeting with Jim Hammer; Discussion w/Paul Berg re:client eval. | 3.75 | $3,750.00 |
| 3/29/2017 | Review RFA responses from defendants; team meeting | 1.6 | $1,600.00 |
| 4/5/2017 | T/C w/ Roger Clark; Review draft of Expert disclosure; discussion w/JLW; depositions to Roger Clark | 3.5 | $3,500.00 |
| 4/6/2017 | Review Berg Report; T/C w/ Berg re: Disclosure; Review final Clark Report; Review Hammer Report | 4 | $4,000.00 |
| 4/7/2017 | Final review for Expert Reports; discussion w/JLW; email re: settlement conference | 2 | $2,000.00 |
| 4/20/2017 | T/c with Paul Berg re:case | 1.5 | $1,500.00 |
| 5/1/2017 | Review and Discuss draft Settlement Conf. Statement | 3 | $3,000.00 |
| 5/2/2017 | Review/Edit Settlement Conf. Statement; email to Cindy Morse re: settlement conference | 1 | $1,000.00 |
| 5/3/2017 | Meeting w/Jim Hammer; emails with client; prep for Hammer deposition | 4 | $4,000.00 |
| 5/4/2017 | James Hammer Depo; meeting w/JLW and Hammer | 5 | $5,000.00 |
| 5/5/2017 | Review Berg supplemental report; send to defense | 2 | $2,000.00 |
| 5/6/2017 | Telephone call with Roger Clark; Review POST materials from Clark | 2 | $2,000.00 |
| 5/7/2017 | Telephone Call with Jim hammer re his Depo | 1.2 | $1,200.00 |
| 5/7/2017 | Travel to San Diego; Prep meeting with Roger Clark; T/C w/ Paul Berg | 8 | $8,000.00 |
| 5/8/2017 | Depo of Roger Clark and Paul Berg; Meeting w/experts; review JLW research re:probable cause | 10 | $10,000.00 |
| 5/9/2017 | Depo of John Teft; travel | 10 | $10,000.00 |
| 5/12/2017 | Review MSJ; file review; review settlement letter; T/C with Jim Hammer | 7 | $7,000.00 |
| 5/13/2017 | Review settlement conference offers and discuss with team; stip. To continue settlement conference | 2 | $2,000.00 |
| 5/15/2017 | Call with client re: settlement conference; Review file; review court order re:settlement conference | 1.5 | $1,500.00 |
| 5/16/2017 | Settlement Conference; Travel to and from Fresno | 9.25 | $9,250.00 |
| 5/19/2017 | Review MSJ; discussion re opposition | 4 | $4,000.00 |
| 5/20/2017 | Review draft of Opp to MSJ | 3 | $3,000.00 |
| 5/22/2017 | Review and advise re:Draft of Opp to MSJ | 2 | $2,000.00 |
| 5/30/2017 | Review defendants reply re MSJ; prepare for MSJ hearing | 4 | $4,000.00 |
| 6/1/2017 | Review Opp to Motion to Strike; discuss w/JLW | 2 | $2,000.00 |
| 6/5/2017 | Review Objections to Expert Opinions | 2.5 | $2,500.00 |
| 6/6/2017 | Prepare for Hearing; file review; discuss w/JLW; Hearing on MSJ | 5.5 | $5,500.00 |
| 7/11/2017 | Review MSJ Ruling; file review | 2.5 | $2,500.00 |
| 7/28/2017 | Team Meeting w/Sonia Chopra re: focus group; file review | 3 | $3,000.00 |
| 8/7/2017 | Review Joint Pretrial Conf Statement/ Review counsel edit's to exhibit list and joint statement /emails between counsel | 1 | $1,000.00 |

| | | Morse<br>Job Hours Worked | |
|---|---|---|---|
| 8/14/2017 | Discussion w/Client; file review; Prepare for and attend telephonic Pre-Trial Conference | 4 | $4,000.00 |
| 8/18/2017 | Review emails re trial date; review supplemental production | 1 | $1,000.00 |
| 8/21/2017 | Letter to defense counsel with supplemental production; review exhibit list; email w/client re: case; emails to defense counsel re: exhibit list | 2 | $2,000.00 |
| 8/23/2017 | Review file w/client; email to client re: trial date; Telephone Conference re: New Trial Date; communication w/witnesses re: trial date | 2.5 | $2,500.00 |
| 8/24/2017 | Discuss new date; review court order | 0.5 | $500.00 |
| 8/28/2017 | Discuss new date; calendar issues | 0.2 | $200.00 |
| 8/31/2017 | Review new date set; notice to clients/witness re: new date | 2 | $2,000.00 |
| 9/1/2017 | Review Macias Objections to Pretrial order | 0.5 | $500.00 |
| 9/8/2017 | Review County Objections to Pretrial order | 0.5 | $500.00 |
| 9/20/2017 | Review Final Pretrial order | 0.75 | $750.00 |
| 11/16/2017 | Review Fresno ABC30 media video re:case and direct Dara to begin media search | 1 | $1,000.00 |
| 12/7/2017 | Review additional media gathered | 1 | $1,000.00 |
| 2/20/2018 | Team meeting re: focus group; emails to Chopra | 0.5 | $500.00 |
| 3/12/2018 | Team meeting re: Trial prep; Email and T/C to Kara Hitchcock re: trial | 1.5 | $1,500.00 |
| 3/13/2018 | Email to client re: focus group | 0.2 | $200.00 |
| 3/15/2018 | Meeting re: witness order at trial/trial prep | 3 | $3,000.00 |
| 3/20/2018 | Review exhibit; file review; dicsuss plan re: MILs | 3.2 | $3,200.00 |
| 3/21/2018 | Review MILs and email to JLW re MILS; further preparation re: MILs | 3 | $3,000.00 |
| 3/22/2018 | Email to JLW re MILS | 0.5 | $500.00 |
| 3/23/2018 | Review Court's jury instructions; Review defense exhibits; Team meeting re: trial preparation and MILs | 5 | $5,000.00 |
| 3/26/2018 | Focus Group Prep; Review draft Motions in Limine; review MILs | 8 | $8,000.00 |
| 3/27/2018 | Focus Group Preparation and trial preparation; witness interviews | 8 | $8,000.00 |
| 3/28/2018 | Focus Group Preparation | 8 | $8,000.00 |
| 3/29/2018 | Review depo clips; Focus Group Rehersal; Travel to Fresno for Focus Group | 7.5 | $7,500.00 |
| 3/30/2018 | Focus Group; travel; Review emails from defense re: withdrawal of exhibits | 10 | $10,000.00 |
| 4/1/2018 | Review Defendants Motions in Limine and Begin Research; trial preparation | 7 | $7,000.00 |
| 4/2/2018 | Review Defense jury instructions and verdict form;  email to defense; review opps to Motions in Limine; team meeting; further review of trial brief and trial prep; call experts | 10 | $10,000.00 |
| 4/3/2018 | Review exhibits and comment on draft objections; discuss IT conference; emails with defense re jury instructions | 6 | $6,000.00 |
| 4/4/2018 | Team Meeting to review witnesses and trial preparation; T/C w/ clients, witnesses, and experts re: trial | 6 | $6,000.00 |
| 4/5/2018 | Meeting with JLW re witnesses; Review witnesses needed for trial; Emails with defense re trial exhibits; Review Replies for MILs | 7.5 | $7,500.00 |
| 4/6/2018 | Review emails with DOJ re Bowers appearance; Review Defendants Replies to Motions in Limine; trial preparation | 6 | $6,000.00 |
| 4/9/2018 | Review meet and confer re: autopsy photos; emails with defense counsel re exhibits and witnesses; research on defense counsel; coordinate witnesses; Trial Preparation | 5 | $5,000.00 |

| Date | Morse<br>Job Hours Worked | Hours | Amount |
|---|---|---|---|
| 4/10/2018 | Review Trial Brief/Voir Dire/Jury Instructions; Call with Kirk McAllister; Client discussion | 10 | $10,000.00 |
| 4/11/2018 | Trial Preparation; reviewing depositions; reviewing witness statements/interviews | 4 | $4,000.00 |
| 4/12/2018 | Work on opening statement w/JLW; Prepare for hearing and hearing on Motion in Limine; preparing for voir dire; Trial Preparation | 9.5 | $9,500.00 |
| 4/13/2018 | Work on opening statement w/JLW; emails re exhibits; review depositions; Trial Preparation | 7.5 | $7,500.00 |
| 4/14/2018 | Meeting with Clients; Discuss and review for Opening Statement; Trial Preparation | 7 | $7,000.00 |
| 4/15/2018 | Further review of Opening Statement ; Opening statement rehersal; voir dire prep; Trial Preparation | 6 | $6,000.00 |
| 4/16/2018 | Trial preparation;  travel to Fresno | 10 | $10,000.00 |
| 4/17/2018 | Trial | 16 | $16,000.00 |
| 4/18/2018 | Trial | 16 | $16,000.00 |
| 4/19/2018 | Trial | 16 | $16,000.00 |
| 4/20/2018 | Trial | 16 | $16,000.00 |
| 4/21/2018 | Review Macias exam; review transcripts | 5 | $5,000.00 |
| 4/23/2018 | Trial preparation; travel to Fresno | 8 | $8,000.00 |
| 4/24/2018 | Trial | 16 | $16,000.00 |
| 4/25/2018 | Trial | 16 | $16,000.00 |
| 4/26/2018 | Trial | 16 | $16,000.00 |
| 4/27/2018 | Trial | 16 | $16,000.00 |
| 4/28/2018 | Review Closing argument | 4 | $4,000.00 |
| 4/29/2018 | Prepare and review closing argument; prepare Hale Examination | 6 | $6,000.00 |
| 4/30/2018 | Trial preparation; prepare for Hale examination; travel to Fresno | 8 | $8,000.00 |
| 5/1/2018 | Trial | 16 | $16,000.00 |
| 5/2/2018 | Trial | 16 | $16,000.00 |
| 5/3/2018 | Trial | 16 | $16,000.00 |
| 5/4/2018 | Trial | 12 | $12,000.00 |
| 5/5/2017 | Review Punitive argument; discuss w/JLW | 2 | $2,000.00 |
| 5/7/2018 | Edit puntive argument; Teleconference with Judge and Defense Counsel re Punitive Phase; travel to Fresno | 8 | $8,000.00 |
| 5/8/2018 | Trial | 8 | $8,000.00 |
| 5/9/2018 | Email re: file review and media; post-trial discussion w/clients | 3 | $3,000.00 |
| 5/10/2018 | Review Trial Transcript; discussion with team | 1 | $1,000.00 |
| 5/11/2018 | Discussion w/Client re: post-trial case status | 1 | $1,000.00 |
| 5/13/2018 | Review and draft demand letter | 4 | $4,000.00 |
| 5/15/2018 | Review file and begin draft of hours for attorney fee motion | 4 | $4,000.00 |
| 5/17/2018 | Review jury write up; discussion w/JLW | 2 | $2,000.00 |
| 5/18/2018 | Discussion w/Dana Fox re: settlement; discussion w/client re: settlement offer; discussion w/ partners re: case | 2 | $2,000.00 |
| 5/21/2018 | Further review of court transcripts | 2 | $2,000.00 |
| 5/23/2018 | Discussion w/Dana Fox re: settlement; discussion w/client re: settlement offer; discussion w/JLW re: settlement | 1.5 | $1,500.00 |

Morse
Job Hours Worked

| | | | |
|---|---|---|---|
| 5/25/2018 | Review of costs/ objection to costs; review and research post-trial motions; review and discuss settlement offers w/JLW/ client/ Dana Fox | 4 | $4,000.00 |
| 5/28/2018 | Further review of settlement w/clients; draft letter to defense re: counter offer; transcript review | 2 | $2,000.00 |
| 5/30/2018 | review objections to cost bill | 0.2 | $200.00 |
| 6/1/2018 | Discussion w/Rich Pearl re: fee motion; discussion w/JLW re fee motion; Discussion w/Val McGinty re appeal | 5 | $5,000.00 |
| 6/3/2018 | Review of file ad draft fee motion | 8 | $8,000.00 |
| | Review response to post-trial motions; including the opposition to the fee motion, review defendant's response with Rich Pearl, JLW, RES, and Dara. | 30 | $30,000.00 |
| | Travel to Fresno for Post-trial motion hearing on 6/19 | 8 | $8,000.00 |
| | | **895.35** | **$895,350.00** |