J. Gary Gwilliam (SBN. 33430)
Jayme L. Walker (SBN. 273159)
GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA 94612
Phone: (510)832-5411
Fax: (510)832-1918
Email: ggwilliam@giccb.com
        jwalker@giccb.com

Attorneys for Plaintiff
ETHAN MORSE

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERIFF'S DEPARTMENT and DOES 1-100<br><br>　　　　　Defendant | Case No.: 1:16-CV-00142-DAD-SKO<br><br>DECLARATION OF JAYME L. WALKER IN SUPPORT OF PLAINTIFF ETHAN MORSE'S MOTION FOR ATTORNEYS' FEES AND COSTS |

I, Jayme L. Walker, declare as follows:

1.      I am an attorney duly licensed to practice law before all courts of the State of California and a partner with Gwilliam, Ivary, Chiosso, Cavalli & Brewer, P.C., counsel for plaintiff Ethan Morse.  All of the facts set forth herein are based on my personal knowledge and/or my examination of records that are kept by my firm in the regular course of business.  If called as a witness, I could testify competently thereto.

2.      I am a 2010 graduate of the University of San Francisco School of Law and was admitted to practice law in California on December 3, 2010. During law school, I competed in two national moot court teams and I was a member of the University of San Francisco Law Review.  As part of the National Moot Court Competition, my team was awarded "Best Brief".  I am currently admitted to practice before all courts in the State of California, and the United States District Courts for the Eastern and Northern Districts of California.

3.      From 2010 to January 1, 2016, I was an associate attorney at Gwilliam Ivary.  I specialized in representing plaintiffs in employment litigation, personal injury, and civil rights actions.

4.      In October, 2011, I was second chair to J. Gary Gwilliam in the case *Allmed v. Healthtronics* VG09488663 venued in the Alameda Superior Court.  After a three-week jury trial, the jury found in favor of our client and awarded $9,263,345.00 in damages.  I was a first-year associate at the time, and the court approved my hourly rate at $300/hour.  The opinion is attached hereto as "Exhibit A".

5.      Since my admission to practice law, I have successfully litigated numerous employment and personal injury cases to resolution.  From 2012 – 2014, I represented 10 plaintiffs in a wrongful termination/age discrimination case against the insurance company CSAA.  After successfully defeating 11 motions for summary judgment, the case was resolved after rulings on motions *in limine*.

6.      From 2013-2015, I was co-trial counsel with Randall E. Strauss in a case where we represented a former police department attorney in a whistleblower lawsuit against the City

1  and County of San Francisco and Chief of Police Greg Suhr. The case settled for $725,000.00

2  after pretrial motions and just before jury selection.

3      7.     In 2014, I, along with Steven R. Cavalli, represented a family whose husband and

4  father was killed in a bicycle accident due to roadway conditions in Oakland. The result was a $2

5  million settlement.

6      8.     In 2015, I, along with Steven R. Cavalli, represented a family whose husband and

7  father was killed in a police shooting in Hayward and successfully resolved the case prior to trial.

8      9.     I, along with J. Gary Gwilliam, represented a mother who lost her son in a random

9  act of violence at an apartment complex in Sacramento. The apartment complex claimed that the

10  shooters were 100% at fault. Despite the fact that the complex had notice of gang activity in the

11  neighborhood, it did not hire security. The case resulted in a settlement of $750,000.00.

12      10.     I have also been on the forefront of several cases that have resulted in significant

13  confidential settlements.

14      11.     From January 1, 2016 to the present, I have been a partner at Gwilliam Ivary

15  litigating the same types of cases on behalf of plaintiffs.

16      12.     I am a member of the employment team that has been recognized by the Recorder

17  as being one of the top 10 Leading Plaintiffs Bay Area Employment Law Groups.

18      13.     I have been recognized as a Rising Star by Super Lawyers Magazine every year

19  since 2014.

20      14.     I am an executive Board Member of the Alameda Contra Costa County Trial

21  Lawyers Association and a Board Member of Consumer Attorneys of California.  I have

22  frequently published articles in legal publications such as ACCTLA's The Verdict and Plaintiff

23  Magazine.  I have also been a frequent speaker at statewide and national trial lawyer

24  conventions, including the CAOC Annual Convention, CAOC Hawaii Convention, California

25  Employment Lawyers Association (CELA) Annual Meeting and the National Employment

26  Lawyers Association Convention (NELA).

27      15.     The firm of Gwilliam, Ivary, Chiosso, Cavalli & Brewer has been in Alameda

28  County for over 35 years, specializing in the representation of plaintiffs.  Over the course of my

1  practice, I have reviewed hundreds of potential employment cases and represented individuals in

2  single plaintiff and multiple plaintiff employment cases, and I have recovered millions of dollars

3  on behalf of plaintiffs in employment cases. Other plaintiff attorneys refer cases to me frequently

4  because of my reputation and expertise.

5      16.    My current hourly rate is $600.00 per hour.  I believe this rate is consistent with

6  the hourly rate within the Bay Area for my level of experience.

7      17.    In this action, I was involved from the filing of the government claim, the drafting

8  of the complaint and I was the lead attorney opposing motions to dismiss and motions for

9  summary judgment.  I was co-lead counsel with J. Gary Gwilliam for all depositions and the trial

10 of this matter.

11     18.    In agreeing to represent Mr. Morse in this matter, my firm assumed a number of

12 significant risks. We assumed the risk we would not be paid, since we undertook Mr. Morse's

13 representation on a contingent fee basis. This was a complicated case, involving 19 depositions,

14 significant pretrial motion practice and a trial involving sensitive issues and novel legal issues.

15 In taking this case, we were precluded from taking on and devoting resources to other cases and

16 potential new matters.

17     19.    I understand that Ethan Morse sought trial counsel in the Bay Area because he

18 was advised by local attorneys that he would need to go outside the Valley.  While there are

19 certainly attorneys in Fresno doing excessive force cases, I could only find 15 cases filed in the

20 Eastern District alleging judicial deception and all but two of those were brought by counsel

21 outside of the Fresno area.  I have attached these cases as "Exhibit B".

22     20.    My paralegal, Dara Pilgrim, also performed work on this matter. I personally

23 supervised and confirmed the work performed by Ms. Pilgrim. Ms. Pilgrim is a college graduate,

24 having graduated with a Bachelors of Arts in Political Science from San Francisco State

25 University in 2015 and is qualified to perform work as a paralegal in the State of California

26 under Business & Professions Code 6450. Ms. Pilgrim began working at Gwilliam, Ivary in 2015

27 and has provided law-related paralegal services under my direction and supervision for almost

28 three years.

21.    Ms. Pilgrim performed a number of tasks in connection with this litigation, including: processing, organizing, and filing discovery documents received from Defendants; processing Plaintiff's documents for production in discovery; preparing exhibits for depositions; cite-checking and formatting briefs and other filings; summarizing depositions and police audio interviews; and other case management functions. In addition, Ms. Pilgrim prepared the electronic evidence for presentation at trial, which included a myriad of transcripts, depositions, videos and other evidence and files associated with this case, and then accompanied counsel to court for the electronic presentation of evidence. Plaintiff seeks $200 per hour for Ms. Pilgrim's work on this litigation. A typed and edited version of Ms. Pilgrim's time records for this period is attached hereto as "Exhibit C".

22.    A typed and edited version of my time records for this period is attached hereto as "Exhibit D". I have exercised billing judgment and conservatively presented my hours to this court. These hours do not capture many hours of phone calls, emails and conferences between Gary Gwilliam, Randall E. Strauss, Dara Pilgrim, and myself. These records show that I have spent 1061.7 hours on this matter through June, 2018, for a total fee claim of $637,020.00 to date. Time spent after this date will be claimed by supplemental filing. I have carefully reviewed my time records and can attest that all of this time was reasonably devoted to pursuing my clients' interests and would have been billed to a fee-paying client.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of June, 2018 at Oakland, California.

/s/ Jayme L. Walker

JAYME L. WALKER

# Exhibit A

*8800973*

J. GARY GWILLIAM (SBN 33430)
RANDALL E. STRAUSS (SBN 168363)
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St. Ste. 1600
Oakland, CA 94612
Telephone:  510-832-5411
Facsimile: 510-832-1918
Email:  ggwilliam@giccb.com

RICHARD E. KORB, Esq. (SBN 98140)
KORB LAW OFFICES
1563 Solano Ave. Ste. 441
Berkeley, CA 94707
Telephone: (510) 524-0903
Facsimile: (510) 705-1693
Email: rekorb@comcast.net

**FILED**
ALAMEDA COUNTY

FEB 0 9 2012

CLERK OF THE SUPERIOR COURT
By _Miranda Edgerly_
DEPUTY

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| ALLMED SYSTEMS, INC. dba LISA LASER USA, INC., AND LISA LASER PRODUCTS, OHG, <br><br> Plaintiffs, <br> vs. <br><br> HEALTHTRONICS, INC. AND DOES 1 through 20, inclusive, <br><br> Defendant | Case No.: VG09488663 <br><br> **JUDGMENT ON SPECIAL VERDICT** |

Judgment is hereby entered on the Special Verdict Form on the Complaint and a true and correct copy is attached hereto as Exhibit A, as follows:

IT IS ADJUDGED that Plaintiffs ALLMED SYSTEMS, INC. dba LISA LASER USA, INC., AND LISA LASER PRODUCTS, OHG, recover judgment on their breach of contract claim in the amount of Seven Million Six Hundred Forty-Seven Thousand Three Hundred Forty-Five Dollars ($7,647,345.00) and on their intentional and negligent misrepresentation claims in the amount of Nine Million Two Hundred Sixty Three Thousand Three Hundred Forty-Five

1    Dollars ($9,263,345.00), Plaintiffs shall recover judgment in the total amount of Nine Million

2    Two Hundred Sixty Three Thousand Three Hundred Forty-Five Dollars ($9,263,345.00) against

3    Defendants Healthtronics, Inc.

4    IT IS FURTHER ADJUDGED that, the Court having entered a directed verdict in favor

5    of Defendant Healthtronics, Inc. on Plaintiffs' claims for breach of oral contract and intentional

6    interference with prospective economic advantage, Plaintiffs ALLMED SYSTEMS, INC. dba

7    LISA LASER USA, INC., AND LISA LASER PRODUCTS, OHG take nothing on those claims,

8    and judgment on those claims is hereby entered in favor of HEALTHTRONICS, INC.

9    IT IS FURTHER ADJUDGED that Plaintiffs ALLMED SYSTEMS, INC. dba LISA

10   LASER USA, INC., AND LISA LASER PRODUCTS, OHG take nothing on their claims for

11   injunctive and restitutionary relief under Business & Professions Code Section 17200, et. seq.

12   IT IS FURTHER ADJUDGED that Defendant HEALTHTRONICS, INC, recover

13   nothing on its Cross Complaint against Plaintiffs/Cross-Defendants ALLMED SYSTEMS, INC.

14   dba LISA LASER USA, INC., AND LISA LASER PRODUCTS, OHG.  The special verdict

15   form is attached hereto as Exhibit B.

16   IT IS FURTHER ADJUDGED that, the Court having entered a directed verdict in favor

17   of Plaintiffs ALLMED SYSTEMS, INC. dba LISA LASER USA, INC., AND LISA LASER

18   PRODUCTS, OHG on HEALTHTRONICS' claims for intentional interference with prospective

19   economic advantage and intentional and negligent interference with contract

20   HEALTHTRONICS, INC. take nothing on those claims, and judgment on those claims is hereby

21   entered in favor of Plaintiffs ALLMED SYSTEMS, INC. dba LISA LASER USA, INC., AND

22   LISA LASER PRODUCTS, OHG.

23   Attorneys' fees and costs are awarded to Plaintiffs as the prevailing party on the

24   Complaint and the Cross-Complaint as follows:

25   J. Gary Gwilliam, Randall E. Strauss and Jayme L. Burns of Gwilliam, Ivary, Chiosso Cavalli &

26   Brewer are awarded $1,239,490.00.

27   Richard E. Korb of Korb Law Offices is awarded $506,250.00.

28   Total Attorneys' fees are awarded in the amount of $1,745,740.00.

1         Costs are awarded pursuant to Code of Civil Procedure 1032 and 1033.5 in an amount to

2    be determined.

3         Interest is awarded on the entire judgment in the amount of 10% per annum from the date

4    of the verdict, November 4, 2011.

5

6    Dated: 2/9 , 2012

7

8

9

10    _____

11    Robert McGuiness
     Judge of the Superior Court
12

13    126203

14

15    
     The foregoing instruments are
     correct copies of the original
     on file in this office.

16    ATTEST:  JUN 0 4 2012

17    Executive Officer/Clerk of the Superior Court
     State of California, County of Alameda
18    BY _____ DEPUTY

19    PEDRO V. DATING, JR.

20

21

22

23

24

25

26

27

28

**VERDICT FORM**

<u>**Breach of Contract**</u> **[Vf 300]**

1.  Did Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG and Healthtronics enter into a contract?

    _____ Yes _____ No

2.  Did Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG do all, or substantially all, of the significant things that the contract required it to do?

    _____ Yes _____ No

3.  Was Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG excused from having to do all, or substantially all, of the significant things that the contract required it to do?

    _____ Yes _____ No

4.  Did all the conditions occur that were required for Healthtronics' performance?

    _____ Yes _____ No

5.  Did Healthtronics fail to do something that the contract required it to do?

    _____ Yes _____ No

6.  Was Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG harmed by that failure?

    _____ Yes _____ No

    If you answered "Yes" to questions 1 through 6, you can set forth the amount of the damages for <u>**Breach of Contract**</u> Verdict Form (question 44).

<u>**Breach of Covenant of Good Faith and Fair Dealing**</u> **[CACI 325]**

7.  Did Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG and Healthtronics enter into a contract?

    __12__ Yes _____ No

1

EXHIBIT ___A___

14. Did the plaintiffs Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG reasonably rely upon the representation?

_____12_____ Yes _____No

If your answer to question 14 is yes, then answer question 15. If you answered no, stop here, and go on **Concealment**.

15. Was Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG's reliance on the representation a substantial factor in causing harm to Allmed?

_____10_____ Yes ___2___ No

If you answered "Yes" to question 15, you can set forth the amount of the damages for **Intentional Misrepresentation** Verdict Form (question 46).

**Concealment [Vf 1901]**

16. Did the defendant Healthtronics intentionally fail to disclose an important fact that Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG did not know and could not reasonably have discovered?

_____9_____ Yes ___3___ No

If your answer to question 16 is yes, then answer question 17. If you answered no, stop here, and go on to **False Promise.**

17. Did the defendant Healthtronics intend to deceive Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG by concealing such fact or facts?

_____9_____ Yes ___3___ No

If your answer to question 17 is yes, then answer question 18. If you answered no, stop here, and go on to **False Promise.**

3

23.    Did the plaintiffs Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG reasonably rely on this promise?

_____N|A_ Yes _N|A_ No

If your answer to question 23 is yes, then answer question 24. If you answered no, stop here, and go on to **Negligent Misrepresentation**.

24.    Did the defendant Healthtronics perform the promised act?

_____N|A_ Yes _N|A_ No

If your answer to question 24 is no, then answer question 25. If you answered yes, stop here, and go on to **Negligent Misrepresentation**.

25.    Was Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG's reliance on the promise a substantial factor in causing harm to plaintiff?

_____N|A_ Yes _N|A_ No

If you answered "Yes" to question 25, you can set forth the amount of the damages for **False Promise** Verdict Form (questions 48).

**Negligent Misrepresentation** [Vf 1903]

26.    Did Healthtronics make a false representation of important fact to Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG?

_____9_ Yes ___3_ No

If your answer to question 26 is yes, then answer question 27. If you answered no, stop here, and go on to **Punitive Damages**.

27.    Did Healthtronics honestly believe that the representation was true when they made it?

_____12_ Yes ___0_ No

If your answer to question 27 is yes, then answer question 28. If you answered no, stop here, and go on to **Punitive Damages**.

5

**Breach of Contract** [Vf 300]

1. Did Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG and Healthtronics enter into a contract?

   __12__ Yes __∅__ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, and go on to **Breach Covenant of Good Faith and Fair Dealing**.

2. Did Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG do all, or substantially all, of the significant things that the contract required it to do?

   __12__ Yes __∅__ No

If your answer to question 2 is yes, then skip question 3 and answer question 4. If you answered no, answer question 3.

3. Was Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG excused from having to do all, or substantially all, of the significant things that the contract required it to do?

   __N/A__ Yes __N/A__ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, and go on to **Breach Covenant of Good Faith and Fair Dealing**.

4. Did all the conditions occur that were required for Healthtronics' performance?

   __12__ Yes __∅__ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, and go on to **Breach Covenant of Good Faith and Fair Dealing**.

5. Did Healthtronics fail to do something that the contract required it to do?

   __10__ Yes __2__ No

If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, and go on to **Breach Covenant of Good Faith and Fair Dealing**.

EXHIBIT __B__

## VERDICT FORM – CROSS COMPLAINT

### Breach of Contract  [Vf 300]

1.    Did Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG and Healthtronics enter into a contract?

_12_ Yes _Ø_ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.    Did HealthTronics do all, or substantially all, of the significant things that the contract required it to do, or was it excused from doing so?

_2_ Yes _10_ No

If your answer to question 2 is yes, then skip question 3 and answer question 4. If you answered no, answer question 3.

3.    Was HealthTronics excused from having to do all, or substantially all, of the significant things that the contract required it to do?

_Ø_ Yes _12_ No

If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.    Did all the conditions occur that were required for Allmed Systems, Inc. d.b.a. Lisa Laser USA and Lisa Laser OHG's performance?

_____ Yes _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5.    Did Allmed Systems, Inc. d.b.a. Lisa Laser USA or Lisa Laser OHG fail to do something that the contract required them to do?

_____ Yes _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form

6.    Was HealthTronics harmed by that failure?

_____ Yes _____ No

1

## CLERK'S CERTIFICATE OF SERVICE BY MAIL

CASE NAME:  ALLMED SYTEMS, INC., et al vs. HEALTHTRONICS, INC,. et al
ACTION NO.:  HG10-502027

I am a Deputy Clerk employed by the Alameda County Superior Court.  I am over the age of 18 years.  My business address is 1221 Oak Street, Oakland, California.  I served the **JUDGMENT ON SPECIAL VERDICT**  by placing copies in envelopes addressed as shown below and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

J. Gary Gwilliam
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison St., Ste. 1600
Oakland, CA  94612

Andrew T. Mortl, Esq.
Glynn & Finley, LLP
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

Richard E. Korb, Esq.
Korb Law Offices
1563 Solano Avenue, Suite 441
Berkeley, CA  94707

Breck Harrison, Esq.
Jackson Walker. LLP
100 Congress Avenue, Suite 1100
Austin, TX  78701

I declare under penalty of perjury that the following is true and correct

Executed on February 10, 2012  at Oakland, California.

Pat Sweeten
Executive Officer/Clerk of the Superior Court

By _Miranda Edgerly_
    Miranda Edgerly, Deputy Clerk

# Exhibit B

| Case Name | Counsel Location |
|---|---|
| **Bobby Darrell JOHNSON; et al., v. SHASTA COUNTY, a public entity, et al., 83 F.Supp.3d 918 (2015)** | Oakland |
| **PACIFIC MARINE CENTER, INC. et al., v. Scott SILVA, Tom Wilson, E. Essegian 809 F.Supp.2d 1266 (2011)** | Westlake Village |
| **JOANNE BLIGHT, v. CITY OF MANTECA, et al. Case No. 2:15-cv-2513 WBS AC 244 F.Supp.3d 1073 (2017)** | San Francisco |
| **Ammari et al v. State of California et al 1:11-cv-00867-LJO-SAB** | Beverly Hills |
| **Johnson, et. al., v. Shasta County, et. al. 2:14-cv-01338-KJM-EFB** | Oakland |
| **Rahbarian et al v. Cawley et al 2:10-cv-00767-TLN-KJN** | Sacramento |
| **Alba v. County of Tulare, California et al 1:15-cv-01492-EPG** | Visalia and Hanford |
| **Stimmell, et al. v. Harris, et al. 1:12-cv-00155-LJO-BAM** | Clovis |
| **James v. Granger 1:13-cv-00983-AWI-SKO** | Visalia and Sacramento |
| **Olvera v. County of Sacramento 932 F.Supp.2d 1123 (2013) Case No. CIV. 2:10-550 WBS CKD.** | Sacramento and San Jose |
| **Hansen v. Schubert, 459 F. Supp. 2d 973 - Dist. Court, ED California 2006. Case No. CIV. S-02-0850 FCD GGH.** | Sacramento, Santa Rosa, and Berkeley |
| **National Agr. Chemicals Ass'n v. Rominger, 500 F. Supp. 465 - Dist. Court, ED California 1980** | San Francisco and Sacramento |
| **Mclaughlin et al v. County of El Dorado et al 2:10-cv-02551-LKK-GGH** | El Dorado Hills, South Lake Tahoe, Sacramento, San Jose |
| **Ewing et al v. State of California et al 2:05-cv-02270-WBS-KJN** | San Francisco, Stockton, Concord |
| **Carrasquilla v. County of Tulare Case No. 1:15-cv-00740-BAM.** | Woodland Hills, |

# Exhibit C

# Ethan Morse

# v.

# County of Merced, et al.

Case No. 1:16-cv-00142-DAD-SKO

| Date | Project or Task | Hours Worked | Billed Amount |
|---|---|---|---|
| 1/6/2017 | Prep documents for Macias depo; Confirm travel | 4.2 | $840.00 |
| 1/7/2017 | Prep documents for Macias Depo | 3.5 | $700.00 |
| 1/8/2017 | Prepare/serve Warnke and Cavallero NODs | 1.2 | $240.00 |
| 1/12/2017 | Coordinate meeting with Client; provide documents | 0.7 | $140.00 |
| 1/17/2017 | Coordinate service of subpoena; coordinate with witnesses for depos | 1.2 | $240.00 |
| 1/18/2017 | Review letter from Mcallister with parts of criminal file | 0.75 | $150.00 |
| 1/26/2017 | Prepare shell/format/ serve RFP | 1.5 | $300.00 |
| 1/26/2017 | Prepare/organize documents for Sanchez Depo | 5 | $1,000.00 |
| 1/31/2017 | Begin Ethan Morse Depo Summary | 5 | $1,000.00 |
| 2/1/2017 | Emails re depo scheduling | 0.2 | $40.00 |
| 2/2/2017 | Receive/review investigator report re subpoena service; match pos w/subs; contact w/clients; email w/ defense re:depo schedul | 1.75 | $350.00 |
| 2/3/2017 | Prepare/Serve Depo Subs | 1.5 | $300.00 |
| 2/6/2017 | Review and transcribe press conf. video | 2 | $400.00 |
| 2/6/2017 | Continue Ethan Morse Depo Summary | 4.2 | $840.00 |
| 2/9/2017 | Confirm Hale Depo; Organize file/documents for Hale depo | 1.75 | $350.00 |
| 2/10/2017 | Communicate w/Client and transmit documents | 1.5 | $300.00 |
| 2/13/2017 | 1/2 Macias Depo Summary | 6.1 | $1,220.00 |
| 2/14/2017 | Confirm Bowers depo; organize and compile documents for depo | 2.2 | $440.00 |
| 2/15/2017 | Receive L. Morse depo and upload/organize it in electronic file | 0.7 | $140.00 |
| 2/16/2017 | Send new subpoena to Pavelski; Coordinate meeting with client and expert; obtain checks for witness fees for upcoming depos; | 5.5 | $1,100.00 |
| 2/17/2017 | Compile file to send to Dr. Berg; confirm depos | 2.5 | $500.00 |
| 2/20/2017 | Coordinate materials to send to Clark | 4.5 | $900.00 |
| 2/21/2017 | Receive C. Morse depo and upload/organize it in electronic file; communicate with clients | 1.5 | $300.00 |
| 2/22/2017 | Team meeting /Conf. Sonia Chopra | 1.75 | $350.00 |
| 2/23/2017 | Meet with JLW re materials to send to Hammer | 0.6 | $120.00 |
| 2/24/2017 | Complete Macias Depo Summary | 6 | $1,200.00 |
| 2/27/2017 | JGG/JLW-Morse-T/C with Sonia Chopra /review stip to amend scheduling order | 2.1 | $420.00 |
| 3/2/2017 | Prep documents for Warnke/Cavallero Depos; provide document to Hammer | 2.75 | $550.00 |
| 3/3/2017 | Receive Hale depo and upload/organize it in electronic file; confirm depos; Coordinate Clark materials | 3.2 | $640.00 |
| 3/5/2017 | Prep documents for Pavelski/Johnson/Ruiz depos | 5.5 | $1,100.00 |
| 3/6/2017 | Robert Tern Depo Summary | 3.8 | $760.00 |
| 3/7/2017 | Confirm depos; receive witness depos and upload/organize in file | 5.6 | $1,120.00 |
| 3/8/2017 | Review scheduling order; Communicate with copy service and defense counsel re subpoena to premium employment services | 3.5 | $700.00 |
| 3/9/2017 | Communicate with client re conference | 0.4 | $80.00 |
| 3/9/2017 | Cameron Johnson Depo summary | 3.2 | $640.00 |
| 3/9/2017 | Jose Sam Sanchez Depo Summary | 8.9 | $1,780.00 |
| 3/10/2017 | Communicate w/experts and client re trial date | 0.5 | $100.00 |
| 3/16/2017 | Receive E. Morse/Pavelski/Johnson/Ruiz depo and upload/organize it in electronic file | 0.7 | $140.00 |
| 3/17/2017 | Ethan Morse Depo Summary, Vol. II | 4.5 | $900.00 |
| 3/20/2017 | Continue Ethan Morse Depo Summary, Vol. II | 4 | $800.00 |
| 3/21/2017 | Finish Ethan Morse Depo Summary, Vol. II | 5 | $1,000.00 |
| 3/23/2017 | Coordinate materials to send to Clark | 2.5 | $500.00 |
| 4/5/2017 | Provide additional materials to Hammer | 1.5 | $300.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/6/2017 | Review and create shell for disclosures | 1.5 | $300.00 |
| 4/7/2017 | Prepare and serve expert disclosures | 8 | $1,600.00 |
| 4/10/2017 | Tony Gomes/Sabrina Ceccoli Depo Summaries | 4.5 | $900.00 |
| 4/10/2017 | Communicate with clients | 0.2 | $40.00 |
| 4/17/2017 | Communicate with experts re depos | 2.2 | $440.00 |
| 4/20/2017 | Research re Tellez | 0.7 | $140.00 |
| 4/21/2017 | Vern Warnke/Tom Cavallero Depo Summaries | 8.9 | $1,780.00 |
| 4/25/2017 | Coordinate expert depo notices and send to experts | 0.75 | $150.00 |
| 5/2/2017 | Draft/Edit Settlement Conf. Statement | 3.75 | $750.00 |
| 5/3/2017 | Coordinate audio transcription/answer q's and upload files | 2.2 | $440.00 |
| 5/4/2017 | Prepare shells for expert NOD objection | 1.2 | $240.00 |
| 5/5/2017 | Begin Charles Hale Depo Summary | 5.1 | $1,020.00 |
| 5/6/2017 | Prepare materials re MSJ  and audio transcription | 3.5 | $700.00 |
| 5/9/2017 | Format/Edit/Lodge MSC Stmt and Notice of Submitting Statement | 1.75 | $350.00 |
| 5/9/2017 | Prepare binders of MSJ and Exhibits | 4 | $800.00 |
| 5/12/2017 | Send expert bills to defense | 0.2 | $40.00 |
| 5/12/2017 | Mike Ruiz Depo Summary | 6 | $1,200.00 |
| 5/13/2017 | Team meeting re settlement conference | 0.5 | $100.00 |
| 5/15/2017 | Begin preparing evidence re sep. stmt ISO Opp to MSJ; Contact Court re MSC | 4.5 | $900.00 |
| 5/16/2017 | Compiling evidence re sep. stmt ISO Opp to MSJ; format and gather evidence for additional material facts | 3.7 | $740.00 |
| 5/19/2017 | Compiling evidence re sep. stmt ISO Opp to MSJ; format additional material facts and insert into narrative | 3.75 | $750.00 |
| 5/21/2017 | Compiling evidence re sep. stmt/additional material facts ISO Opp to MSJ | 6 | $1,200.00 |
| 5/22/2017 | Compiling evidence re sep. stmt ISO Opp to MSJ | 7.5 | $1,500.00 |
| 5/23/2017 | File and Serve and Lodge Opp to MSJ | 6 | $1,200.00 |
| 6/2/2017 | Format/Edit/Serve Motion to Strike | 2.4 | $480.00 |
| 6/5/2017 | Contact Court re telephonic appearance | 0.2 | $40.00 |
| 6/6/2017 | Gather and Organiz documents for MSJ hearing | 0.75 | $150.00 |
| 6/6/2017 | Barton Bowers Depo Summary | 5.75 | $1,150.00 |
| 6/7/2017 | Duane Pavelski Depo Summary | 4.75 | $950.00 |
| 6/26/2017 | Continue Charles Hale Depo Summary | 5 | $1,000.00 |
| 6/28/2017 | Owen Paul Johnson Depo Summary | 5.8 | $1,160.00 |
| 7/3/2017 | Begin draft of exhibit/witness list for pretrial stmt | 2.5 | $500.00 |
| 7/11/2017 | Prepare shell for Stip re depo trans | 1.6 | $320.00 |
| 7/15/2017 | Create shell/format draft of pretrial statement | 0.75 | $150.00 |
| 7/17/2017 | Draft/Edit/Format Statement of Undisputed Fact | 1.75 | $350.00 |
| 7/18/2017 | Complete Charles Hale Depo Summary | 4.75 | $950.00 |
| 7/24/2017 | Email and Coordinate w/Jury Consultant re Focus Group | 0.5 | $100.00 |
| 7/25/2017 | Draft Joint Pretrial Statement | 1.2 | $240.00 |
| 7/26/2017 | Begin Larry Morse Depo Summary | 4.5 | $900.00 |
| 7/27/2017 | Draft Exhibit/Witness List; Complete Larry Morse depo summary | 7.4 | $1,480.00 |
| 7/28/2017 | Team Meeting re: draft of Pretrial Statement, Focus Group, other prep | 3 | $600.00 |
| 7/31/2017 | Review Exhibit List with attorney | 1.5 | $300.00 |
| 8/4/2017 | Review counsel's edits to joint exhibit list and pretrial conference statements | 1.4 | $280.00 |
| 8/7/2017 | Edit/Format Exhibit List; Review changes/edits to pretrial stmt | 0.75 | $150.00 |
| 8/8/2017 | Paul Berg Depo Summary | 4.5 | $900.00 |
| 8/11/2017 | Email w/Court re Pretrial Appearance | 0.2 | $40.00 |
| 8/14/2017 | Gather materials/prepare file for Pretrial Conf | 0.75 | $150.00 |
| 8/15/2017 | Cindy Morse Depo Summary | 5.75 | $1,150.00 |
| 8/16/2017 | Media Search | 2.4 | $480.00 |
| 8/17/2017 | Discuss Trial date w/attorneys; draft letter to trial witness re: appearance | 1.5 | $300.00 |
| 8/18/2017 | Format defendants exhibit list into working document for attorney review | 0.5 | $100.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/21/2017 | Process and serve supplemental discovery responses | 1.2 | $240.00 |
| 8/21/2017 | Edit/Format Exhibit to Morse | 1.5 | $300.00 |
| 8/23/2017 | JGG/JLW-Morse-Telephone Conference re: New Trial Date: Call 877-402-9757, using access code 6966236 | 0.5 | $100.00 |
| 8/24/2017 | Receive trial date and calendar related deadlines | 1.75 | $350.00 |
| 8/30/2017 | Edit/Format/File Stip to Continue Trial | 1.2 | $240.00 |
| 8/31/2017 | Receive trial date and calendar related deadlines | 1.75 | $350.00 |
| 9/20/2017 | Review Final Pretrial order; calendar additional deadlines | 1.2 | $240.00 |
| 10/18/2017 | Correspond w/experts re new trial date | 1.5 | $300.00 |
| 12/7/2017 | Correspond w/Fresno 30 re: news programs and articles | 0.5 | $100.00 |
| 2/21/2018 | Correspond w/experts re: trial | 0.75 | $150.00 |
| 3/13/2018 | Compiling exhibits for use at trial; Communication w/Chopra re: Focus Group; Compile party list/witnessfor focus group | 4.5 | $900.00 |
| 3/14/2018 | Preparing/organizining files for focus group | 2.5 | $500.00 |
| 3/15/2018 | Meeting re: witness order at trial/trial prep | 3.7 | $740.00 |
| 3/20/2018 | Organization of electronic evidence; Download defendants exhibits; format/upload/send plaintiffs exhibits | 5.5 | $1,100.00 |
| 3/21/2018 | John Tefft Depo Summary | 7.75 | $1,550.00 |
| 3/22/2018 | Jim Hammer Depo Summary | 9.5 | $1,900.00 |
| 3/23/2018 | Communicate with Investigator; Contact/Research on New Investigator; Team meeting | 4.5 | $900.00 |
| 3/26/2018 | Communicate with Court re trial; prepare for focus group | 2.5 | $500.00 |
| 3/27/2018 | Focus Group Preparation; Organize Electronic Evidence; Format/Edit/ File Motions in Limine | 7.5 | $1,500.00 |
| 3/28/2018 | Focus Group Preparation | 4 | $800.00 |
| 3/29/2018 | Focus Group Rehersal; Travel to Fresno for Focus Group | 9.5 | $1,900.00 |
| 3/30/2018 | Focus Group; coordinate witnesses | 10 | $2,000.00 |
| 4/2/2018 | Coordinate lodging of original depos; edit, format, and prepare MILs for filing | 8.2 | $1,640.00 |
| 4/3/2018 | Review exhibits w/JLW; organize lodging of original depositions w/Court; Edit and File MIL Oppositions; Verdict Form; Jury Ins. | 6.5 | $1,300.00 |
| 4/4/2018 | Team Meeting to review witnesses and trial preparation | 2.5 | $500.00 |
| 4/5/2018 | Meeting with attorneys re witnesses; coordinate with investigator re Pavelski service; research re Reply | 6.2 | $1,240.00 |
| 4/6/2018 | Organize Reply re MILs from Defense; Edit and File Replys | 6 | $1,200.00 |
| 4/9/2018 | Telephone Call with Investigator Santigo; Telephone Call with Jury Consultant Chopra; Organize MIL and Electronic Files | 3.6 | $720.00 |
| 4/10/2018 | Travel to and attend IT Conference in Court; Editing, formatting, and Filing of Obj. to Jury Ins.; Proposed Voir Dire; Trial Brief | 12 | $2,400.00 |
| 4/11/2018 | Prepare Exhibit Binders for lodging with Court/Email to Court re hearing/coordinate witnesses | 4.5 | $900.00 |
| 4/12/2018 | Prepare and coordinate lodging of exhibits/Prepare opening powerpoint/other demonstritive | 5.5 | $1,100.00 |
| 4/13/2018 | Rehersal for opening statement; Edit Powerpoint and Evidence; Gather and Organize file for Transport | 9.5 | $1,900.00 |
| 4/15/2018 | Edit Opening Statement Powerpoint | 2.5 | $500.00 |
| 4/16/2018 | Edit Opening Statement Powerpoint; travel to Fresno | 8 | $1,600.00 |
| 4/17/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/18/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/19/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/20/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/22/2018 | Prepare Exhibit Binders of Transcriptions/Police Report | 4 | $800.00 |
| 4/23/2018 | Coordinate with Witnesses; preparation of file for transport; Prepare evidence for Ruiz Exam. | 7.5 | $1,500.00 |
| 4/24/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/25/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/26/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/27/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 4/28/2018 | Prepare closing argument powerpoint | 2 | $400.00 |
| 4/29/2018 | Prepare closing argument powerpoint; Communicate with Crt. Rptr. | 3.5 | $700.00 |
| 4/30/2018 | Gather materials for transport to Court; Jury Ins. Research; gathering Transcripts from Crt. Rptr. | 4.5 | $900.00 |
| 5/1/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 5/2/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |
| 5/3/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 16 | $3,200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/4/2018 | Trial; Electronic Presentation of Evidence; Other preparations | 12 | $2,400.00 |
| 5/7/2018 | Edit, format, and file | 1.6 | $320.00 |
| 5/7/2018 | Edit puntive powerpoint and electronic evidence; research on punitive argument | 6 | $1,200.00 |
| 5/8/2018 | Travel to Fresno; Punitive phase; present electronic evidence | 12 | $2,400.00 |
| 5/14/2018 | Prepare and draft bill of costs | 3.5 | $700.00 |
| 5/18/2018 | Review and Edit draft bill of costs; gather invoices and other exhibits for bill of costs | 2 | $400.00 |
| 5/21/2018 | Review Defendants Bill of Costs; Discuss with Attorney | 0.5 | $100.00 |
| 5/21/2018 | Meeting with Attorneys/Rich Pearl re Fee Motion | 1.2 | $240.00 |
| 5/23/2018 | Edit/Format/File Bill of Costs | 1.5 | $300.00 |
| 5/25/2018 | Edit/Format/File Objection to defendant Sanchez Costs | 1.5 | $300.00 |
| 5/29/2018 | Edit/Format demand; Email to defense counsel w/demand | 0.5 | $100.00 |
| 5/31/2018 | Research re: bill of costs | 0.75 | $150.00 |
| 6/1/2018 | Prepare hours for attorney fees motion | 4 | $800.00 |
| 6/4/2018 | Prepare hours for attorney fees motion; Email to Crt. Rptr. Re: Transcripts; Obtain additional transcripts | 6.5 | $1,300.00 |
| 6/5/2018 | Prepare hours for attorney fees motion; Edit/Format/File Opposition to Motion to Amend | 5 | $1,000.00 |
| 6/6/2018 | Prepare hours for attorney fees motion; Edit/Format/File Attorney Fees Motion | 4.5 | $900.00 |
| | | 702.05 | $140,410.00 |

# Exhibit D

# Ethan Morse

## County of Merced, et al.

Case No. 1:16-cv-00142-DAD-SKO

| Date | Project or Task | Hours Worked | Billed Amount |
|---|---|---|---|
| 5/14/2015 | Review Government Claim for Ethan Morse | 0.75 | $450.00 |
| 5/22/2015 | Review Team Emails re: Morse case/Meeting with clients/review timeline | 0.1 | $60.00 |
| 6/2/2015 | Travel to Modesto; Meeting with Larry Morse, Cindy Morse, Ethan Morse, Kirk McAllister, JGG, RES | 6.5 | $3,900.00 |
| 6/3/2015 | Review McAllister Criminal File/Police Report/ Conf w/JGG re: same | 6.5 | $3,900.00 |
| 6/8/2015 | Review Timeline prepared by client | 0.5 | $300.00 |
| 6/10/2015 | Research for causes of action and complaint/review criminal file/listen to audio cds | 7.5 | $4,500.00 |
| 6/11/2015 | Research for causes of action and complaint/review criminal file/listen to audio cds | 6 | $3,600.00 |
| 6/15/2015 | Research for causes of action and complaint/review criminal file/listen to audio cds | 4.5 | $2,700.00 |
| 6/19/2015 | Update email to client/Research for causes of action and complaint/review criminal file/listen to audio cds | 7.8 | $4,680.00 |
| 6/22/2015 | Research for causes of action and complaint | 3.5 | $2,100.00 |
| 6/27/2015 | Emails with client/Research memo for complaint | 8.2 | $4,920.00 |
| 7/1/2015 | Teleconference Larry Morse/Team meeting re Morse | 2.7 | $1,620.00 |
| 7/2/2015 | Draft and Email to client re fee agreement | 0.5 | $300.00 |
| 7/16/2015 | Firm meeting re: case | 0.75 | $450.00 |
| 7/21/2015 | Email to client re docs from government claim and fee agreement | 0.1 | $60.00 |
| 8/18/2015 | Team meeting re: case strategy | 0.5 | $300.00 |
| 8/25/2015 | Review Larry Morse memo regarding his knowledge of case | 0.8 | $480.00 |
| 9/1/2015 | Email clients with draft of complaint | 0.5 | $300.00 |
| 9/3/2015 | further emails to clients with complaint and ideas re: legal theories | 0.2 | $120.00 |
| 9/28/2015 | email clients re: status of complain | 0.2 | $120.00 |
| 10/6/2015 | Review Ethan Morse interview transcript | 1.2 | $720.00 |
| 10/5/2015 | Review docs from attorney in San Jose re: similar cases/emails with attorney | 2.2 | $1,320.00 |
| 10/9/2015 | Review transcripts of audio interviews | 3 | $1,800.00 |
| 10/12/2015 | Review transcripts of audio interviews | 5.5 | $3,300.00 |
| 10/13/2015 | Review transcripts of audio interviews | 1.2 | $720.00 |
| 10/20/2015 | Review transcript of 911 audio | 0.2 | $120.00 |
| 10/21/2015 | Call with client re interviewing witnesses | 0.2 | $120.00 |
| 10/26/2015 | Review JGG email to client, review emails with investigator, case discussion with JGG, RES | 3.3 | $1,980.00 |
| 11/4/2015 | JLW - Call with Larry Morse/emails with client re witnesses | 1.5 | $900.00 |
| 11/5/2015 | Drafting of the Complaint | 6.7 | $4,020.00 |
| 11/13/2015 | Review JGG edits to complaint and emails to client re: complaint | 1.5 | $900.00 |
| 11/18/2015 | Review emails from clients re complaint and press release | 0.5 | $300.00 |
| 11/19/2015 | Emails re: filing of complaint, make edits to press release, Complaint | 3.4 | $2,040.00 |
| 11/20/2015 | draft first amended complaint | 0.5 | $300.00 |
| 11/21/2015 | Review email re Chuck Hale | 0.2 | $120.00 |
| 11/23/2015 | Call with Daily Journal re: Morse case | 0.7 | $420.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/24/2015 | Review Daily Journal article, conferenc with team about press and amendments to complaint | 1.2 | $720.00 |
| 1/6/2016 | Research re: Judge Donald O'neill/Details re: client conf w/Larry Morse | 1.5 | $900.00 |
| 1/11/2016 | Review info from private investigator | 0.2 | $120.00 |
| 1/13/2016 | Review email re Tellez case/Review preliminary hearing transcript | 5.2 | $3,120.00 |
| 1/28/2016 | Review Removal to federal court | 0.5 | $300.00 |
| 1/29/2016 | Review federal court scheduling documents | 0.2 | $120.00 |
| 2/4/2016 | Review Defendants Motion to Dismiss/Begin research; conf w/JGG re: Motion | 6.7 | $4,020.00 |
| 2/8/2016 | Contact Private Investigator and send detailed case memo/review email from defense counsel | 3.1 | $1,860.00 |
| 2/11/2016 | Conference Call with Court and Defense/Research on Magistrate Judge/Discuss with JGG | 2 | $1,200.00 |
| 2/18/2016 | Research Judge Dale Drozd | 1 | $600.00 |
| 2/19/2016 | Review investigator report, call with client to discuss, conference with JGG/RES | 3 | $1,800.00 |
| 3/2/2016 | Meet and confer re: scheduling order | 0.6 | $360.00 |
| 3/3/2016 | Review defense meet and confer re: scheduling order, discussion with team/Review memo from private investigator | 2.2 | $1,320.00 |
| 3/4/2016 | Review Tellez related case and Defs motion to seal | 1.2 | $720.00 |
| 3/8/2016 | draft stip to continue hearing | 0.5 | $300.00 |
| 3/14/2016 | Memo re motion to dismiss | 3.5 | $2,100.00 |
| 3/16/2016 | Research motion to dismiss | 5.4 | $3,240.00 |
| 3/17/2016 | Research motion to dismiss/ Begin drafting opp | 8.1 | $4,860.00 |
| 3/21/2016 | Finish drafting Opp to motion to dismiss/ Request for Judicial Notice/Research re Defense counsel | 7.3 | $4,380.00 |
| 3/23/2016 | Filing of the Opposition to Motion to Dismiss/ Emails with defense counsel | 0.5 | $300.00 |
| 3/24/2016 | Call with Larry Morse/re-Review Police Report | 4.5 | $2,700.00 |
| 3/28/2016 | Emails with client re motions to dismiss status/team meeting re:case | 0.6 | $360.00 |
| 3/29/2016 | Review Defendants Reply to Motion to Dismiss | 1.1 | $660.00 |
| | | | $0.00 |
| 4/4/2016 | Prepare for Hearing on Motion to Dismiss | 5.5 | $3,300.00 |
| 4/5/2016 | Prep for hearing/ Hearing on Motion to Dismiss/emails with client re:hearing | 6.5 | $3,900.00 |
| 4/21/2016 | Call with Mark Rutter and Matt Harrison | 0.75 | $450.00 |
| 4/26/2016 | Research police practices experts, conference re: Roger Clark, review Clark materials | 3.75 | $2,250.00 |
| 4/27/2016 | Review App to view exhibits by County | 0.75 | $450.00 |
| 5/6/2016 | Review motion to view and copy criminal file/email to defense counsel | 1 | $600.00 |
| 5/26/2016 | Draft Joint Statement for CMC/Emails with defense counsel/review edits | 1.5 | $900.00 |
| 5/31/2016 | Review final joint scheduling report and file | 0.6 | $360.00 |
| 6/6/2016 | Review court's order re scheduling conference/emails with defense counsel | 0.4 | $240.00 |
| 6/13/2016 | Review court's order on motion to dismiss/call with clients/ meeting JGG | 2 | $1,200.00 |
| 6/17/2016 | Review Defs Motion for Reconsideration | 1 | $600.00 |
| 6/23/2016 | Research and draft opp to motion for reconsideration | 7.3 | $4,380.00 |
| 6/29/2016 | Finalize and review opp to motion for reconsideration/draft second amended complaint and file/ Conf. With JGG | 4.4 | $2,640.00 |
| 7/5/2016 | Review reply to motion for reconsideration | 0.8 | $480.00 |
| 7/13/2016 | Review Defs motion to dismiss and start research | 3.7 | $2,220.00 |
| 7/14/2016 | Review minute order | 0.1 | $60.00 |
| 7/25/2016 | Review Denial of Motion for Reconsideration/Motion to dismiss | 1.2 | $720.00 |
| 8/8/2016 | Review Defs Answer | 0.3 | $180.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/16/2016 | Review unavailability of counsel, emails to defense counsel re schduling conference | 0.4 | $240.00 |
| 8/22/2016 | Review County Defs Answer | 0.2 | $120.00 |
| 8/23/2016 | Review Joint Scheduling conference/Attend Hrg | 0.6 | $360.00 |
| 8/30/2016 | Emails with defense counsel with edits to joint scheduling statement | 0.5 | $300.00 |
| 9/1/2016 | Emails re: Joint Statement/review final joint statement | 0.5 | $300.00 |
| 9/8/2016 | Call with AG office re: subpoena | 0.5 | $300.00 |
| 9/8/2016 | Morse- Scheduling Conference/Review minute order | 0.75 | $450.00 |
| 9/12/2016 | Review Preliminary Hearing Transcript/Police Report Review | 5.7 | $3,420.00 |
| 9/26/2016 | Emails with client re initial disclosures/Review protective order | 2.1 | $1,260.00 |
| 9/26/2016 | Emails with client re initial disclosures | 0.2 | $120.00 |
| 9/30/2016 | Finalize and Serve Initial Disclosures/ meeting with JGG | 4.5 | $2,700.00 |
| 10/5/2015 | Review documents received from attorney in San Jose re: similar cases/emails and with attorney | 2.5 | |
| 10/14/2016 | begin to Draft responses to discovery | 4.6 | $2,760.00 |
| 10/18/2016 | Review discovery responses with client/emails with defense counsel re depo scheduling/Finalize discovery to Def. | 7.6 | $4,560.00 |
| 10/19/2016 | Subpoena to AG/Review Defs Initial disclosures/review docs from Def. | 10.25 | $6,150.00 |
| 11/1/2018 | Emails to defense counsel re scheduling | 0.1 | $60.00 |
| 11/2/2016 | Letter to Defense re: Doc production; Conf w/JGG | 2.75 | $1,650.00 |
| 11/3/2016 | Review Macias discovery to Plaintiff | 2.5 | $1,500.00 |
| 11/8/2016 | Review Def County Discovery to Plaintiff | 2.5 | $1,500.00 |
| 11/10/2016 | Review AG case file | 7.75 | $4,650.00 |
| 11/11/2016 | Review AG case file | 4.5 | $2,700.00 |
| 11/15/2016 | Emails re depo scheduling | 0.2 | $120.00 |
| 11/18/2016 | Emails re depo scheduling | 0.2 | $120.00 |
| 11/23/2016 | Review summary of Delgadillo interview | 0.5 | $300.00 |
| 12/5/2016 | Call w/ Defense/ call with client/ emails from client re discovery | 3.7 | $2,220.00 |
| 12/6/2016 | Emails with client re discovery | 0.2 | $120.00 |
| 12/7/2016 | Emails with client re deposition/Draft Client responses to discovery | 8.2 | $4,920.00 |
| 12/9/2016 | Review County Responses to Discovery | 2.6 | $1,560.00 |
| | | | $0.00 |
| 12/16/2016 | Review summaries of Ceccoli and Johnson interview | 0.7 | $420.00 |
| 12/19/2016 | Emails re depo scheduling | 0.2 | $120.00 |
| 12/20/2016 | Review Supplemental production/Depo Subpoenas for kids in the car/Depo notices for Defs | 1.75 | $1,050.00 |
| 12/21/2016 | Notes re Bowers depo /Review Macias Resp to Discovery | 6.75 | $4,050.00 |
| | | | $0.00 |
| 12/27/2016 | Review memo from Larry Morse | 0.3 | $180.00 |
| 12/28/2017 | Review Supp production by County/ Put together supplemental production of Plaintiff's discovery, start prep for upcoming defesnse depos | 4.5 | $2,700.00 |
| 12/29/2016 | Conf. Robert Tern re: depo | 0.5 | $300.00 |
| 1/2/2017 | Emails with investigator re subpoenas and service of Ceccolli, Delgadillo, Gomes depos | 0.3 | $180.00 |
| 1/3/2017 | JLW - Meeting with Larry Morse and Kirk McAllister +Travel | 6.75 | $4,050.00 |
| 1/5/2017 | Prep for Macias depo/create case timeline | 6.4 | $3,840.00 |
| 1/6/2017 | Prep for Macias depo/create case timeline/ Review Whittaker transcript | 7.75 | $4,650.00 |
| 1/7/2017 | JLW Prep for Macias depo | 2.7 | $1,620.00 |
| 1/8/2017 | Prep for Macias depo | 4.5 | $2,700.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/9/2017 | JLW - Depo Prep with Ethan Morse/Review info from PI/Travel to Modesto | 7.4 | $4,440.00 |
| 1/10/2017 | JLW Morse- Depo of Macias - JGG present | 7.25 | $4,350.00 |
| 1/11/2017 | Depo of Ethan Morse + Prep | 6 | $3,600.00 |
| 1/13/2017 | Draft Spec Roggs 2/RFAs to Defs and T/c with Paul Johnson | 2.5 | $1,500.00 |
| 1/18/2017 | Review letter from Mcallister with parts of criminal file/Conf with JGG re: depos | 0.75 | $450.00 |
| 1/25/2016 | Email to defense counsel confirming depo | 0.1 | $60.00 |
| 1/26/2017 | Prep for Sanchez depo | 7.6 | $4,560.00 |
| 1/27/2017 | JLW Morse- Depo of Sanchez/ Conf. with JGG | 5 | $3,000.00 |
| 2/1/2017 | Review press conference video/emails re depo scheduling | 1 | $600.00 |
| 2/2/2017 | T/C with William McMahon re Bowers Depo/email to McMahon re scope of depo/Call with Russ Giuntini re experts./ emails with defensecounsel re: Warnke and Cavallero depo/Conf with JGG | 4.5 | $2,700.00 |
| 2/3/2017 | Emails with defense counsel re: trial date and discovery | 0.6 | $360.00 |
| 2/7/2017 | Email to defense counsel re: discovery deadlines | 0.2 | $120.00 |
| 2/9/2017 | Teleconference with Larry Morse re: depos of defense witnesses | 1.5 | $900.00 |
| 2/10/2017 | JGG/JLW Morse- Depo of Hale | 8.5 | $5,100.00 |
| 2/13/2017 | JLW-Morse-Call re Scheduling | 0.75 | $450.00 |
| 2/14/2017 | Review Macias Supp Production/ Prep for Bowers depo./ Conf. with JGG re Bowers depo | 6.5 | $3,900.00 |
| 2/15/2017 | JLW/JGG Morse-Depo of Barton Bowers and prep/Review stip re: continuance | 5.7 | $3,420.00 |
| 2/16/2017 | Meet and confer re: depos of Sheriff and former Sheriff/ Review defense meet and confer letter/Review Macias Supp Production/ Contact Roger Clark and discuss case/ contact Paul Berlin and discuss case/Call with Cameron Johnson mother | 7 | $4,200.00 |
| 2/17/2017 | Prep Johnson, Tern, Delgadillo, Ceccoli and Gomes depo/ Review docs to send to Dr. Berg | 8.2 | $4,920.00 |
| 2/20/2017 | JLW Morse- Depo of C. Johnson/Robert Tern + Travel/emails with Roger Clark/ conference with Jim Hammer | 8.6 | $5,160.00 |
| | | | $0.00 |
| | | | $0.00 |
| 2/21/2017 | RES/JLW MorseDepo of Ceccolli/Gomes + travel home (Delgadillo no show) | 6 | $3,600.00 |
| 2/22/2017 | Team meeting /Conf. Sonia Chopra re focus group | 1.75 | $1,050.00 |
| 2/23/2017 | Conf. Dara re materials to send to Hammer | 0.5 | $300.00 |
| 2/27/2017 | JGG/JLW-Morse-T/C with Sonia Chopra /review stip to amend scheduling order | 2.1 | $1,260.00 |
| 3/2/2017 | Prep for Johnson/Pavelski/Ruiz depos | 7.75 | $4,650.00 |
| 3/3/2017 | Meet with Dara re Clark file documents | 1.2 | $720.00 |
| 3/5/2017 | Prep for Johnson/Pavelski/Ruiz depos | 4.75 | $2,850.00 |
| 3/6/2017 | JGG/JLW-Morse-Depo of Dwayne Pavelski and Paul Johnson + travel | 6.75 | $4,050.00 |
| 3/7/2017 | JGG/JLW-Morse-Depo of Mike Ruiz +Travel/Review Scott Hardman reports | 5.6 | $3,360.00 |
| 3/8/2017 | Review scheduling order/Review Defs responses to discovery POD 2, Roggs 2 and RFAs | 3.5 | $2,100.00 |
| 3/9/2017 | T/c with cietns re: case status and calendar/ email defense counsel re employment subpoenas | 1.5 | $900.00 |
| 3/13/2017 | Review index of Plaintiff production | 0.5 | $300.00 |
| 3/16/2017 | Emails with counsel re MSJ/ Email to experts re: case status and expert disclosure | 0.6 | $360.00 |
| 3/22/2017 | Emails to experts re disclosures and reports | 0.2 | $120.00 |
| 3/23/2017 | Meeting with Jim Hammer | 3.75 | $2,250.00 |
| 4/3/2017 | Review letter and supplemental responses from County Defs | 0.75 | $450.00 |
| 4/4/2017 | Review Supplemental documents and produce to Defs | 1.2 | $720.00 |
| 4/5/2017 | JLW Morse- Call w/ Roger Clarke/Preparation of Expert disclosure | 5.3 | $3,180.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/6/2017 | Review Berg Report /Review final Clark Report/ Review Hammer Report | 7.3 | $4,380.00 |
| 4/7/2017 | JGG/JLW-Morse-L/D for Expert Reports/ Final review of Expert disclosure /Review Defense expert disclosure/Compile expert evidence reports and depo dates | 7.2 | $4,320.00 |
| 4/16/2017 | emails re expert depos | 0.2 | $120.00 |
| 4/28/2017 | Review expert depo notices and send to experts | 0.75 | $450.00 |
| 5/1/2017 | Draft Settlement Conf. Statement | 5 | $3,000.00 |
| 5/2/2017 | Draft/Edit Settlement Conf. Statement | 3.75 | $2,250.00 |
| 5/3/2017 | JGG/JLW-Meeting w/Jim Hammer/ emails with client | 3.5 | $2,100.00 |
| 5/4/2017 | JGG/JLW-Morse-James Hammer Depo | 1.2 | $720.00 |
| 5/5/2017 | Review Berg Supplemental report/ Review similar case verdict | 2 | $1,200.00 |
| 5/6/2017 | Telephone call with Roger Clark/Review POST materials from Clark | 2.4 | $1,440.00 |
| 5/7/2017 | Travel to San Diego, Telephone Call with Jim hammer re His Depo | 5.25 | $3,150.00 |
| 5/7/2017 | Prep meeting with Roger Clark | 2.5 | $1,500.00 |
| 5/8/2017 | JGG/JLW-Morse-Depo of Roger Clark+ conf. with JGG and Clark | 4.5 | $2,700.00 |
| 5/8/2017 | JGG/JLW-Morse-Depo of Dr. Berg + Conf. with Jgg and Berg | 3.5 | $2,100.00 |
| 5/9/2017 | JGG/JLW-Morse-Depo of John Teft+ travel | 10 | $6,000.00 |
| 5/12/2017 | Review Defs MSJ/Begin Research | 7.1 | $4,260.00 |
| 5/12/2017 | Telephone Call with Jim Hammer re Tefft Depo/ Review defense letter re settlement offer | 0.8 | $480.00 |
| 5/13/2017 | Review settlement conference offers and discuss with team | 0.5 | $300.00 |
| 5/15/2017 | Call with client/Draft stip to continue settlement conference/emails with defense counsel/Review order denying stip to continue settlement conf | 2.4 | $1,440.00 |
| 5/16/2017 | RES/JLW Morse- Settlement Conference+Travel | 9.25 | $5,550.00 |
| 5/17/2017 | Research MSJ | 7.6 | $4,560.00 |
| 5/18/2017 | Research and draft opp to MSJ | 8.4 | $5,040.00 |
| 5/19/2017 | Research and draft opp to MSJ | 4.5 | $2,700.00 |
| 5/22/2017 | Finalize Opp to MSJ | 3.75 | $2,250.00 |
| 5/30/2017 | Review defendants reply re dispositive motions | 6.4 | $3,840.00 |
| 6/1/2017 | Draft Opp to Motion to Strike | 3.7 | $2,220.00 |
| 6/5/2017 | Review Objections to Expert Opinions | 2.75 | $1,650.00 |
| 6/6/2017 | Prepare for Hearing/Hearing on MSJ | 7.6 | $4,560.00 |
| 6/7/2017 | Call with Sgt. Scott Skinner/Call with larry Morse | 1.5 | $900.00 |
| 7/3/2017 | Team meeting re: pretrial order and trial prep | 1.2 | $720.00 |
| 7/10/2017 | Email to defense counsel re pretrial order | 0.3 | $180.00 |
| 7/11/2017 | Review MSJ Ruling | 1.6 | $960.00 |
| 7/17/2017 | Team meeting and review witness list for trial | 0.8 | $480.00 |
| 7/24/2017 | Emails re focus group | 0.3 | $180.00 |
| 7/25/2017 | Draft Joint Pretrial Statement | 1.2 | $720.00 |
| 7/28/2017 | Team Meeting with Sonia Chopra | 3 | $1,800.00 |
| 7/31/2017 | Review Exhibit List and make comments to team | 1.5 | $900.00 |
| 8/4/2017 | Review counsel's edits to joint exhibit list and pretrial conference statements | 1.4 | $840.00 |
| 8/7/2017 | Review Joint Pretrial Conf Statement/ Review counsel edit's to exhibit list and joint statement /emails between counsel | 1.6 | $960.00 |
| 8/14/2017 | Prepare for and attend telephonic Pre-Trial Conference | 4 | $2,400.00 |
| 8/15/2017 | Review counsel's MILs and discuss exhibit lists with team, Review Exhibits for joint exhibits, meet and confer email to counsel | 3.8 | $2,280.00 |
| 8/16/2017 | Review draft exhibit list and emails with team/Review email from Danielle Foster and review attachment re: exhibits | 2.7 | $1,620.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/17/2017 | Review court's email re: trial date and discussion with client and team/ Review emails from counsel re MILS and exhibit lists/Conf. re Trial dates/ Contact experts re: trial dates | 3.4 | $2,040.00 |
| 8/18/2017 | Review emails re trial date/ Review Defense exhibit lists | 1.3 | $780.00 |
| 8/21/2017 | Letter to defense counsel with supplemental production | 0.6 | $360.00 |
| 8/21/2017 | Review Exhibit list and email to client/emails with defense counsel re exhibits | 2.8 | $1,680.00 |
| 8/23/2017 | JGG/JLW-Morse-Telephone Conference re: New Trial Date: Call 877-402-9757, using access code 6966236 | 0.5 | $300.00 |
| 8/28/2017 | Emails re trial date | 0.2 | $120.00 |
| 9/1/2017 | Review Macias Objections to Pretrial order | 0.75 | $450.00 |
| 9/8/2017 | Review County Objs to Pretrial order | 0.4 | $240.00 |
| 9/20/2017 | Review Final Pretrial order | 0.75 | $450.00 |
| 10/18/2017 | Emails with Jim Hammer re: scheduling | 0.2 | $120.00 |
| 12/7/2017 | Team meeting re: trial media | 0.8 | $480.00 |
| 2/20/2018 | Team meeting re: focus group | 0.5 | $300.00 |
| 3/12/2018 | Team meeting re: trial prep | 0.5 | $300.00 |
| 3/13/2018 | Review exhibit lists | 1.8 | $1,080.00 |
| 3/14/2018 | Letter to witnesses with subpoena | 0.5 | $300.00 |
| 3/15/2018 | Meeting re: witness order at trial/trial prep | 3.7 | $2,220.00 |
| 3/20/2018 | JLW - Review defense exhibits/start drafting MILs | 5.5 | $3,300.00 |
| 3/23/2018 | Review Court's jury instructions/ Review defense exhibits with JGG/Team meeting | 5.7 | $3,420.00 |
|  |  |  | $0.00 |
| 3/26/2018 | Focus Group Prep/Draft Motions in Limine | 7.5 | $4,500.00 |
| 3/27/2018 | Focus Group Preparation | 8.2 | $4,920.00 |
| 3/28/2018 | Focus Group Preparation | 5.5 | $3,300.00 |
| 3/29/2018 | Focus Group Rehersal+ Travel to Fresno for Focus Group | 7.5 | $4,500.00 |
| 3/30/2018 | Focus Group/Review emails from defense re: withdrawal of exhibits | 8.75 | $5,250.00 |
| 4/1/2018 | Review Defendants Motions in Limine and Begin Research | 7.2 | $4,320.00 |
| 4/2/2018 | Review Defense jury instructions and verdict form/meet and confer email to defense re same/Opps to Motions in Limine | 9.8 | $5,880.00 |
| 4/3/2018 | Review exhibits and draft objections/emails with defense re jury instructions | 5.6 | $3,360.00 |
| 4/4/2018 | Team Meeting to review witnesses and trial preparation | 2.5 | $1,500.00 |
| 4/4/2018 | Telephone Call with Jim Hammer re Trial | 0.75 | $450.00 |
| 4/5/2018 | Meeting with JGG re witnesses/Review witnesses needed for trial; email defense regarding which witnesses they plan to produce/Emails with defense re trial exhibits/ Draft Replies for MILs | 8.2 | $4,920.00 |
| 4/6/2018 | emails with DOJ re Bowers appearance/Review Defendants Replies to Motions in Limine | 6 | $3,600.00 |
|  |  |  | $0.00 |
| 4/9/2018 | Review meet and confer re: autopsy photos and research/respond to meet and confer/ emails with defense counsel re exhibits and witnesses/research on defense counsel | 4.1 | $2,460.00 |
| 4/10/2018 | JGG/JLW-Morse-L/D to Submit Trial Brief/Voir Dire/Jury Instructions/Call with Kirk McAllister | 10 | $6,000.00 |
|  | Review Defendants Trial Brief/Voir Dire/ Review email from court reporter Karen Hooven | 1 | $600.00 |
| 4/12/2018 | Work on opening statement/Prepare for hearing/Hearing on Motion in Limine | 9.5 | $5,700.00 |
| 4/13/2018 | Work on opening statement, emails re exhibits | 7.5 | $4,500.00 |
| 4/14/2018 | Meeting with Clients/Prep for Opening Statement | 8.75 | $5,250.00 |
| 4/15/2018 | Edit Opening Statement | 3.4 | $2,040.00 |
| 4/16/2018 | Edit Opening Statement+ travel to Fresno | 8 | $4,800.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/17/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/18/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/19/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/20/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/21/2018 | Prep for Macias exam | 7.7 | $4,620.00 |
| 4/22/2018 | Prep for Sanchez exam | 3.4 | $2,040.00 |
| 4/23/2018 | Research re gang enhancements, preparation for Macias, Sanchez exams + travel to Fresno | 6.7 | $4,020.00 |
| 4/24/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/25/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/26/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/27/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 4/28/2018 | Prepare Closing argument | 7.5 | $4,500.00 |
| 4/29/2018 | Prepare closing argument | 8 | $4,800.00 |
| 4/30/2018 | Edit closing argument/travel to Fresno | 7.5 | $4,500.00 |
| 5/1/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 5/2/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 5/3/2018 | JGG/JLW-Morse-Trial | 16 | $9,600.00 |
| 5/4/2018 | JGG/JLW-Morse-Trial | 12 | $7,200.00 |
| 5/5/2017 | Draft Punitive argument/research | 5 | $3,000.00 |
| 5/6/2017 | Edit Punitive argument | 2.7 | $1,620.00 |
| 5/7/2018 | Edit puntiive argument/Teleconference with Judge and Defense Counsel re Punitive Phase/travel to Fresno | 7.5 | $4,500.00 |
| 5/8/2018 | JGG/JLW-Morse-Trial | 8 | $4,800.00 |
| 5/14/2018 | Review Notes/emails/e-file for fee motion/Emails with Rich Pearl re: fee motion and rates | 6.5 | $3,900.00 |
| 5/15/2018 | Review Notes/emails/e-file for fee motion | 5.5 | $3,300.00 |
| 5/17/2018 | Conf. With JGG re appellate lawyer consult, Call with Valerie McGinty | 0.75 | $450.00 |
| 5/21/2018 | Meeting with Rich Pearl/ Dara/JGG/RES re fee motion, Review County Costs and do research, Review motion to amend/ Review our costs bill with Dara | 5.75 | $3,450.00 |
| 5/23/2018 | Review final costs bill and do research, Call with Dana Fox | 2.75 | $1,650.00 |
| 5/25/2018 | Draft Objection to Defendants costs bill | 2.5 | $1,500.00 |
| 5/30/2018 | Review Defendants objections to costs | 0.5 | $300.00 |
| 6/1/2018 | Conf. with clients re settlement, Conf JGG and RES re: settlement | 2.75 | $1,650.00 |
| 6/3/2018 | Research and draft opp to motion to amend judgment | 3.75 | $2,250.00 |
| 6/4/2018 | Review Defendants Reply to Objection to Sanchez Costs, Conf. JGG re fee motion, Review JGG timesheet, Edit timesheet to add additional time, research re: fee motion | 5.75 | $3,450.00 |
| 6/5/2018 | Draft Attorneys fee motion, contact local attorneys re fees, review Willis case re fees | 2.75 | $1,650.00 |
| 6/6/2018 | Draft attorneys fees motion, review all declarations, call with Larry Morse, Research on attorneys fees | 7.5 | $4,500.00 |
| | **TOTAL** | **1061.7** | **$635,520.00** |

# Exhibit E