J. Gary Gwilliam (SBN. 33430)
Jayme L. Walker (SBN. 273159)
GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
1999 Harrison St., Suite 1600
Oakland, CA  94612
Phone:  (510)832-5411
Fax:  (510)832-1918
Email:  ggwilliam@giccb.com
          jwalker@giccb.com

Attorneys for Plaintiff
ETHAN MORSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHAN MORSE,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERRIFF'S DEPARTMENT and DOES 1-100<br><br>          Defendant | Case No.:  1:16-CV-00142-DAD-SKO<br><br>DECLARATION OF RANDALL E. STRAUSS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |

STRAUSS DECLARATION        1        CASE NO. 1:16-CV-00142-DAD-SKO

I, Randall E. Strauss, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California and a partner with Gwilliam, Ivary, Chiosso, Cavalli & Brewer, P.C., counsel for plaintiff Ethan Morse. All of the facts set forth herein are based on my personal knowledge and/or my examination of records that are kept by my firm in the regular course of business. If called as a witness, I could testify competently thereto.

2. I've been admitted to the State Bar of California since 1993. I graduated from Boalt Hall of the University of California at Berkeley, that year. Prior to that, I was a Full Tuition Honors Scholar at Golden Gate University School of Law. I was a member of the Law Review at Golden Gate University School of Law, 1990-1991. I won American Jurisprudence Awards for Legal Research and Writing and Civil Procedure I and II. I am currently admitted to practice before all Courts in the State of California, the United States Court of Appeals for the Ninth Circuit, and the United States District Courts in the Southern, Eastern, Northern and Central Districts of California.

3. I worked from 1993 to 2005 with the law firm of Strauss, Neibauer, Anderson & Ramirez in Modesto, California. I was made a partner of that firm in 2004. I have tried a number of cases to verdict, both as lead counsel and as second chair. I have over 25 years of experience in handling almost all types of Plaintiffs' cases, including numerous employment cases, business law cases, contract cases, civil rights cases, and appeals.

4. In 1995-1998, I represented the Plaintiff in *Dadesho v. Government of Iraq* (9th Cir. 1998) 139 F.3d 766. In that case I obtained a $1.5 million judgment on behalf of an Iraqi dissident who suffered emotional distress when the Saddam Hussein regime sent assassins to California to try to kill him. The Government of Iraq subsequently appealed the judgment, which was affirmed. Thereafter, I was able to successfully collect the judgment from frozen Iraqi assets in 2004, following the enactment of special legislation.

5. Between 2001 and 2004, I represented the Plaintiffs in a multi-plaintiff employment discrimination/sexual harassment action against Bank of America, entitled *Caballa v. Bank of America*, San Joaquin County Case No. CV014043. That case successfully resolved

1  short of trial following unsuccessful motions for summary judgment.  I have successfully
2  represented other plaintiffs in other employment discrimination/retaliation claims during my
3  career, including defeating numerous motions for summary judgment and summary adjudication.
4      6.    In 2009, I was co-trial counsel with my partner, J. Gary Gwilliam, in *Wiley v.*
5  *Trendwest*, et al, Contra Costa County No. C05-01991.  I was still an associate attorney during
6  the *Wiley* trial.  Following a verdict in favor of Plaintiff in that action, Plaintiff was awarded
7  attorney's fees and costs.  My billing rate in that action was $525.00 an hour.  My billing rate was
8  not contested by Defendant in the *Wiley* case.
9      7.    Mr. Gwilliam and myself were recognized by the Recorder Newspaper as heading
10  one of the top 10 Leading Plaintiffs Bay Area Employment Law Groups.
11      8.    I was co-lead counsel in Andrews v. LLNS, et al, Alameda County No.
12  RG09453596.  There were two trials in that case, each lasting approximately 60 days.  The
13  plaintiffs were 140 individuals who were laid off by the Lawrence Livermore National
14  Laboratory.  Following a jury verdict in excess of $2,000,000.00 for five test plaintiffs, the case
15  ultimately settled for more than $37,000,000.00.
16      9.    My current billing rate is $800.00 per hour.  I believe this rate is consistent with
17  the hourly rate within the Bay Area for experienced attorneys involved in complex litigation,
18  such as this case.
19      10.    In this action, I participated in the initial review of the case when it was referred to
20  our firm.  I also assisted in legal research in preparing the case for trial, participated in strategy
21  discussions with the trial team and the clients, reviewed extensive discovery including numerous
22  depositions, worked with our jury consultants and trial team to prepare for trial, participated in
23  rehearsals for the focus group, and reviewed transcripts of most pre-trial and trial sessions in
24  order to assist in preparation and strategy decisions.
25      11.    A true and correct copy of a spreadsheet detailing the date, project or task, hours
26  worked and billed amount is attached hereto as Exhibit A, and incorporated herein as though fully
27  set forth.
28  ///

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed this 6th day of June, 2018 at Oakland, California.

_____
RANDALL E. STRAUSS

# Exhibit A

# Ethan Morse
# v.
# County of Merced, et al.

Case No. 1:16-cv-00142-DAD-SKO

| Date | Project or Task | Hours Worked | Billed |
|---|---|---|---|
| 2/5/2015 | T/c w/ Mike Cardoza and discussion with JGG | 1 | $800.00 |
| 3/10/2015 | Meet with Larry Morse, Mike Cardoza and JGG – initial client evaluation | 3 | $2,400.00 |
| 3/25/2015 | Review email from Larry Morse and newspaper article | 0.25 | $200.00 |
| 3/25/2015 | T/C with Larry Niermeyer re Tellez | 0.1 | $80.00 |
| 3/30/2015 | Preparation of government claims; evaluation of potential defendants | 3.5 | $2,800.00 |
| 4/1/2015 | Review email correspondence from Larry Morse and press coverage | 0.5 | $400.00 |
| 4/24/2015 | T/C with Larry Morse re: case and internet research | 0.5 | $400.00 |
| 4/30/2015 | T/c with Larry Morse re: government claims; revise government claim | 1.5 | $1,200.00 |
| 4/30/2015 | Review transcript of preliminary hearing | 4 | $3,200.00 |
| 5/1/2015 | T/c with Larry Morse; preparation of government claims | 1.5 | $1,200.00 |
| 5/4/2015 | Review letter from Larry Morse | 0.25 | $200.00 |
| 5/4/2015 | Research and prepare government claim form | 1.5 | $1,200.00 |
| 5/5/2015 | Email government claim to team for review | 0.1 | $80.00 |
| 5/6/2015 | Email government claim to Larry Morse | 0.1 | $80.00 |
| 5/6/2015 | Finalize government claim form and review in final form | 0.25 | $200.00 |
| 5/6/2015 | Email clients final claim form | 0.1 | $80.00 |
| 5/12/2015 | Revise claim form; email to Cindy Morse | 0.5 | $400.00 |
| 5/12/2015 | Review file marked claim form | 0.1 | $80.00 |
| 5/14/2015 | Email to JLW re: claim form | 0.25 | $200.00 |
| 5/19/2015 | Emails w/Cindy Morse re: Kirk McAllister meeting | 0.25 | $200.00 |
| 5/27/2015 | Email to Cindy Morse re: Meeting | 0.25 | $200.00 |
| 6/2/2015 | Travel to Modesto to meet with Ethan, Cindy, Larry Morse and Kirk McAllister | 6.5 | $5,200.00 |
| 6/5/2015 | Email to Cindy Morse re: Timeline | | $0.00 |
| 6/8/2015 |  Review client timeline | 0.25 | $200.00 |
| 6/8/2015 | Email re: evaluating timeline | 0.1 | $80.00 |
| 6/9/2015 | Emails to Cindy Morse re: Timeline | 0.25 | $200.00 |
| 6/24/2015 | Review legal memo from JLW | 1.5 | $1,200.00 |
| 7/1/2015 | Review newspaper article re: Case | 0.25 | $200.00 |
| 7/1/2015 | Discuss merits of case with partners | 1.5 | $1,200.00 |
| 7/2/2015 | Review fee agreement | 0.25 | $200.00 |
| 8/24/2015 | Review County rejection of claim | 0.1 | $80.00 |
| 8/25/2015 | Review case memo from Larry Morse | 1 | $800.00 |
| 9/1/2015 | Review draft complaint | 0.75 | $600.00 |
| 9/3/2015 | Review State rejection of claim | 0.1 | $80.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/6/2015 | Meeting w/JLW and JGG re:Case | 1 | $800.00 |
| 10/26/2015 | Meeting w/JLW and JGG re:Case | 1 | $800.00 |
| 10/26/2015 | Emails re: hiring investigator | 0.1 | $80.00 |
| 11/13/2015 | Prepare for and meeting with clients/JGG/JLW to discuss complaint | 1 | $800.00 |
| 11/16/2015 | Review revisions to complaint | 0.5 | $400.00 |
| 11/18/2015 | Review draft press release | 0.1 | $80.00 |
| 11/19/2015 | Revise press release | 0.25 | $200.00 |
| 12/21/2015 | Emails re: service of complaint | 0.1 | $80.00 |
| 12/29/2015 | Emails re: cooperating w/Tellez counsel | 0.25 | $200.00 |
| 1/6/2016 | Emails re: Judicial assignment | 0.1 | $80.00 |
| 1/13/2016 | Meeting w/JLW and JGG re:Case | 0.5 | $400.00 |
| 1/13/2016 | T/C and memo re Tellez hearing | 0.5 | $400.00 |
| 1/29/2016 | Review notice of removal | 0.25 | $200.00 |
| 2/11/2016 | Review Motion to Dismiss; discuss with team | 1 | $800.00 |
| 2/11/2016 | Prepare for and telephone call with Court | 1.5 | $1,200.00 |
| 2/12/2016 | Email to client re: motion to dismiss | 0.25 | $200.00 |
| 2/19/2016 | Review Investigative report; meet w/JGG and JLW | 1.5 | $1,200.00 |
| 2/22/2016 | Email and review stip to continue motion to dismiss | 0.5 | $400.00 |
| 3/3/2016 | Review investigative reports | 0.5 | $400.00 |
| 3/4/2016 | Review motion to seal; notice of related case; research | 0.75 | $600.00 |
| 3/14/2016 | Meeting w/JLW and JGG re:Case | 0.5 | $400.00 |
| 3/14/2016 | Review opposition to motion to dismiss | 0.5 | $400.00 |
| 3/17/2016 | Meeting w/JLW and JGG re:Case | 0.5 | $400.00 |
| 3/21/2016 | Review opp to motion to dismiss | 1 | $800.00 |
| 3/28/2016 | Review Macias substitution of attorney | 0.1 | $80.00 |
| 4/5/2016 | Discuss motion to dismiss with JWL; telephonic hearing on motion to dismiss | 1.5 | $1,200.00 |
| 4/21/2016 | Review draft joint scheduling conference statement | 0.25 | $200.00 |
| 6/13/2016 | Review order re: motion to dismiss | 0.75 | $600.00 |
| 6/20/2016 | Research on Bane Act | 0.5 | $400.00 |
| 6/23/2016 | Meeting w/JLW and JGG re:Case | 0.75 | $600.00 |
| 7/25/2016 | Review court order re: motion for reconsideration | 1.75 | $1,400.00 |
| 8/30/2016 | Emails re: scheduling trial | 0.25 | $200.00 |
| 9/8/2016 | email and discussion re:discovery strategy | 0.25 | $200.00 |
| 9/14/2016 | Review proposed protective order | 0.25 | $200.00 |
| 9/27/2016 | Review plaintiff initial disclosures | 0.25 | $200.00 |
| 10/18/2016 | email and discussion re:discovery strategy | 0.5 | $400.00 |
| 11/18/2016 | Meeting w/JGG re: schedule | 0.75 | $600.00 |
| 12/8/2016 | Review plaintiff discovery responses | 0.75 | $600.00 |
| 12/28/2016 | Review Marcus Whittaker Interview Transcript | 0.25 | $200.00 |
| 1/3/2017 | Review Request for Admissions | 0.25 | $200.00 |
| 2/1/2017 | Internet research re: sheriff press conference | 7.5 | $6,000.00 |
| 2/22/2017 | Meet with Sonia Chopra | 1.75 | $1,400.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 2/24/2017 | Ethan Morse deposition and prep | 7.5 | $6,000.00 |
| 4/7/2017 | Review Rule 26 Report | 0.5 | $400.00 |
| 5/10/2017 | Review MSJ | 1 | $800.00 |
| 5/20/2017 | Review MSJ Opp | 0.75 | $600.00 |
| 5/22/2017 | Review MSJ Opp | 1.5 | $1,200.00 |
| 7/11/2017 | Review MSJ Order | 0.5 | $400.00 |
| 3/27/2018 | Focus Group Prep | 4 | $3,200.00 |
| 3/28/2018 | Focus Group Prep | 3 | $2,400.00 |
| 4/16/2018 | Practice of opening statement | 2 | $1,600.00 |
| 4/18/2018 | Review trial daily | 2 | $1,600.00 |
| 4/19/2018 | Review trial daily | 2 | $1,600.00 |
| 4/20/2018 | Review trial daily | 2 | $1,600.00 |
| 4/21/2018 | Review trial daily | 2 | $1,600.00 |
| 4/23/2018 | Discussion of trial strategy w/team | 0.75 | $600.00 |
| 4/25/2018 | Review trial daily | 2 | $1,600.00 |
| 4/26/2018 | Review trial daily | 2 | $1,600.00 |
| 4/27/2018 | Review trial daily | 2 | $1,600.00 |
| 4/28/2018 | Review trial daily | 2 | $1,600.00 |
| 4/30/2018 | Discussion of trial strategy w/team | 0.75 | $600.00 |
| 5/2/2018 | Review trial daily | 2 | $1,600.00 |
| 5/3/2018 | Review trial daily | 2 | $1,600.00 |
| 5/4/2018 | Review trial daily | 2 | $1,600.00 |
| 5/5/2018 | Review trial daily | 2 | $1,600.00 |
| 5/7/2018 | Discussion of trial strategy w/team | 0.75 | $600.00 |
| 5/20/2018 | Meet with Rich Pearl re: fees | 2.5 | $2,000.00 |
| 5/21/2018 | Prepare hours for attorney's fees motion | 2 | $1,600.00 |
| 6/1/2018 | Prepare hours for attorney's fees motion | 1 | $800.00 |
| 6/4/2018 | Prepare hours for attorney's fees motion | 1 | $800.00 |
| | **TOTAL** | **118.05** | **$94,440.00** |