1  J. Gary Gwilliam (SBN. 33430)
   Jayme L. Walker (SBN. 273159)
2  GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
3  1999 Harrison St., Suite 1600
   Oakland, CA  94612
4  Phone:  (510)832-5411
   Fax:  (510)832-1918
5  Email:  ggwilliam@giccb.com
          jwalker@giccb.com
6
7  Attorneys for Plaintiff
   ETHAN MORSE
8

9

10            UNITED STATES DISTRICT COURT

11           EASTERN DISTRICT OF CALIFORNIA

12

13  ETHAN MORSE,                          Case No.:  1:16-CV-00142-DAD-SKO

14          Plaintiff,

15  vs.                                    DECLARATION OF RICHARD M.
                                           PEARL IN SUPPORT OF PLAINTIFF
16  COUNTY OF MERCED, CHARLES HALE,        ETHAN MORSE'S MOTION FOR
    ERICK MACIAS and JOSE SAM SANCHEZ      ATTORNEYS' FEES AND COSTS
17  individually and as officers of the MERCED
    COUNTY SHERRIFF'S DEPARTMENT and
18  DOES 1-100

19          Defendant

20

21

22

23

24

25

26

27

28

PEARL DECLARATION                    1              CASE NO. 1:16-CV-00142-DAD-SKO

I, RICHARD M. PEARL, hereby declare the following:

1.     I am a member in good standing of the California State Bar.  I am in private practice as the principal of my own law firm, the Law Offices of Richard M. Pearl, in Berkeley, California.  I specialize in issues related to court-awarded attorneys' fees, including the representation of parties in fee litigation and appeals, serving as an expert witness, and serving as a mediator and arbitrator in disputes concerning attorneys' fees and related issues. In this case, I have been asked by Plaintiff's counsel to render my opinion on the reasonableness of the hourly rates her attorneys are requesting in this matter.  I make this Declaration in Support of Plaintiff's Motion for Award of Reasonable Attorneys' Fees.

2.     Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall School of Law, University of California, Berkeley, California.  I took the California Bar Examination in August 1969 and passed it in November of that year, but because I was working as an attorney in Atlanta, Georgia for the Legal Aid Society of Atlanta (LASA), I was not admitted to the California Bar until February 1970. I worked for LASA until the summer of 1971, when I then went to work in California's Central Valley for California Rural Legal Assistance, Inc. (CRLA), a statewide legal services program.  From 1977 to 1982, I was CRLA's Director of Litigation, supervising more than fifty attorneys.  In 1982, I went into private practice, first in a small law firm, then as a sole practitioner.  Martindale Hubbell rates my law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016,  2017, and 2018.   A copy of my Resume is attached hereto as **Exhibit 1**.

3.     Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees.  I have lectured and written extensively on court-awarded attorneys' fees.  I have been a member of the California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues.  I am the author of California Attorney Fee Awards (3d ed Cal. CEB 2010) and its 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018 Supplements.  I also was the author of California Attorney Fee Awards, 2d Ed. (Calif. Cont. Ed.

1    of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006,

2    2007, and 2008 Supplements. This treatise has been cited by the California appellate courts on

3    numerous occasions.  *See, e.g., Graham v. DaimlerChrylser Corp.*(2004) 34 Cal.4th 553, 576,

4    584; *Lolley v. Campbell* (2002) 28 Cal.4th 367, 373; *Chacon v. Litke* (2010) 181 Cal.App.4th

5    1234, 1259; *Syers Properties III, Inc. v. Rankin* (2014) 226 Cal.App.4th 691, 698, 700.  I also

6    authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its

7    predecessor, CEB's California Attorney's Fees Award Practice.  In addition, I authored a federal

8    manual on attorneys' fees entitled Attorneys' Fees:  A Legal Services Practice Manual, published

9    by the Legal Services Corporation.  I also co-authored the chapter on "Attorney Fees" in Volume

10   2 of CEB's Wrongful Employment Termination Practice, 2d Ed. (1997).

11          4. More than 90% of my practice is devoted to issues involving court-awarded attorney's

12   fees. I have been counsel in over 200 attorneys' fee applications in state and federal courts,

13   primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at

14   least 30 of which have involved attorneys' fees issues. I have successfully handled five cases in

15   the California Supreme Court involving court-awarded attorneys' fees: (1) *Maria P. v. Riles*, 43

16   Cal.3d 1281 (1987), which upheld a C.C.P. section 1021.5 fee award based on a preliminary

17   injunction obtained against the State Superintendent of Education, despite the fact that the case

18   ultimately was dismissed under C.C.P. section 583; (2) *Delaney v. Baker*, 20 Cal.4th 23 (1999),

19   which held that heightened remedies, including attorneys' fees, are available in suits against

20   nursing homes under California's Elder Abuse Act; (3) *Ketchum v. Moses*, 24 Cal.4th 1122

21   (2001), which held, *inter alia,* that contingent risk multipliers remain available under California

22   attorney fee law, despite the United States Supreme Court's contrary ruling on federal law (note

23   that in *Ketchum,* I was primary appellate counsel in the Court of Appeal and "second chair" in the

24   Supreme Court); (4) *Flannery v. Prentice*, 26 Cal.4th 572 (2001), which held that in the absence

25   of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services

26   they are based upon; and (5) *Graham v. DaimlerChrysler Corp.*, 34 Cal.4th 553 (2004), which I

27   handled, along with trial counsel, in both the Court of Appeal and Supreme Court. I also

28   represented and argued on behalf of *amicus curiae* in *Conservatorship of McQueen*, 59 Cal.4th

1  602 (2014), presenting the argument relied upon by the Court.  Along with the Western Center on

2  Law and Poverty, I also prepared and filed an *amicus curiae* brief in *Vasquez v. State of*

3  *California*, 45 Cal.4th 243 (2009). I also have handled numerous other appeals, including: *Davis*

4  *v. City & County of San Francisco*, 976 F.2d 1536 (9th Cir. 1992); *Mangold v. CPUC*, 67 F.3d

5  1470 (9th Cir. 1995); *Velez v. Wynne*, 2007 U.S. App. LEXIS 2194 (9th Cir. 2007); *Camacho v.*

6  *Bridgeport Financial, Inc.*, 523 F.3d 973 (9th Cir. 2008); *Center for Biological Diversity v.*

7  *County of San Bernardino*, 185 Cal.App.4th 866 (2010); *Environmental Protection Information*

8  *Center v. California Dept. of Forestry & Fire Protection et al*, 190 Cal.App.4th 217 (2010); and

9  *Heron Bay Home Owners Assn. v. City of San Leandro,* 19 Cal.App.5th 376  (2018). For an

10  expanded list of my appellate decisions, *see* Exhibit A.

11      5. I also have been retained by various governmental entities, including the California

12  Attorney General's office and the California Department of Fair Employment and Housing, at my

13  then current rates to consult with them regarding their affirmative attorney fee claims.

14      6.    I am frequently called upon to opine about the reasonableness of attorneys' fees,

15  and my declarations on that issue have been cited favorably by numerous federal and state courts.

16  The following federal courts have cited my declaration testimony favorably:

17

18  - *Antoninetti v. Chipotle Mexican Grill, Inc.*, No. 08-55867 (9th Cir. 2012), Order filed Dec. 26, 2012, at 6;

19  - *Prison Legal News v. Schwarzenegger,* 608 F.3d 446, 455 (9th Cir. 2010) (the expert declaration referred to is mine);

20
21  - *Notter v. City of Pleasant Hill*, 2017 U.S.Dist.LEXIS 197404, 2017 WL 5972698 (N.D. Cal. 2017)

22  - *Villalpondo v. Exel Direct, Inc.*, 2016 WL 1598663 (N.D. Cal. 2016);

23  - *State Compensation Insurance Fund v. Khan et al*, Case No. SACV 12-01072-CJC (JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks

24  Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408);

25  - *In re Cathode Ray Tube Antitrust Litig.*, Master File No. 3:07-cv-5944 JST, MDL No. 1917 (N.D. Cal. 2016) 2016 U.S.Dist.LEXIS 24951 (Report And

26  Recommendation Of Special Master Re Motions (1) To Approve Indirect Purchaser Plaintiff'sSettlements With the Phillips, Panasonic, Hitachi, Toshiba,

27  Samsung SDI, Technicolor, And Technologies Displays Americas Defendants, and (2) For Award Of Attorneys' Fees, Reimbursement Of Litigation Expenses,

28

And Incentive Awards To Class Representative, Dkt. 4351, dated January 28, 2016, *adopted in relevant part*, 2016 U.S.Dist.LEXIS 88665;

- *Gutierrez v. Wells Fargo Bank*, 2015 U.S. Dist. LEXIS 67298 (N.D. Cal. 2015);

- *Holman v. Experian Information Solutions, Inc.*, 2014 U.S. Dist. LEXIS 173698 (N.D. Cal. 2014);

- *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI, MDL No. 1827 (N.D. Cal.), Report and Recommendation of Special Master Re Motions for Attorneys' Fees And Other Amounts By Indirect-Purchaser Class Plaintiffs And State Attorneys General, Dkt. 7127, filed Nov. 9, 2012, adopted in relevant part, 2013 U.S. Dist. LEXIS 49885 (N.D. Cal. 2013) ("*TFT-LCD (Flat Panel)* Report & Recommendation");

- *Walsh v. Kindred Healthcare*, 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. 2013);

- *A.D. v. California Highway Patrol*, 2009 U.S. Dist. LEXIS 110743, at *4 (N.D. Cal. 2009), rev'd on other grounds, 712 F.3d 446 (9th Cir. 2013), reaffirmed and additional fees awarded on remand, 2013 U.S. Dist. LEXIS 169275 (N.D. Cal. 2013);

- *Hajro v. United States Citizenship & Immigration Service*, 900 F. Supp. 2d 1034, 1054 (N.D. Cal 2012);

- *Rosenfeld v. United States Dep't of Justice*, 904 F. Supp. 2d 988, 1002 (N.D. Cal. 2012);

- *Garcia v. Resurgent Capital Servs.*, 2012 U.S.Dist.LEXIS 123889 (N.D. Cal. 2012);

- *Stonebrae, L.P. v. Toll Bros., Inc.*, 2011 U.S. Dist. LEXIS 39832, at *9 (N.D. Cal. 2011) (thorough discussion), aff'd 2013 U.S. App. LEXIS 6369 (9th Cir. 2013);

- *Armstrong v. Brown*, 2011 U.S. Dist. LEXIS 87428 (N.D. Cal. 2011);

- *Lira v. Cate*, 2010 WL 727979 (N.D. Cal. 2010);

- *Californians for Disability Rights, Inc. v. California Dep't of Transportation*, 2010 U.S.    Dist. LEXIS 141030 (N.D. Cal. 2010);

- *Nat'l Federation of the Blind v. Target Corp.*, 2009 U.S. Dist. LEXIS 67139 (N.D. Cal.    2009);

- *Prison Legal News v. Schwarzenegger*, 561 F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier    motion);

- *Bancroft v. Trizechahn Corp.*, No. CV 02-2373 SVW (FMOx), Order Granting Plaintiffs' Reasonable Attorneys' Fees and Costs In the Amount of $168,886.76, Dkt. 278 (C.D. Cal. Aug. 14, 2006);

- *Willoughby v. DT Credit Corp.*, No. CV 05-05907 MMM (CWx), Order Awarding Attorneys' Fees After Remand, Dkt. 65 (C.D. Cal. July 17, 2006);

- *Oberfelder v. City of Petaluma*, 2002 U.S. Dist. LEXIS 8635 (N.D. Cal. 2002), aff'd    2003 U.S. App. LEXIS 11371 (9th Cir. 2003);

7. The following California appellate courts also have referenced my declaration favorably:

- *Kerkeles v. City of San Jose*, 243 Cal.App.4th 88 (2015);
- *Habitat and Watershed Caretakers v. City of Santa Cruz*, 2015 Cal. App. Unpub. LEXIS 7156, 2015 WL 5827045 (2015);
- *Laffitte v. Robert Half Int'l Inc.*, 231 Cal.App.4th 860 (2014), aff'd (2016) 1 Cal.5th 480;
- *In re Tobacco Cases I*, 216 Cal.App.4th 570 (2013);
- *Heritage Pacific Financial, LLC v. Monroy*, 215 Cal.App.4th 972 (2013);
- *Wilkinson v. South City Ford*, 2010 Cal. App. Unpub. LEXIS 8680, 2010 WL 4292631 (2010);
- *Children's Hospital & Medical Center v. Bonta*, 97 Cal.App.4th 740 (2002);
- *Church of Scientology v. Wollersheim*, 42 Cal.App.4th 628 (1996).

8. Numerous California trial courts have also relied on my declaration or in-person testimony.

9. Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere. I have obtained this familiarity in several ways: (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

10. In this case, I have consulted with Plaintiff's counsel regarding the fee application for their work in this matter. I have been made aware of the rates requested by Plaintiff's counsel and their respective backgrounds and experience. In particular, I am aware that Plaintiff's counsel request the following market-based rates for lawyers admitted to practice in the following years:

1 ///

2 ///

3

| Name | Years of Experience | Hourly Rate |
|------|------|------|
| J. Gary Gwilliam | 56 | $1,000 |
| Jayme L. Walker | 8 | $600 |
| Randall E. Strauss | 25 | $800 |

**Counsel's Hourly Rates Are Reasonable**

9.   Under federal law, Plaintiff is entitled to his attorneys' requested hourly rates if those rates are "in line with those prevailing in the community for similar services by lawyers of reasonably comparable skill, experience, and reputation. A rate determined in this way is normally deemed to be reasonable, and is referred to -- for convenience -- as the prevailing market rate." *Blum v. Stenson,* 465 U.S. 886, 895 fn. 11 (1984). See also *Perfect 10, Inc. v. Giganews, Inc.*, 2015 U.S. Dist. LEXIS 54063, at *45 (C.D. Cal. 2015), *aff'd* 847 F.3d 657 (9th Cir. 2017) ("To determine whether a rate falls within the scope of 'prevailing market rates,' courts consider rates charged by other 'attorneys in the relevant community engaged in equally complex Federal litigation, no matter the subject matter' 'for similar services by lawyers of reasonably comparable skill, experience and reputation.'", quoting *Prison Legal News v. Schwarzenegger,* 608 F.3d 446, 455 (9th Cir. 2010) (internal quotes omitted)).  Based on the information regarding hourly rates that I have gathered, some of which is summarized below, I am of the opinion that the hourly rates requested by Plaintiff's attorneys are well within (if not below) the range of non-contingent market rates charged for reasonably similar services by San Francisco Bay Area attorneys of reasonably similar qualifications and experience.  The following data support my opinion:

**Rates found reasonable in other cases.**

10.   The following hourly rates have been found reasonable by various Northern California courts for reasonably comparable services:

**2017 Rates**

(1)    *Max Sound Corp. v. Google Inc.,* 2017 U.S.Dist.LEXIS 168541 (N.D. Cal. Sept. 25, 2017), a patent action dismissed by the court on defendants' motion, in which the court found reasonable the following hourly rates:

| California Bar Admission Date | Rates Over 2-year Period |
|---|---|
| 1995 | $905 |
| 2000 | $650-950 |
| 2007 | $504-608 |
| 2012 | $336-575 |

(2)    *May v. San Mateo County,* N.D. Cal. No. 3:16-cv-00252-LB, Stipulation and Order re Settlement filed Nov. 10, 2017 [Doc. No. 218], an individual police misconduct action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 26 | $775 |
| 22 | $775 |
| 10 | $475 |
| 5 | $425 |
| 48 | $825 |
| Paralegal | $240 |

(3)    *In re National Collegiate Athletic Assn. Athletic Grant-In-Aid Antitrust Litigation,* 2017 U.S.Dist.LEXIS 201108 (N.D. Cal. Dec. 6, 2017), a class antitrust action, in which the court found the following hourly rates reasonable:

| Level | Rate |
|---|---|
| **Hagens Berman Sobol Shapiro LLP** | |
| Senior Attorney | $950 |
| Other Partners | $578-760 |
| Associates | $295-630 |
| **Pearson, Simon & Warshaw LLP** | |
| Senior Attorneys | $835-1,035 |
| Other Partner | $715-870 |
| Of Counsel | $450-900 |
| Associates | $350-635 |
| Staff & Law Clerks | $175-225 |

Pritzker Levine
Partners                                    $695
Of Counsel and Associates        $495-625

(4)     *Hoeper v. City & County of San Francisco*, No. CGC-15-543553, Order After Hearing Granting in Part and Denying in Part Plaintiff Joanne Hoeper's Motion for Attorney Fees, filed July 12, 2017, an individual whistleblower case under Government Code section 12653(b), in which the trial court found the following hourly rates reasonable, before applying a 1.35 lodestar multiplier:

| Bar Admission Year | Rates |
|---|---|
| 1982 | $850 - 750 |
| 1979 | $750 |
| 2003 | $550 |
| Associates | $350 |
| Paralegals | $150-160 |

(5)     *Ridgeway v. Wal-Mart Stores, Inc., ,* N.D. Cal. No. 08-cv-05221-SI, Order Granting in Part and Denying in Part Plaintiff'sMotion for Fees, Costs, and Enhancement Awards, filed September 14, 2017 (Dkt. No. 606), reported at 2017 U.S.Dist.LEXIS 149440, a wage and hour class action, in which the court issued a statutory fee award against Wal-Mart based on the following 2017 rates (plus a 2.0 multiplier), to partially offset a 25% common fund fee award payable by the class:

| Years of Experience | Rate |
|---|---|
| 46 | $900 |
| 40 | $890 |
| 38 | $870 |
| 36 | $850 |
| 34 | $830 |
| 20 | $730 |
| 37 (senior assoc.) | $700 |
| 29 (senior assoc.) | $670 |
| 19 (senior assoc.) | $610 |
| 11 | $500 |

| | |
|---|---|
| 7 | $450-500 |
| 6 | $425 |
| 3 | $355 |
| 4 | $330 |
| 1 | $300 |
| Senior Paralegal | $225 |
| Paralegal | $195 |
| Law Clerk | $225 |

(6)    *Nitsch v. Dreamworks Animation SKG, Inc.,* N.D. Cal. No. 5:14-cv-04062-LHK, Order Granting in Part and Denying in Part Motion for Attorney's Fees (Dkt. No. 402), an antitrust class action brought by former employees of the defendants, in which the court found the following hourly rates reasonable, before applying a 2.0 multiplier:

| Years of Experience | Rate |
|---|---|
| 44 | $1,200 |
| 35 | $950 |
| 28 | $870 |
| 21 | $735 |
| Paralegal | Up to $290 |

(7)    *Huynh v. Hous. Auth. Of Santa Clara,* 2017 U.S.Dist.LEXIS 39138 (N.D. Cal. 2017), a tenant class action[1] challenging the Housing Authority's policy regarding the accommodation of households with disabled family members, in which the court found the following hourly rates reasonable:

| Graduation Year | Rate |
|---|---|
| Law Foundation of Silicon Valley: | |

---

[1] The rates found reasonable in class actions are also probative of reasonable rates for non-class cases. *Heritage Pacific Financial v. Monroy* (2013) 215 Cal.App.4th 972, 1009.

| | |
|---|---|
| 1990 | $800 |
| 2001 | $660 |
| 2004 | $635 |
| 2007 | $545 |
| 2008 | $545 |
| 2010 | $415 |
| 2014 | $325 |
| 2015 | $325 |

Fish & Richardson PC:

| | |
|---|---|
| 1996 | $862.07 |
| 2002 | $700 |
| 2005 | $676.75 |
| 2011 | $530 |
| 2007 | $475 |
| 2014 | $362.54 |
| 2015 | $329.09 |
| 2016 | $330.11 |
| Paralegals | $236-275 |

(8)    *Cotter et al. v. Lyft, Inc., ,* N.D. Cal. No. 13-cv-04065- VC, Order Granting Final Approval of Settlement Agreement,  filed March 16, 2017 (Dkt. No. 310), a class action against Lyft alleging Lyft underpaid its drivers by classifying them as independent contractors, in which the court approved the percentage-based fee award requested by plaintiffs based on the  following hourly rates, plus a 3.18 multiplier:

| Class | Rate |
|---|---|
| 1996 | $800 |
| 2010 | $500 |
| 2014 | $325 |
| Paralegal | $200 |

(9)    *Armstrong v. Brown,* N.D. Cal. No. 4:94-cv-02307-CW, Stipulated Order Confirming Undisputed Attorneys' Fees and Costs for the Third Quarter of 2017, filed December 19, 2017 (Dkt. No. 2708), a prisoners' rights class action, in which the court approved the following 2017 hourly rates for monitoring the injunction in that matter:

| Years of Experience | Rate |
|---|---|
| 37 | $950 |
| 33 | $825 |
| 20 | $780 |
| 24 (Of Counsel) | $700 |
| 12 (Partner) | $650 |
| 9 (Associate) | $490 |
| 8 | $480 |
| 7 | $470 |
| 6 | $440 |
| Paralegals | $240-325 |

## 2016 Rates

(10)    *California Building Industry Association v. City of San Jose et al.*, Santa Clara County Superior Court, No. 110CV167289, Order on Submitted Matter filed December 23, 2016, an action against the City of San Jose's affordable housing ordinance, in which the court awarded fees to the Intervenors and found the following 2016 hourly rates reasonable:

| Year Admitted | Rate |
|---|---|
| 1980 | $810 |
| 1998 | $710 |

(11)    *Animation Workers Antitrust Litigation*, N.D. Cal. No. 14-CV-4062 LHK, Order Granting Plaintiff's Motion for Attorneys' Fees, Expenses, and Service Awards for Settlements with Sony Pictures Imageworks, Inc., Sony Pictures Animation Inc., and Blue Sky Studios Inc., filed November 11, 2016, reported at 2016 U.S.Dist.LEXIS 156720, a class action alleging defendants violated the antitrust laws by restricting their employees' ability to change employers, , in which the court found the following 2016 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 44 | $1,200 |
| 27 | $845 |
| 22 | $735 |
| Paralegals | Up to $290 |

(12)    *National Federation of the Blind of California v. Uber Technologies, Inc.* , N.D.

Cal. No. 14-cv-04086 NC, Order Granting Final Approval and Attorneys' Fees, filed December 6, 2016 (Dkt. No. 139), a class action against Uber alleging that it violated federal antidiscrimination laws by allowing its drivers to refuse to accept service dogs, in which the court found the following 2016 hourly rates reasonable (before applying a 1.5 lodestar multiplier under California law):

| Class | Rate |
|---|---|
| 1980 | $900 |
| 1985 | $895 |
| 1997 | $740 |
| 2005 | $645 |
| 2010 | $475 |
| 2011 | $460 |
| 2014 | $355 |
| Paralegals | $275 |
| Summer Associates | $275-280 |
| 2 | $265 |

### 2015 Rates

(13)    *Guerrero v. California Department of Corrections and Rehabilitation,* 2016 U.S. Dist. LEXIS 78796 (N.D. Cal. 2016), *affirmed in relevant part,* (9th Cir. 2017) 2017 U.S.App.LEXIS 12450, an individual Title VII action against two state agencies that established unlawful discrimination against a Latino job applicant, in which the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 47 | $775 |
| 45 | $754* |
| 29 | $753.50 |
| 18 | $654.50 |
| 6 | $358* |
| 5 | $325 |
| Paralegals | $150 |

* (blended historical rate)

(14) *Carnes v. Atria Senior Living, Inc.,* N.D. Cal. No. 14-cv-02727-VC, Order Granting Motion for Attorneys' Fees, Costs, and Service Award, filed July 12, 2016 (Dkt. No. 115), a class action against a skilled nursing facility, in which the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 30-35 | $750-775 |
| 23 | $700 |
| 18 | $575 |
| 13 | $550 |
| 12 | $650 |
| 7 | $550 |
| 6 | $450 |
| 5 | $350 |
| 4 | $450 |
| 2 | $265 |

(15) *Civil Rights Education and Enforcement Center v. Ashford Hospitality Trust, Inc.,* 2016 U.S. Dist. LEXIS 37256 (N.D. Cal. March 22, 2016), an action challenging defendants' hotels' failure to provide wheelchair accessible transportation, in which the Court found the following 2015 hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 41 | $900 |
| 24 | $750 |
| 10 | $550 |
| 8 | $500 |
| 5 | $430 |
| Paralegal | $250 |

(16) *Armstrong v. Brown,* N.D. Cal. No. 4:94-cv-02307-CW, Stipulated Order Confirming Undisputed Attorneys' Fees and Costs for the Fourth Quarter of 2015, filed February 2, 2016 (Dkt. No. 2576), a prisoners' rights class action, in which the court approved the following 2015 hourly rates for monitoring the injunction in that matter:

| Years of Experience | Rate |
|---|---|
| 35 | $840 |

| | |
|---|---|
| 31 | $710 |
| 18 | $690 |
| 21 (Of Counsel) | $590 |
| 9 (Partner) | $525 |
| 9 (Associate) | $490 |
| 8 | $480 |
| 7 | $470 |
| 6 | $440 |
| Paralegals | $220-290 |

(17)     *Alden v. Alden,* San Mateo County Superior Court No. CIV 524269, Order Granting Petitioner Katherine Alden's Motion for Attorneys' Fees and Costs, filed November 23, 2015, a fee award for appellate work under California C.C.P. § 527.6(r),  in which the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 49 | $1,045 |
| 42 | $1,035 |
| 41 | $990 |
| 22 | $875 |
| 10 | $600 |
| 3 | $500 |

(18)     *In re High Tech Employment Antitrust Litigation* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 118052, filed September 2, 2015, a class employment practices action, in which the court found the following 2015 hourly rates reasonable (before applying a 2.2 multiplier):

| Level | Rates |
|---|---|
| Partners | $490-975 |
| Associates | $310-800 |
| Paralegals, law clerks, and litigation support staff | $190-430 |

(19)     *O'Bannon v. National Collegiate Athletic Assn.* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 91514, filed July 13, 2015, a group antitrust action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 45 | $985 |
| 37 | 935-895 |
| 15 | 610-510 |

| | |
|---|---|
| 14 | 600 |
| 7 | 490 |
| 3 | 370 |
| Paralegals | 300-320 |
| Law Clerks | 325 |

(20)    *Wynn v. Chanos* (N.D. Cal. 2015) 2015 U.S.Dist. LEXIS 80062, filed June 19, 2015, an anti-SLAPP fee award, in which the court found the following hourly rates reasonable:

| Years of Experience | 2015/2014 Rates |
|---|---|
| 40 | $1085/1035 |
| 35 | 750 |
| 20 | 920/875 |
| 6 | 710/645 |
| 4 | 640/570 |

(21)    *Gutierrez v. Wells Fargo Bank, N.A* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 67298, filed May 21, 2015, an unfair business practices class action, in which the court found the following hourly rates reasonable (before applying a 5.5 multiplier):

| Year of Bar Admission | Rate |
|---|---|
| 1972 | $975 |
| 1989 | 850 |
| 2001 | 625 |
| 2006 | 435 |
| 2009 | 435 |
| 3 | 370 |
| Paralegals | 300-320 |
| Law Clerks | 325 |

## 2014 Rates

(22)    *Ammari v. Pacific Bell Directory,* Alameda Superior Court No. RG05198014, Order Granting Plaintiff's Application for Attorney's Fees, Reimbursement of Costs, and Service Awards, filed January 5, 2015, an unfair business practices class action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 49 | $995 |

| | |
|---|---|
| 45 | 700 |
| 39 | 800 |
| 39 | 750 |
| 37 | 895 |
| 33 | 650 |
| 24 | 720 |
| 24 | 450 |
| 23 | 700 |
| 23 | 650 |
| 19 | 650 |
| 19 | 625 |
| 19 | 475 |
| 14 | 600 (as Partner) |
| | 475 (as Associate) |
| 12 | 340 |
| 11 | 500 |
| 9 | 375 |
| 8 | 655 |
| 4 | 375 |

(23)    *Banas v. Volcano Corp.*, N.D. Cal. No. 3:12-cv-01535-WHO, Order Granting in Part and Denying in Part Volcano's Motion for Attorneys' Fees and Costs, filed December 12, 2014, a dispute over a merger agreement decided on summary judgment, in which the court found the following hourly rates reasonable:

| Level | Rate |
|---|---|
| Partners and associates | $355-1,095 |
| E-discovery attorneys | 260-325 |
| Paralegals | 245-290 |

(24)    *Holman v. Experian.* N.D. Cal. No. 11-cv-0180 CW DMR, Order Giving Final Approval to Class Action Settlement, and Awarding Attorneys' Fees, Costs And Incentive Awards, filed December 12, 2014, in which the court found the following rates reasonable:

| Years of Experience | Rate |
|---|---|
| 45 | $675 |
| 42 | 750 |
| 14 | 690 |

| Years of Experience | Rate |
|---|---|
| 12 | 450 |
| Paralegal | 150 |

(25) *Dixon v. City of Oakland et al.* N.D. Cal. No. C-12-05207 DMR, Order Granting in Part Plaintiff's Motion for Attorneys' Fees, filed December 8, 2014, an individual law enforcement misconduct action, in which the court found the following hourly rates reasonable, plus a 1.10 lodestar multiplier for merits work:

| Years of Experience | Rate |
|---|---|
| 45 | $750 |
| 23 | 725 |
| 19 | 695 |
| 5 | 400 |
| 3 | 350 |
| 2 | 325 |
| Paralegal | 200 |

(26) *IPVX Patent Holdings, Inc. v. Voxernet LLC*, N.D. Cal. No. 5:13-CV-01708-HRL, a patent infringement case, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 2014 | |
| 45 | $750 |
| 35 | 750 |
| 23 | 725 |
| 19 | 695 |
| 5 | $400 |
| 3 | $350 |
| Paralegal | $125 |
| 2013 | |
| 18 | $755 |
| 11 | $595 |
| 2 | $425 |
| 2012 | |
| 40 | $865 |
| 17 | 755 |
| 10 | 595 |
| 1 | 375 |

(27) *Rose v. Bank of America Corp.*, N.D. Cal. No. 5:11-CV-02390-EJD; 5:12 CV-04009-EJD, Order Granting Motion for Final Approval of Settlement; Granting in Part and Denying in Part Motion for Attorney's Fees and Costs, filed August 29, 2014, a consumer class

action involving the Bank's loan servicing calls, in which the court found the following hourly rates reasonable:

Partners:  $775-350

Associates: $525-325

(28)    *Cornell v. City & County of San Francisco,* San Francisco County Superior Court No. CGC-11-509240, Order Granting Motion for Reasonable Attorneys' Fees, Subject to Modifications, filed May 15, 2014, *affirmed* (2018) 17 Cal.App.5th 766, an individual police misconduct/employment action, in which the court found the following hourly rates reasonable, plus a 1.25 lodestar multiplier for merits work:

| Years of Experience | Rate |
|---|---|
| 45 | $750 |
| 35 | 750 |
| 23 | 725 |
| 19 | 695 |
| 5 | 400 |
| 3 | 350 |
| Paralegal | 125 |

## 2013 Rates

(29)    *Ellis v. Costco Wholesale Corp.,* N.D. Cal. No. C04-3341 EMC, Order Granting Motion for Final Approval of Class Action Settlement, filed May 27, 2014, an employment class action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 38 | $700 |
| 35 | 825 |
| 30 | 650-825 |
| 29 | 875 |
| 19 | 725 |
| 9 | 500 |
| 8 | 460 |
| 7 | 425-575 |
| 6 | 435 |
| 3 | 315 |
| Paralegals | 155-295 |
| Law Clerks | 185-275 |

(30)   *In re Pacific Bell Late Fee Litigation,* Contra Costa County Superior Ct. No., MSC10-00840, Order Awarding Attorneys' Fees, Costs and Expenses and Authorizing Payment of Incentive Award to the Class Representative, filed October 18, 2013, a consumer class action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 36 | $675 |
| 32 | $675 |
| 28 (assoc.) | $620 |
| 17 | $850 |
| 16 | $680 |
| 11 (partner) | $680 |
| 4 | $400 |
| 3 | $390 |
| Paralegals and Litigation Support | $160-180 |

(31)   *Reuters America LLC v. The Regents of the Univ. of Calif.*, Alameda County Superior Court No. RG12-613664, Order Granting in Part Motion of Plaintiff for Attorneys' Fees filed May 2, 2013, reversed on the merits sub nom *Regents of U.C. v. Superior Court* (2014) 222 Cal.App.4th 383, a California Public Records Act action, in which the trial court found the following hourly rates reasonable, before applying a 1.3 lodestar multiplier:

| Years of Experience | Rate |
|---|---|
| 31 | $785 |
| 27 | $600 |
| 6 | $400 |

(32)   *Recouvreur v. Carreon* (N.D. Cal. 2013) 940 F.Supp.2d 1063, a Lanham Act/ sanctions fee motion, in which the court found the following hourly rate reasonable:

| Years of Experience | Rate |
|---|---|
| 20+ | $700 |

### 2012 Rates

(33)   *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D.Cal. 2013) No. M 07 1827 SI, MDL, No. 1827, Report and Recommendation of Special Master re Motions for Attorneys' Fees etc., filed Nov. 9, 2012, adopted in relevant part, 2013 U.S.Dist.LEXIS 49885, in which the court found the following blended hourly rates reasonable:

### Zelle Hofmann

| Bar Admission | Rate |
|---|---|
| | $1000 |
| 1967 | |
| 1978 | 861 |
| 2001 | 619 |
| 2002 | 525 |
| 2005 | 500 |
| 2006 | 472 |
| 2009 | 417 |

### Seyer, Lowenthal et. al.

| Bar Admission | Rate 2012 | Rate 2011 | Rate 2010 |
|---|---|---|---|
| 1981 | $820 | $770 | $730 |
| 1995 | 660 | 640 | 590 |
| 2007 | 380 | 360 | 320 |
| 2008 | 380 | 360 | 320 |
| 1982 | 750 | 710 | 680 |
| Paralegal | 190 | | |

### Cooper & Kirkham

| Bar Admission | Rates 2010-2012 |
|---|---|
| 1964 | $950 |
| 1975 | 825 |
| 2001 | 550 |

(33)    *Williams v. H&R Block Enterprises, Inc.* Alameda County Superior Ct. No.
RG08366506, Order of Final Approval and Judgment filed November 8, 2012, a wage and hour
class action, in which the court found the following hourly rates reasonable:

| Year of Bar Admission | Rate |
|---|---|
| 1970 | $785 |
| 1976 | 775 |
| 1981 | 750 |
| 1993 | 650-700 |
| 1994-1997 | 500-650 |
| 2004 | 500 |
| 2005 | 470 |
| 2006 | 445-475 |
| 2007 | 450 |
| 2008 | 400 |
| 2009 | 350 |

(34)    *American Civil Liberties Union v. Drug Enforcement Administration,* N.D. Cal. No. C-11-01977 RS, Order Granting Motion for Attorneys' Fees and Litigation Costs Pursuant to 5 U.S.C. §552, filed November 8, 2012, a Freedom of Information Act case, in which the court found the following hourly rates reasonable:

| Years of Bar Admission | Rate | |
|---|---|---|
| 1970 | $700 | |
| 1996 | 595 | |
| 1999 | | 575 |
| Law Clerks | 150 | |

(35)    *Luquetta v. The Regents of the Univ. of California,* San Francisco Superior Ct. No.CGC-05-443007, Order Granting Plaintiff'sMotion for Common Fund Attorneys' Fees and Expenses, filed October 31, 2012, a class action to recover tuition overcharges, in which the court found the following hourly rates reasonable:

| Years of Bar Admission | Rate |
|---|---|
| 1977 | $850 |
| 1986 | 785 |
| 1991 | 750 |
| 1994 | 700 |
| 1998 | 625 |
| 2000 | 570 |
| 2001 | 550 |
| 2002 | 520 |
| Law Clerks | 250 |
| Paralegals | 215 |

(36)    *Davis v. Prison Health Services* (N.D. Cal. 2012) 2012 U.S. Dist. LEXIS 138556, an individual Fair Employment and Housing Act case, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 33 | $750 |
| 29 | 675 |
| 4 | 300 |
| 6 | 265 |

## 2011 Rates

(37)    *Holloway et. al. v. Best Buy Co., Inc.* (N.D. Cal. 2011)  No. 05-5056 PJH (Order dated November 9, 2011), a class action alleging that Best Buy discriminated against female,

African American and Latino employees by denying them promotions and lucrative sales positions, in which the court approved a lodestar award based on the following rates:

| Years of Experience | Rate |
|---|---|
| 37 | $825 |
| Associates | |
| 8 | 490 |
| 6 | 405 |
| Law Clerks | 225 |
| Paralegals | 215 |

(38)    *The Grubb Co. v. Dept. of Real Estate,* Alameda County Superior Court No. RG08364823, Order Motion for Attorney Fees Granted, filed March 7, 2012, an individual Writ of Mandate challenging a license suspension, in which the court found the following hourly rates reasonable (before applying 1.2 and 1.5 multipliers):

| Years of Experience | Rate |
|---|---|
| 42 | $625-675 |

### **2010 Rates**

(39)    *Armstrong v. Brown* (N.D. Cal. 2011) 2011 U.S.Dist.LEXIS 87428, an action involving fees for monitoring a consent decree, in which the court found the following 2010 hourly rates reasonable for monitoring and enforcement work[2]:

| Years of Experience | Rate |
|---|---|
| Partners | |
| 49 | $800 |
| 31 | 700 |
| 27 | 575 |
| 14 | 560 |
| Associates | |
| 18 | 510 |
| 14 | 490 |
| 10 | 430 |
| 9 | 415 |
| 8 | 390 |
| 6 | 360 |

[2] The same rates also were subsequently found reasonable in another consent decree monitoring case, *Valdivia v. Brown* (E.D. Cal. 2011) 2011 U.S.Dist.LEXIS 103935.

| | |
|---|---|
| 4 | 325 |
| 2 | 285 |
| Paralegals | 200-240 |
| Litigation support/Paralegal clerks | 150-185 |

(40)    *Stonebrae v. Toll Bros.* (N.D. Cal. 2011) 2011 U.S.Dist.LEXIS 39832, *aff'd* (9th Cir. 2013) 2013 U.S.App.LEXIS 6369, a commercial real estate dispute, in which the court found the following 2010 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 46 | $800 |
| 35 | 675 |
| 30 | 630 |
| 18 | 515 |
| 13 | 520 |
| 9 | 550 |
| 2 | 330 |
| Paralegals | 225-275 |

(41)    *Wren v. RGIS Inventory Specialists* (N.D.Cal. 2011) 2011 U.S.Dist.LEXIS 38667, a class action in which the court found the following 2010 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 40 | $725 |
| 29 | 675 |
| 17 | 650 |
| 15 | 500 |
| 14 | 625 |
| 12 | 465 |
| 11 | 440 |
| 8 | 375 |
| 5 | 365-450 |
| 4 | 400 |
| 3 | 350-375 |
| Paralegals/Legal Assistants | 100-200 |

(42)    *Californians for Disability Rights, Inc., et al. v. California Department of Transportation, et al.* (N.D.Cal. 2010) 2010 U.S.Dist.LEXIS 141030, adopted by Order Accepting Report and Recommendation filed February 2, 2011, a disability rights class action, in which the court found the following 2010 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 49 | $835 |

| | |
|---|---|
| 34 | 730 |
| 26 | 740 |
| 25 | 730 |
| 19 | 660 |
| 10 | 570 |
| 9 | 560 |
| 7 | 535 |
| 6 | 500 |
| 5 | 475 |
| 3 | 350 |
| 2 | 290 |
| 1 | 225-265 |
| Senior Paralegals | 265 |
| Law Clerks | 175 |
| Case Clerks | 165 |

(43)    *Credit/Debit Card Tying Cases,* San Francisco County Superior Court, JCCP No. 4335, Order Granting Plaintiff's Motion for Attorneys' Fees, Expenses, and Incentive Awards, filed August 23, 2010, an antitrust class action, in which the court found the following 2010 hourly rates reasonable (before applying a 2.0 lodestar multiplier):

| Years of Experience | Rate |
|---|---|
| 43 | $975 |
| 46 | 950 |
| 38 | 850 |
| 32 | 850 |
| 35 | 825 |
| 26 | 740 |
| 13 | 610 |
| 9 | 600 |
| 9 | 590 |
| 9 | 535 |
| 12 | 535 |
| 5 | 485 |
| 4 | 460 |
| 3 | 435 |
| 10 | 420 |
| 7 | 420 |
| 2 | 420 |
| 1 | 395 |
| Paralegals | 220-260 |

(44)    *Savaglio, et al. v. WalMart,* Alameda County Superior Court No. C-835687-7, Order Granting Petitioners' counsel's Motion for Attorneys' Fees, filed September 10, 2010, a

wage and hour class action, in which the court found the following hourly rates reasonable (before applying a 2.36 multiplier):

| Years of Experience | Rate |
|---|---|
| 51 | $875 |
| 39 | 750 |
| 38 | 600 |
| 33 | 775 |
| 25 | 550 |
| 23 | 650 |
| 21 | 625 |
| 19 | 610 |
| 18 | 600 |
| 17 | 585 |
| 16 | 570 |
| 15 | 560 |
| 14 | 550 |
| 13 | 525 |
| 12 | 515 |
| 11 | 510 |
| 10 | 505 |
| 9 | 500 |
| 7 | 460 |
| 4 | 435 |
| Law Clerks | 125-260 |

(45)    *McCoy v. Walczak*, San Francisco Superior Court No. CGC-09-493150, Order Granting Defendant Kenneth Walczak's Renewed Motion for Reasonable Attorneys' Fees and Costs Following Successful Motion to Strike Petitioners' Complaint Pursuant to Code of Civil Procedure § 425.16, filed August 24, 2010, *aff'd* (2011) 2011 Cal.App.Unpub.LEXIS 7999, an anti-SLAPP case, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 48 | $760 |
| 26 | $520 |
| 5 | $330 |

**Rate Information from Surveys**

11.    I also base my opinion on several credible surveys of legal rates, including the following:

- In December 2015, Thomson Reuters published its "Legal Billing Report," which surveys the rates approved for various law firms by the bankruptcy courts. (Under bankruptcy law, the rates sought must be the firm's ordinary commercial rates.) A true and correct copy of an excerpt for the data listed for the West Regions is attached hereto as **Exhibit B**. It shows that Plaintiff's counsel's rates are within the range of the rates found reasonable for other law firms.

- On January 5, 2015, the National Law Journal published an article about its then current rate survey entitled "Billing Rates Rise, Discounts Abound." A true and correct copy of that article is attached hereto as **Exhibit C**. It contains the rates charged by numerous Bay Area law firms handling comparably complex litigation. Plaintiff's counsel's rates are well in line with those rates.

**Hourly Rates Charged by Other Law Firms**

12.    Counsel's rates also are supported by the standard hourly non-contingent rates for comparable civil litigation stated in court filings, depositions, surveys, or other reliable sources by numerous California law firms or law firms with offices or practices in the Bay Area. These rates include, in alphabetical order:

**Altshuler Berzon LLP**

| 2017 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Senior Partners | $930 |
| | Junior Partners (1991-2001) | 875-690 |
| | Associates (2008-2013) | 510-365 |
| 2015 Rates: | Years of Experience/Level | Rate |
| | 32 | $895 |
| | Junior Partners | 825-630 |
| | Associates | 450-340 |
| | Paralegals | 250 |
| 2014 Rates: | Years of Experience | Rate |
| | 38 | $895 |
| 2012 Rates: | Years of Experience | Rate |
| | 34 | $850 |
| | 26 | 785 |
| | 21 | 750 |
| | 18 | 700 |
| | 14 | 625 |
| | 12 | 570 |

**Altshuler Berzon LLP**

| | | |
|---|---|---|
| | 11 | 550 |
| | 10 | 520 |
| | 6 | 410 |
| | 5 | 385 |
| | 4 | 335 |
| | Law Clerks | 250 |
| | Paralegals | 215 |

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|
| | 43 | $825 |
| | 17 | 675 |
| | 12 | 575 |
| | 10 | 520 |
| | Law Clerks | 225 |
| | Paralegals | 215 |

**Arnold Porter LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 40 | $1,085 |
| | 20 | 920 |
| | 6 | 710 |
| | 4 | 640 |
| 2014 Rates: | Years of Experience | Rate |
| | 49 | $995 |
| | 45 | 720 |
| | 39 | 655 |
| 2013 Rates: | Average Partner | $815 |
| | Highest Partner | 950 |
| | Lowest Partner | 670 |
| | Average Associate | 500 |
| | Highest Associate | 610 |
| | Lowest Associate | 345 |

**The Arns Law Firm LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 37 | $950 |
| | Law Clerks | 165 |

**Bingham McCutchen (now Morgan, Lewis & Bockius)**

| 2013 Rates: | Average Partner | $795 |
|---|---|---|
| | Highest Partner | 1,080 |
| | Lowest Partner | 220 |
| | Average Associate | 450 |
| | Highest Associate | 605 |

**Bingham McCutchen (now Morgan, Lewis & Bockius)**

|  |  | Lowest Associate | 185 |
|---|---|---|---|
| 2011 Rates: | Years of Experience | | Rate |
| | 30 | | $780 |
| 2010 Rates: | Years of Experience | | Rate |
| | 13 | | $655 |
| | 4 | | 480 |
| | 2 | | 400 |

**Boies Schiller & Flexner LLP**

| 2016 Rates: | Bar Admittance | Rate |
|---|---|---|
| | 1988 | $960 |
| | 2000 | 830 |
| | 2001 | 880 |

**Bramson, Plutzik, Mahler & Birkhaeuser, LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $745 |
| | 34 | 745 |
| | 27 | 745 |
| | 30 (Associate) | 675 |
| | Paralegal | 160 |

**Burson & Fisher**

| 2013 Rates: | Years of Experience | Rate |
|---|---|---|
| | 16 | $680-850 |
| | 11 | 680 |
| | 4 | 400 |
| | 3 | 390 |
| | 2 | 375 |
| | 1 | 300 |
| | Law Clerks | 225 |
| | Litigation Support Specialists | 180 |

**Chavez & Gertler**

| 2014 Rates | Years of Experience | Rate |
|---|---|---|
| | 35 | $775 |
| | 31 | 750 |
| | 33 | 695 |
| | 12 | 575 |
| | 5 | 395 |
| | Legal Assistant | 225 |
| 2012 Rates: | Years of Experience | Rate |
| | 33 | $750 |

**Chavez & Gertler**

| | Years of Experience | Rate |
|---|---|---|
| | 29 | 725 |
| | 32 | 675 |
| | 21 | 575 |
| | 11 | 535 |
| | 7 | 475 |
| | Legal Assistant | 185 |
| 2011 Rates: | Years of Experience | Rate |
| | 32 | $725 |
| | 28 | 700 |
| | 10 | 550 |
| | 9 | 510 |
| | 5 | 425 |
| | Paralegals | 225 |

**Coblentz Patch & Duffy**

| 2013 Rates: | Year of Bar Admission | Rate |
|---|---|---|
| | 1979 | $720 |
| | 1994 | 575 |
| | 2008 | 320 |
| | Paralegals/Case Clerks | 295 |

**Cohelan Khoury & Singer**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $750 |
| | 28 | 750 |
| | 11 | 400 |
| | Paralegal | 170 |

**Cooley LLP**

| 2017 Rates: | Years of Exp. | | Rate: |
|---|---|---|---|
| | 22 | | $905 |

| 2012-2014 Rates: | Years of Experience | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| | 31 | $975 | $1,035 | $1,095 |
| | 17 | 670 | 710 | 770 |
| | 9 | 550 | 645 | 685 |
| | 7 | 500 | 585 | 685 |
| | 6 | | 530 | 620 |
| | 3 | | 355 | 445 |
| | Paralegal | | 260 | 325 |
| | Paralegal | 245 | 260 | 275 |
| | | | | 290 |

**Cooper & Kirkham**

2014 Rates:

| Years of Experience | Rate |
|---|---|
| 33 | $775 |
| 22 | 775 |
| 15 | 500 |
| 4 | 360 |
| Paralegals, case assistants, law clerks | 225-250 |

2012 Rates:

| Years of Experience | Rate |
|---|---|
| 48 | $950 |
| 37 | 825 |
| 11 | 600 |

**Cotchett, Pitre & McCarthy, LLP**

2014 Rates:

| Years of Experience | Rate |
|---|---|
| 49 | $900 |
| 33 | 775 |
| 22 | 775 |
| 15 | 500 |
| Senior Associates | 415 |
| 4 | 360 |
| Paralegals, case assistants, law clerks | 225-250 |

**Covington Burling**

2015 Rates:

| Years of Experience | Rate |
|---|---|
| 30 | $805 |
| 2 | 410 |

2014 Rates:

| Level | Rate |
|---|---|
| Average Partner | $780 |
| Highest Partner | 890 |
| Lowest Partner | 605 |
| Average Associate | 415 |
| Highest Associate | 565 |
| Lowest Associate | 320 |

2013 Rates:

| Years of Experience | Rate |
|---|---|
| 28 | $750 |
| 16 | 670 |
| 14 | 670 |
| 7 | 510 |
| 2 | 375 |
| 5 | 490 |
| Litigation Support | 110-355 |

**Covington Burling**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 27 | $730 |
| | 15 | 632-650 |
| | 13 | 650 |

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|
| | 26 | $710 |
| | 14 | 640 |
| | 12 | 600 |
| | 9 | 565 |
| | 7 | 550 |
| | 5 | 425 |
| | 3 | 390 |
| | 1 | 320 |

| 2010 Rates: | Years of Experience | Rate |
|---|---|---|
| | 25 | $710 |
| | 13 | 640 |
| | 11 | 575-600 |
| | 8 | 550-565 |
| | 6 | 525-550 |
| | 4 | 390-425 |
| | 2 | 350-390 |

**Duane Morris LLP**

| 2016 Rates: | Years of Experience | Rate |
|---|---|---|
| | 43 | $880 |
| | 41 | 880 |
| | 26 | 720 |
| | 25 | 695 |

**Farella Braun & Martell LLP**

| 2010 Rates: | Years of Experience | Rate |
|---|---|---|
| | 31 | $715 |

**Feinberg, Jackson, Worthman & Wasow LLP**

| 2016 Rates: | Years of Experience | Rate |
|---|---|---|
| | 28 | $800 |

**Fenwick & West**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 45 | $750 |
| | 35 | 750 |
| | 23 | 725 |

**Fenwick & West**

|  |  |  |
|---|---|---|
|  | 19 | 695 |
|  | 5 | 400 |
|  | 3 | 350 |
|  | Paralegal | 125 |
| 2013 Rates: | 18 | $755 |
|  | 11 | 595 |
|  | 2 | 425 |
| 2012 Rates: | 40 | $865 |
|  | 17 | 755 |
|  | 10 | 595 |
|  | 1 | 375 |

**Gibson Dunn & Crutcher LLP**

| 2016 Rates: | Bar Admittance | Rate |
|---|---|---|
|  | 1987 | $852 |
|  | 2010 | 540 |
|  | 2013 | 404 |
| 2015 Rates: | Years of Experience | Rate |
|  | 37 | $1,125 |
|  | 23 | 955 |
|  | 3 | 575 |
| 2014 Rates: | Years of Experience | Rate |
|  | 36 | $1,080 |
|  | 22 | 910 |
|  | 9 (Of Counsel) | 740 |
|  | 6 | 690 |
|  | 2 | 485 |
| 2013 Rates: | Average Partner | $980 |
|  | Highest Partner | 1,800 |
|  | Lowest Partner | 765 |
|  | Average Associate | 590 |
|  | Highest Associate | 930 |
|  | Lowest Associate | 175 |

**Goldstein, Borgen, Dardarian & Ho**

| 2016 Rates: | Graduation Year | Rate |
|---|---|---|
| Partners | 1987 | $810 |
|  | 1994 | 775 |
|  | 2005 | 600 |
|  | 2006 | 575 |
|  | 2007 | 565 |
| Of Counsel | 1970 | 830-865 |
|  | 1981 | 820 |

| Associates | 1993 | 750 |
|---|---|---|
| | 1994 | 725 |
| | 1995 | 700 |
| | 1996 | 675 |
| | 1997 | 650 |
| | 1998 | 625 |
| | 1999 | 600 |
| | 2000 | 600 |
| | 2001 | 600 |
| | 2002 | 575 |
| | 2003 | 575 |
| | 2004 | 575 |
| | 2005 | 550 |
| | 2006 | 525 |
| | 2007 | 500 |
| | 2008 | 475 |
| | 2009 | 450 |
| | 2010 | 425 |
| | 2011 | 400 |
| | 2012 | 375 |
| | 2013 | 375 |
| | 2014 | 350 |
| | 2015 | 325 |

| Law Clerk | 250 |
|---|---|
| Statistician | 300 |
| Sr. Paralegal | 250-275 |
| Paralegal | 200 |
| Case Clerk | 195 |
| System Analyst | 250 |

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 33 | $795 |
| | 27 | 750 |
| | 8 | 500 |
| | 4 | 395 |
| | 3 | 350 |
| | 1 | 300 |
| | Law Clerks/Paralegals | 160-250 |

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | Partners | |
| | 42 | $785 |
| | 36 | 750 |
| | 31 | 700 |
| | 18 | 650 |
| | Associates | |
| | 7 | 470 |
| | 6 | 445 |

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|
| | Partners | |
| | 41 | $725 |
| | 35 | 725 |
| | 30 | 700 |
| | 24 | 650 |
| | 18 | 600 |
| | 17 | 600 |
| | 16 | 550 |

| 2010 Rates: | Years of Experience | Rate |
|---|---|---|
| | Partners | |
| | 40 | $700 |
| | 34 | 700 |
| | 29 | 675 |
| | 23 | 625 |
| | 17 | 575 |
| | 16 | 575 |
| | Of Counsel | |
| | 40 | 725 |
| | Associates | |
| | 15 | $500 |
| | 11 | 440 |
| | 6 | 375 |
| | 5 | 365 |
| | 4 | 355 |
| | 3 | 340 |
| | 2 | 325 |
| | 1 | 305 |
| | Law Clerks | 195 |
| | Paralegals | 150-225 |

**Greines, Martin, Stein & Richland**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 41 | $850 |
| | 29 | 850 |
| | 23 | 650 |
| | 18 | 500 |
| | Law Clerks | 100 |

**Hausfeld LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 45 | $985 |

**Hausfeld LLP**

| | | |
|---|---|---|
| | 37 | 935-895 |
| | 15 | 610-510 |
| | 14 | 600 |
| | 7 | 490 |
| | 3 | 370 |
| | Paralegals | 300-320 |
| | Law Clerks | 325 |

**Irell & Manella**

2013 Rates:

| Level | Rate |
|---|---|
| Average Partner | $890 |
| Highest Partner | 975 |
| Lowest Partner | 800 |
| Average Associate | 535 |
| Highest Associate | 750 |
| Lowest Associate | 395 |

**Janssen Malloy LLP**

2014 Rates:

| Years of Experience | Rate |
|---|---|
| 33 | $775 |
| Paralegals | 175 |

**Jones Day**

2016 Rates:

| Bar Admission Year | Rate |
|---|---|
| 2001 | $900 |
| 2014 | 450 |

2015 Rates:

| Bar Admission Year | Rate |
|---|---|
| 2001 | $875 |
| 2014 | 400 |

2013 Rates:

| Level | Rate |
|---|---|
| Average Partner | $745 |
| Highest Partner | 975 |
| Lowest Partner | 445 |
| Average Associate | 435 |
| Highest Associate | 775 |
| Lowest Associate | 205 |

**Keker & Van Nest, LLP**

2017 Rates:

| Years of Experience | Rate |
|---|---|
| 9 | $650 |
| 5 | 525 |

2010 Rates:

| Level/Years of Experience | Rate |
|---|---|
| Partners | |
| 32 | $775 |
| Other Partners | 525-975 |
| Associates | 340-500 |

**Keker & Van Nest, LLP**

|  | Paralegals/Support Staff | 120-260 |
|---|---|---|

**Kemnitzer, Barron & Krieg**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
|  | 38 | $750 |
|  | 32 | 750 |
|  | 8 | 475 |
|  | 3 | 350 |
|  | Senior Paralegal | 250 |

**Kirkland & Ellis**

|  | Years of Experience | Rate |
|---|---|---|
| 2017 Rates: | 20 | $1.165 |
|  | 9 | $995 |
|  | 8 | $965 |
|  | 5 | $845 |
|  | 4 | $845 |
|  | 3 | $810 |
|  | 2 | $555 |
| 2013 Rates: | Level | Rate |
|  | Average Partner | $825 |
|  | Highest Partner | 995 |
|  | Lowest Partner | 590 |
|  | Average Associate | 540 |
|  | Highest Associate | 715 |
|  | Lowest Associate | 235 |

**Latham & Watkins**

| 2016 Rates: | Level | Rate |
|---|---|---|
|  | Average Partner | $1,185.83 |
|  | Highest Partner | 1,595 |
|  | Lowest Partner | 915 |
|  | Average Associate | 754.62 |
|  | Highest Associate | 1,205 |
|  | Lowest Associate | 395 |
| 2013 Rates: | Level | Rate |
|  | Average Partner | $990 |
|  | Highest Partner | 1,100 |
|  | Lowest Partner | 895 |
|  | Average Associate | 605 |
|  | Highest Associate | 725 |
|  | Lowest Associate | 465 |

**Lawson Law Offices**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|

**Lawson Law Offices**

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|
| | 24 | $650 |
| | 23 | 625 |
| | 20 | 550 |

**Lewis Feinberg Lee, Renaker & Jackson, P.C.**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $825 |
| | 29 | 750 |
| | 24 | 725 |
| | 21 | 700 |
| | 8 | 450 |
| | 7 | 425 |
| | 3 | 375 |
| | Senior Paralegals | 250 |
| | Law Clerks | 225 |

**Lieff Cabraser Heimann & Bernstein, LLP**

| 2015 Rates: | Years of Bar Admission | Rate |
|---|---|---|
| | 1972 | $975 |
| | 1989 | 850 |
| | 2001 | 625 |
| | 2006 | 435 |
| | 2009 | 435 |
| 2014 Rates: | Years of Bar Admission | Rate |
| | 1998 | $825 |
| | 2001 | 600 |
| | 2006 | 435 |
| | 2009 | 415 |
| | 2013 | 325 |
| | Paralegal/Clerk | 305 |
| 2013 Rates: | | |
| | 1975 | $925 |
| | 1998 | 800 |
| | 2001 | 525 |
| | 2003 | 490 |
| | 2006 | 415 |
| | 2009 | 395 |
| | 2013 | 320 |
| | Paralegal/Clerk | 285 |

**Manatt, Phelps & Phillips**

| 2013 Rates: | Average Partner | $740 |
|---|---|---|
| | Highest Partner | 795 |
| | Lowest Partner | 640 |
| 2010 Rates: | Partners | 525-850 |

**Manatt, Phelps & Phillips**

| | | |
|---|---|---|
| Associates | | 200-525 |

**McKenna Long & Aldridge LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 31 | $775 |
| | 10 | 650 |
| | | 425 |
| | 5 | 420 |
| | Senior Paralegal | 350 |
| | Paralegal | 225 |

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 30 | $775 |
| | 9 | 650 |
| | 5 | 420 |
| | Litigation Support Mgr. | 350 |
| | Paralegals | 225 |

**Minami Tamaki LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 39 | $795 |

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $1,025 |
| | 22 | 815 |
| | 17 | 790 |
| | 38 (Of Counsel) | 650 |
| | 7 | 620 |
| | 6 | 605 |
| | 5 | 595 |
| | 4 | 535 |
| | 2 | 430 |
| | Paralegal | 250 |

| 2013 Rates | Years of Experience | Rate |
|---|---|---|
| | 37 | $985 |
| | 29 | 780 |
| | 21 | 760 |
| | 37 (Of Counsel) | 650 |
| | 5 | 570 |
| | 4 | 515 |
| | Paralegal | 240 |

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 36 | $750 |
| | 15 | 525 |
| | 5 | 395 |
| | Paralegals | 175 |

**Morrison Foerster LLP**

| 2017 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 2007 | $608 |
| | 2012 | 575 |
| 2016 Rates: | Bar Admission Date | Rate |
| | 1975 | $1,025 |
| | 1999 | 975 |
| | 1993 | 975 |
| 2013 Rates: | Level | Rate |
| | Average Partner | $865 |
| | Highest Partner | 1,195 |
| | Lowest Partner | 595 |
| | Average Associate | 525 |
| | Highest Associate | 725 |
| | Lowest Associate | 230 |
| 2011 Rates: | Years of Experience | Rate |
| | 22 | $775 |
| | 11 | 625 |
| | 10 | 620 |
| | 1 | 335 |
| 2009 Rates: | Years of Experience | Rate |
| | 24 | $750 |

**O'Melveny & Myers**

| 2016 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 1985 | $1,175 |
| | 2004 | 895 |
| | 2005 | 780 |
| | 2007 | 775 |
| | 2010 | 725 |
| | 2011 | 700 |
| | 2012 | 655 |
| | 2013 | 585 |
| | 2014 | 515 |
| | 2015 | 435 |
| 2013 Rates: | Level | Rate |
| | Average Partner | $715 |
| | Highest Partner | 950 |
| | Lowest Partner | 615 |
| 2012 Rates: | Years of Experience | Rate |
| | 12 | $695 |
| | 4 | 495 |

**Orrick Herrington & Sutcliffe**

| 2014 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $845 |
| | Highest Partner | 1,095 |

**Orrick Herrington & Sutcliffe**

| | | |
|---|---|---|
| | Lowest Partner | 715 |
| | Average Associate | 560 |
| | Highest Associate | 710 |
| | Lowest Associate | 375 |

**Paul Hastings LLP**

| 2016 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 1973 | $1,175 |
| | 1997 | 895 |
| | 1990 | 750 |
| 2014 Rates: | Level | Rate |
| | Average Partner | $815 |
| | Highest Partner | 900 |
| | Lowest Partner | 750 |
| | Average Associate | 540 |
| | Highest Associate | 755 |
| | Lowest Associate | 595 |

**Pillsbury Winthrop Shaw Pittman LLP**

| 2013 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $865 |
| | Highest Partner | 1,070 |
| | Lowest Partner | 615 |
| | Average Associate | 520 |
| | Highest Associate | 860 |
| | Lowest Associate | 375 |
| 2010 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 30 | $705-775 |
| | Other Partners | 595-965 |
| | Associates | 320-650 |
| | Paralegals/Support Staff | 85-380 |

**Quinn Emanuel Urquhart & Sullivan**

| 2013 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $915 |
| | Highest Partner | 1,075 |
| | Lowest Partner | 810 |
| | Average Associate | 410 |
| | Highest Associate | 675 |
| | Lowest Associate | 320 |

**Reed Smith LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 37 | $830 |
| | 18 | 695 |

**Reed Smith LLP**

|  | 15 | 585 |
|---|---|---|
|  | 6 | 485 |
|  | 5 | 435 |
| 2013 Rates: | Years of Experience/Level | Rate |
|  | Partner |  |
|  | 36 | $830 |
|  | 30 | 805 |
|  | 17 | 610-615 |
|  | 14 | 570 |
|  | Associates |  |
|  | 8 | 450-535 |
|  | 6 | 495 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| 2017 Rates: | Class/Level | Rate |
|---|---|---|
|  | Partners |  |
|  | 1962 | $1,000 |
|  | 1980 | 950 |
|  | 1981 | 900 |
|  | 1984 | 825 |
|  | 1997 | 780 |
|  | 2005 | 650 |
|  | Of Counsel |  |
|  | 1983 | 800 |
|  | 1993 | 700 |
|  | 2003 | 675 |
|  | Associates |  |
|  | 2008 | 575 |
|  | 2009 | 515 |
|  | 2010 | 500 |
|  | 2011 | 490 |
|  | 2013 | 425 |
|  | 2015 | 400 |
|  | 2016 | 375 |
|  | Paralegals | 325-240 |
|  | Litigation Support/Paralegal Clerks | 225 |
|  | Law Students | 275 |
|  | Word Processing | 85 |
| 2016 Rates: | Class/Level | Rate |
|  | 1962 | $995 |
|  | 1980 | 900 |
|  | 1985 | 800 |
|  | 1997 | 740 |
|  | 2008 | 545 |
|  | 2009 | 490 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| | | |
|---|---|---|
| | Certified Law Student | 275 |
| | Paralegal | 275 |
| 2015 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 53 | $930 |
| | 35 | 840 |
| | 33 | 775 |
| | 31 | 710 |
| | 18 | 690 |
| | 9 | 525 |
| | Of Counsel | 590-610 |
| | Associates | |
| | 9 | 490 |
| | 8 | $480 |
| | 7 | 470 |
| | 6 | 440 |
| | 5 | 420 |
| | 4 | 400 |
| | 3 | 380 |
| | Paralegals | 250-295 |
| | Litigation Support/Paralegal Clks | 200-220 |
| | Law Students | 275 |
| | Word Processing | 85 |
| 2014 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 52 | $900 |
| | 34 | 800 |
| | 30 | 675 |
| | 17 | 650 |
| | Of Counsel | 580 |
| | Associates | |
| | 8 | 470 |
| | 8 | 460 |
| | 7 | 450 |
| | 6 | 440 |
| | 5 | 410 |
| | 4 | 390 |
| | 2 | 350 |
| | Paralegals | 230-290 |
| | Litig. Support/Paralegal Clks | 180-215 |
| | Law Students | 260 |
| | Word Processing | 80 |
| 2013 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 51 | $875 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| | |
|---|---|
| 33 | 780 |
| 29 | 660 |
| 16 | 630 |
| Of Counsel | |
| 30 | 580 |
| Associates | |
| 20 | 550 |
| 10 | 480 |
| 9 | 465 |
| 8 | 445-450 |
| 7 | 440 |
| 6 | 435 |
| 5 | 405 |
| 4 | 375 |
| 3 | 355 |
| Paralegals | 220-280 |
| Litigation Support/ Paralegal clerk | 170 |
| Law Clerk/Students | 250 |
| Word Processing | 80 |

| 2012 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Partners | |
| | 50 | $860 |
| | 32 | 760 |
| | 28 | 640 |
| | 15 | 610 |
| | Of Counsel | |
| | 29 | 570 |
| | Associates | |
| | 19 | 540 |
| | 10 | 470 |
| | 9 | 460 |
| | 7 | 400 |
| | 6 | 400 |
| | 5 | 380 |
| | 4 | 360 |
| | 3 | 340 |
| | Paralegals | 215-280 |
| | Litigation Support/ Paralegal clerk | 150 |
| | Law Clerk/Students | 240 |
| | Word Processing | 80 |

| 2011 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Partners | |
| | 49 | $840 |
| | 31 | 740 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| | Years of Experience/Level | Rate |
|---|---|---|
| | 27 | 625 |
| | 14 | 590 |
| | Of Counsel | |
| | 28 | 540 |
| | Associates | |
| | 18 | 525 |
| | 11 | 465 |
| | 10 | 450 |
| | 9 | 440 |
| | 8 | 420 |
| | 6 | 385 |
| | 5 | 365 |
| | 4 | 350 |
| | 3 | 325 |
| | 2 | 315 |
| | Paralegals | 205-275 |
| | Litigation Support/ Paralegal clerk | 140-220 |
| | Law Clerk/Students | 225 |
| | Word Processing | 75 |
| 2010 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 48 | $800 |
| | 30 | 700 |
| | 26 | 575 |
| | 13 | 560 |
| | Of Counsel | |
| | 27 | 520 |
| | Associates | |
| | 17 | 510 |
| | 13 | 490 |
| | 9 | 430 |
| | 8 | 415 |
| | 7 | 390 |
| | 5 | 360 |
| | 3 | 325 |
| | 1 | 285 |
| | Paralegals | 200-275 |
| | Litigation Support/ Paralegal clerk | 135-220 |
| | Law Clerk/Students | 190 |
| | Word Processing | 70 |

**Rudy, Exelrod, Zieff & Lowe LLP**

| 2010 Rates: | Years of Experience/Level | Rate |
|---|---|---|

**Rudy, Exelrod, Zieff & Lowe LLP**

|  | Partners | |
|---|---|---|
|  | 42 | $725 |
|  | 32 | 725 |
|  | 15 | 625 |
|  | Associates | |
|  | 21 | 495 |
|  | 13 | 485 |
|  | 8 | 450 |

**Schneider Wallace Cottrell Brayton Konecky LLP**

| 2017 Rates: | Law School Grad. Year | Rate |
|---|---|---|
|  | 1993 | $835 |
|  | 1997 | 750 |
|  | 2009 | 650 |
|  | Paralegals and Legal Assistants | 300 |
|  | Associates | 350-700 |
|  | Law Clerks/Paralegals | 135-300 |
| 2015 Rates: | Years of Experience/Level | Rate |
|  | Partners – 14-23 | $750 |
|  | Associates | 350-700 |
|  | Law Clerks/Paralegals | 135-300 |
| 2014 Rates: | Years of Experience | Rate |
|  | Partners | |
|  | 13-22 | $750 |
|  | Associates/Of Counsel | 575 |
|  | 20 | 535-345 |
|  | 37 | 295 |
|  | 10-13 | 650 |
|  | 0-3 | 350-475 |
|  | Paralegals/Law Clerks | 135-300 |

**Sheppard, Mullin, Richter & Hampton**

| 2014 Rates: | Level | Rate |
|---|---|---|
|  | Highest Partner | $875 |
|  | Lowest Partner | 490 |
|  | Average Partner | 685 |
|  | Highest Associate | 535 |
|  | Lowest Associate | 275 |
|  | Average Associate | 415 |
| 2010 Rates: | Level | Rate |
|  | Partners | $495-820 |
|  | Associates | 270-620 |

**Sidley Austin**

| 2010 Rates: | Years of Experience/Level | Rate |
|---|---|---|

**Sidley Austin**

| | Partners | |
| --- | --- | --- |
| | 33 | $900 |
| | Senior Partners | 1,100 |
| | Legal Assistants | 120-280 |

**Skadden, Arps, Slate, Meagher & Flom**
2013 Rates:

| Level | Rate |
| --- | --- |
| Average Partner | $1,035 |
| Highest Partner | 1,150 |
| Lowest Partner | 845 |
| Average Associate | 620 |
| Highest Associate | 845 |
| Lowest Associate | 340 |

**Stebner and Associates**
2015 Rates:

| Years of Experience | Rate |
| --- | --- |
| 30 | $750 |
| 18 | 575 |
| 6 | 450 |
| 4 | 450 |

2014 Rates:

| Years of Experience | Rate |
| --- | --- |
| 27 | $695 |
| 22 | 630 |

**Law Offices of Michael D. Thamer**
2015 Rates:

| Law School Grad. | Rate |
| --- | --- |
| 1981 | $775 |
| 2008 | 550 |

**Wilson Sonsini Goodrich & Rosati PC**
2017 Rates:

| Bar Admission Date | Rate |
| --- | --- |
| 2000 | $950 |

2010 Rates:

| Years of Experience | Rate |
| --- | --- |
| 28 | $875 |
| Other Partners | 650-975 |
| Associates | 290-610 |
| Paralegals/Litigation Support | 120-300 |

**Zelle Hofmann Voelbel & Mason, LLP**
2012 Rates:

| Years of Experience | Rate |
| --- | --- |
| Partners | Up to $950 |
| Associates | Up to $540 |
| Paralegals | Up to $290 |
| Law Clerks | Up to $250 |

2012 Rates:          Years of Experience          Rate

**Zelle Hofmann Voelbel & Mason, LLP**

| Partners | |
| --- | --- |
| 38 | $800 |
| 26 | 685 |
| 23 | 650 |
| 22 | 640 |
| Associates | |
| 9 | 500 |
| 4 | 435 |
| 3 | 415 |
| 2 | 405 |
| 1 | 395 |
| Paralegals | 210-290 |

13.    The rates filed in July 2012 by counsel in *Apple Inc. v. Samsung Electronics Co. Ltd.,* N.D. Cal. No. 11-cv—01846-LKK (PSG), also support the rates requested here.  In that case, Quinn Emanuel Urquhart & Sullivan LLP, counsel for defendant Samsung, charged median partner rates of $821 per hour and median associate rates of $448 per hour.

14.    Even if the Court were to apply Fresno rates, however, the range of rates charged and awarded in several cases support Plaintiff's attorneys' rates:

- In *Emmons v. Quest Diagnostics Clinical Laboratories, Inc.,* 2017 U.S. Dist. LEXIS 27249, at *22 (E.D. Cal. Feb. 24, 2017), the court found as part of its lodestar cross-check that hourly rates between $545 and $695 for senior counsel and partners, and between $370 and $495 for associates were reasonable.

- In *Taylor v. FedEx Freight, Inc.,* 2016 U.S.Dist.LEXIS 14202 (E.D. Cal. 2016), a PAGA class action, the court also found as part of its lodestar cross-check that the senior partner's $700 per hour rate and the senior associates' $500 per hour rate were reasonable. (The court also applied a 2.26 lodestar multiplier).

- In *Barbosa v. Cargill Meat Solutions Corporation,* 297 F.R.D. 43152 (E.D. Cal. 2013), the court noted that "prevailing hourly rates in the Fresno division of the Eastern District …are in the $400 range, ***with rates up to $650 to $675 approved for partners and senior associates with significant years of experience.***" 297 F.R.D. at 452 (emphasis added). Accordingly, it found the following *2013* rates to be reasonable and in line with Fresno area rates: $720 per hour for an attorney with 21 years of experience; $560 per hour for an attorney with 8 years of experience; $400 per hour for an attorney with 5 years of experience; and $280 for an attorney with 2 years of experience.

- In *Gong-Chun v. Aetna, Inc.,* 2012 U.S. Dist. LEXIS 96828, at *60-63 (E.D. Cal. July 11, 2012), the court found the following *2012* rates to be reasonable for the Fresno area: $695 per hour for an attorney with 30 years of experience; between $590 and $655 per hour for attorneys with 12 to 16 years of experience; between $475 and $520 per hour for attorneys with 6 to 9 years of experience; and between $300 and $420 per hour for attorneys with 1 to 5 years of experience.

1

- In *Bond v. Ferguson Enterprises, Inc.*, 2011 U.S. Dist. LEXIS 70390, at \*31-32 (E.D. Cal. June 30, 2011), the court concluded that the following 2011 rates were reasonable in that case: between $540 and $675 per hour for partners; and between $225 and $450 per hour for associates.

If called as a witness, I could and would competently testify from my personal knowledge to the facts stated herein.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of June, 2018 in Berkeley, California.

RICHARD M. PEARL

# Exhibit 1

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-3143 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted February 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice (AV rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice. Selected Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, California Court of Appeal, First Appellate District (October 2000 to 2013) (program terminated).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to 2014): Taught *Public Interest Law Practice*, a 2-unit course that focused on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

>Director of Litigation (July 1977 to July 1982)
>Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.

>Regional Counsel (July 1982 to September 1983 part-time)
>Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.

>Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
>Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.

>Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
>Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low-income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

**PUBLICATIONS**

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010) and February 2011, 2012, 2013, 2014,  2015, 2016, 2017, and March 2018 Supplements

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting (October 1992)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Effective Representation Before California Administrative Agencies (October 1986)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases* (September 1985) Los Angeles Lawyer

Program Materials on Remedies Training (Class Actions), sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

3

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Member, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE CASES**

*Alcoser v. Thomas*
          (2011) 2011 Cal.App.Unpub.LEXIS 1180

*Arias v. Raimondo*
          (2018) 2018 U.S.App.LEXIS 7484

*Boren v. California Department of Employment*
          (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
          (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
          (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
          (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
          (2010) 185 Cal.App.4th 866

*Children & Families Commission of Fresno v. Brown*
          (2014) 228 Cal.App.4th 45

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
          (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
          (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
          (1999) 10 Cal.4th 23

*Dixon v. City of Oakland*
          (2014) 2014 U.S.Dist.LEXIS 169688

4

**REPRESENTATIVE CASES (cont.)**

*Employment Development Dept. v. Superior Court (Boren)*
> (1981) 30 Cal.3d 256

*Environmental Protection Info. Ctr. v Department of Forestry & Fire Protection*
> (2010) 190 Cal.App.4th 217

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
> (N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
> (2001) 26 Cal. 4th 572

*Guerrero v. Cal. Dept. of Corrections etc.*
> (2016) 2016 U.S.Dist.LEXIS 78796, *aff'd in relevant part,* (9th Cir. 2017) 701
> Fed.Appx. 613

*Graham v. DaimlerChrysler Corp.*
> (2004) 34 Cal. 4[th] 553

*Heron Bay Home Owners Assn. v. City of San Leandro*
> (2018) 19 Cal.App.5[th] 376

*Horsford v. Board of Trustees of Univ. of Calif.*
> (2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
> (2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
> (1978) 78 Cal.App.3d 951, *cert. denied* (1979)
> 440 U.S. 951

*Lealao v. Beneficial  California, Inc.*
> (2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
> (1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
> (N.D. Cal. 1984) 580 F.Supp. 714,
> *Aff'd* (9th Cir. 1986) 792 F.2d 762

**REPRESENTATIVE CASES (cont.)**

*Mangold v. California Public Utilities Commission*
      (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
      (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
      (N.D. Cal. 1976) 411 F.Supp. 5,
      *aff'd* (9th Cir. 1977) 573 F.2d 555

*McQueen, Conservatorship of*
      (2014) 59 Cal.4th 602 (argued for *amici curiae*)

*McSomebodies v. Burlingame Elementary School Dist.*
      (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
      (9th Cir. 1990) 897 F.2d 975

*Molina v. Lexmark International*
      (2013) 2013 Cal.App. Unpub. LEXIS 6684

*Moore v. Bank of America*
      (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
      (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
      (S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
      5 Wage & Hour Cas. 2d (BNA) 1122

*Nadaf-Rahrov v. Nieman Marcus Group*
      (2014) 2014 Cal.App. Unpub. LEXIS 6975

*Orr v. Brame*
      (2018) 2018 U.S.App.LEXIS 6094

*Pena v. Superior Court of Kern County*
      (1975) 50 Cal.App.3d 694

**REPRESENTATIVE CASES (cont.)**

*Ponce v. Tulare County Housing Authority*
      (E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
      (N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
      (1979) 24 Cal.3d 93 (amicus)

*Ruelas v. Harper*
      (2015) 2015 Cal.App. Unpub.LEXIS 7922

*Sokolow v. County of San Mateo*
      (1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
      (1976) 17 Cal.3d 719 (amicus)

*Swan v. Tesconi*
      (2015) 2015 Cal.App. Unpub. LEXIS 3891

*Tongol v. Usery*
      (9th Cir. 1979) 601 F.2d 1091,
      *on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
      *revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
      (1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
      (N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part*
      *and revs'd in part sub nom Davis v. City and County*
      *of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
      *modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
      (S.D.Cal. 1998) 18 F.Supp.2d 1090

*Vasquez v. State of California*
      (2008) 45 Cal.4th 243 (*amicus*)

7

**REPRESENTATIVE CASES (cont.)**

*Velez v. Wynne*
(9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**APRIL 2018**