LEWIS
BRISBOIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ETHAN MORSE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF MERCED, CHARLES HALE, ERICK MACIAS and JOSE SAM SANCHEZ individually and as officers of the MERCED COUNTY SHERIFF'S DEPARTMENT and DOES 1-100,<br><br>    Defendants. | CASE NO. 1:16-cv-00142-DAD-SKO<br>Judge: Hon. Dale A. Drozd, Courtroom 5<br><br>**ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>[*Filed Concurrently with Stipulation and Request*]<br><br>(Doc. 336) |

Having reviewed the parties' Stipulation and Request to Extend Deadline to File Dispositional Documents (Doc. 336), and GOOD CAUSE appearing, the deadline to file dispositional documents is hereby CONTINUED to September 19, 2018.

IT IS SO ORDERED.

Dated: __**September 4, 2018**__            /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE